UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1058

Jessica Ramsay vs. National Board of Medical Examiners

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

National Board of Medical Examiners

Indicate the party's role IN THIS COURT (check **only** one):

- [ ] Petitioner(s)
- [✓] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [ ] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name: Alison R. Caditz

- [ ] Mr.
- [✓] Ms.
- [ ] Mrs.
- [ ] Miss
- [ ] Mx.

Firm: Perkins Coie LLP

Address: 1201 Third Avenue, Suite 4900

City, State, Zip Code: Seattle, WA 98101-3099

Phone: 206-359-8000    Fax: 206-359-9000

Primary E-Mail Address (required): ACaditz@perkinscoie.com
Additional E-Mail Address (1): SWyatt@perkinscoie.com
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

SIGNATURE OF COUNSEL: _[signature]_

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 5/7/2019