# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Ramsay v. National Board of Medical Examiners, Appellant

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 2:19-cv-02002
Date proceedings initiated in D.C.: 05/08/2019
Date Notice of Appeal filed: 01/07/2020
USCA No.: 20-1058

## COUNSEL ON APPEAL

**Appellant(s)**: National Board of Medical Examiners
Name of Counsel: Robert A. Burgoyne
Name of Party(ies): National Board of Medical Examiners
Address: Perkins Coie LLP, 700 13th St., NW, Suite 600 Washington, DC 20005-3960
Telephone No.: 202-654-1744
Fax No.: 202-654-6211
E-mail: rburgoyne@perkinscoie.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Lawrence D. Berger
Name of Party(ies): Jessica Ramsay
Address: Reisman Carolla Gran & Zuba LLP, 19 Chestnut Street Haddonfield, NJ 08033
Telephone No.: 856-354-0021
Fax No.: 856-873-5640
E-mail: larry@rcglawoffices.com

Name of Counsel: Mary C. Vargas
Name of Party(ies): Jessica Ramsay
Address: Stein & Vargas LLP, 10 G St. NE, Suite 600 Washington, DC 20002
Telephone No.: 240-793-3185
Fax No.: 888-778-4620
E-mail: mary.vargas@steinvargas.com

Is this a Cross-Appeal?   Yes ☐   No ☑
Appeals Docket No.:

Was there a previous appeal in case?   Yes ☐   No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?     Yes ☐     No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
                                                                              Yes ☐     No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☑ OTHER Specify: Disabilities

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __17th__ day of __January__, 20_20_ .

Signature of Counsel: s/ Robert A. Burgoyne _____