## SUPPLEMENTAL EXHIBITS

Supp. Ex. 1:  Sample Step 1 Exam Questions

Supp. Ex. 2:  Sample ACT Questions (Excerpts)

Supp. Ex. 3:  Sample MCAT Questions (Verbal Reasoning)

Supp. Ex. 4:  WIAT-III Diagnostic Test Records

Supp. Ex. 5:  Woodcock Johnson IV Diagnostic Test Records

Supp. Ex. 6:  Gray Oral Reading Test Records ("GORT-V")

Supp. Ex. 7:  Letters from Western Michigan Medical School
             to Plaintiff (June 24 & Aug. 6, 2019)

SUPP. EX. 1



**SAMPLE TEST QUESTIONS**

# Step 1





A Joint Program of the Federation of State Medical Boards of the
United States, Inc., and the National Board of Medical Examiners®

**This booklet updated February 2017.**

Copyright © 2017 by the Federation of State Medical Boards of the United States, Inc. (FSMB), and the National Board of Medical Examiners® (NBME®). All rights reserved.  Printed in the United States of America. The United States Medical Licensing Examination (USMLE®) is a joint program of the FSMB and the NBME.

NBME00492

# CONTENTS

USMLE Step 1 Test Question Formats ……………………………….  3

Introduction to USMLE Step 1 Sample Test Questions ………………  4

Normal Laboratory Values …………………………………………..  5

USMLE Step 1 Sample Test Questions……………………………..  7

Answer Form for USMLE Step 1 Sample Test Questions……………  44

Answer Key for USMLE Step 1 Sample Test Questions………………  45

NBME00493

# USMLE Step 1 Test Question Formats

**Single-Item Questions**

A single patient-centered vignette is associated with one question followed by four or more response options. The response options are lettered (A, B, C, D, E). A portion of the questions require interpretation of graphic or pictorial materials. You are required to select the best answer to the question. Other options may be partially correct, but there is only ONE BEST answer. This is the traditional, most frequently used multiple-choice question format on the examination.

**Strategies for Answering Single One-Best-Answer Test Questions**

The following are strategies for answering one-best-answer items:

- Read each patient vignette and question carefully. It is important to understand what is being asked.

- Try to generate an answer and then look for it in the response option list.

- Alternatively, read each response option carefully, eliminating those that are clearly incorrect.

- Of the remaining options, select the one that is most correct.

- If unsure about an answer, it is better to guess since unanswered questions are automatically counted as wrong answers.

**Example Item**

A 32-year-old woman with type 1 diabetes mellitus has had progressive renal failure over the past 2 years. She has not yet started dialysis. Examination shows no abnormalities. Her hemoglobin concentration is 9 g/dL, hematocrit is 28%, and mean corpuscular volume is 94 $\mu m^3$. A blood smear shows normochromic, normocytic cells. Which of the following is the most likely cause?

| | | | |
|---|---|---|---|
| (A) | Acute blood loss | (F) | Microangiopathic hemolysis |
| (B) | Chronic lymphocytic leukemia | (G) | Polycythemia vera |
| (C) | Erythrocyte enzyme deficiency | (H) | Sickle cell disease |
| (D) | Erythropoietin deficiency | (I) | Sideroblastic anemia |
| (E) | Immunohemolysis | (J) | β-Thalassemia trait |

(Answer: D)

**NOTE:** Some item types that appear on the Step 1 examination are NOT depicted in the sample items provided in this booklet, eg, items with multimedia features, such as audio. Also, when additional item formats are added to the exam, notice will be provided at the USMLE Web site: http://www.usmle.org. You must monitor the Web site to stay informed about the types of items that occur in the exam, and you must practice with the downloadable sample test items available on the USMLE Web site to be fully prepared for the examination.

NBME00494

# Introduction to USMLE Step 1 Sample Test Questions

The following pages include 117 sample test questions. Most of these questions are the same as those you can install on your computer from the USMLE Web site. Please note that reviewing the sample questions as they appear on pages 7-43 is not a substitute for practicing with the test software. You should download and run the Step 1 tutorial and practice test items that are provided on the USMLE Web site well before your test date. The sample materials available on the USMLE Web site include additional items and item formats that do not appear in this booklet, such as items with associated audio or video findings. You should become familiar with all item formats that will be used in the actual examination.

Although the sample questions exemplify content on the Step 1 examination overall, they may not reflect the content coverage on individual examinations. In the actual examination, questions will be presented in random order; they will not be grouped according to specific content. The questions will be presented one at a time in a format designed for easy on-screen reading, including use of the Normal Laboratory Values table (included here on pages 5 and 6) and some pictorials. Photographs, charts, and x-rays in this booklet are not of the same quality as the pictorials used in the actual examination. In addition, you will be able to adjust the brightness and contrast of pictorials on the computer screen.

To take the following sample test questions as they would be timed in the actual examination, you should allow a maximum of 1 hour for each 40-item block, and a maximum of 55 minutes, 30 seconds, for the 37-item block, for a total of 2 hours, 55 minutes, 30 seconds. Please note that the third block has 37 items instead of 40 because the multimedia items have been removed, and the recommended time to complete the block has been adjusted accordingly. Please be aware that most examinees perceive the time pressure to be greater during an actual examination. All examinees are strongly encouraged to practice with the downloadable version to become familiar with all item formats and exam timing. An answer form for recording answers is provided on page 44. An answer key is provided on page 45. In the actual examination, answers will be selected on the screen; no answer form will be provided.

NBME00495

## LABORATORY VALUES
* Included in the Biochemical Profile (SMA-12)

|  | REFERENCE RANGE | SI REFERENCE INTERVALS |
|---|---|---|

**BLOOD, PLASMA, SERUM**

| | REFERENCE RANGE | SI REFERENCE INTERVALS |
|---|---|---|
| * Alanine aminotransferase (ALT), serum | 8-20 U/L | 8-20 U/L |
| Amylase, serum | 25-125 U/L | 25-125 U/L |
| * Aspartate aminotransferase (AST), serum | 8-20 U/L | 8-20 U/L |
| Bilirubin, serum (adult) Total // Direct | 0.1-1.0 mg/dL // 0.0-0.3 mg/dL | 2-17 μmol/L // 0-5 μmol/L |
| * Calcium, serum ($Ca^{2+}$) | 8.4-10.2 mg/dL | 2.1-2.8 mmol/L |
| * Cholesterol, serum | Rec:<200 mg/dL | <5.2 mmol/L |
| Cortisol, serum | 0800 h: 5-23 μg/dL // 1600 h: 3-15 μg/dL | 138-635 nmol/L // 82-413 nmol/L |
| | 2000 h: $\leq$ 50% of 0800 h | Fraction of 0800 h: $\leq$ 0.50 |
| Creatine kinase, serum | Male: 25-90 U/L | 25-90 U/L |
| | Female: 10-70 U/L | 10-70 U/L |
| * Creatinine, serum | 0.6-1.2 mg/dL | 53-106 μmol/L |
| Electrolytes, serum | | |
| Sodium ($Na^+$) | 136-145 mEq/L | 136-145 mmol/L |
| * Potassium ($K^+$) | 3.5-5.0 mEq/L | 3.5-5.0 mmol/L |
| Chloride ($Cl^-$) | 95-105 mEq/L | 95-105 mmol/L |
| Bicarbonate ($HCO_3^-$) | 22-28 mEq/L | 22-28 mmol/L |
| Magnesium ($Mg^{2+}$) | 1.5-2.0 mEq/L | 0.75-1.0 mmol/L |
| Estriol, total, serum (in pregnancy) | | |
| 24-28 wks // 32-36 wks | 30-170 ng/mL // 60-280 ng/mL | 104-590 nmol/L // 208-970 nmol/L |
| 28-32 wks // 36-40 wks | 40-220 ng/mL // 80-350 ng/mL | 140-760 nmol/L // 280-1210 nmol/L |
| Ferritin, serum | Male: 15-200 ng/mL | 15-200 μg/L |
| | Female: 12-150 ng/mL | 12-150 μg/L |
| Follicle-stimulating hormone, serum/plasma | Male: 4-25 mIU/mL | 4-25 U/L |
| | Female: premenopause 4-30 mIU/mL | 4-30 U/L |
| | midcycle peak 10-90 mIU/mL | 10-90 U/L |
| | postmenopause 40-250 mIU/mL | 40-250 U/L |
| Gases, arterial blood (room air) | | |
| pH | 7.35-7.45 | [$H^+$] 36-44 nmol/L |
| $Pco_2$ | 33-45 mm Hg | 4.4-5.9 kPa |
| $Po_2$ | 75-105 mm Hg | 10.0-14.0 kPa |
| * Glucose, serum | Fasting: 70-110 mg/dL | 3.8-6.1 mmol/L |
| | 2-h postprandial: < 120 mg/dL | < 6.6 mmol/L |
| Growth hormone - arginine stimulation | Fasting: < 5 ng/mL | < 5 μg/L |
| | provocative stimuli: > 7 ng/mL | > 7 μg/L |
| Immunoglobulins, serum | | |
| IgA | 76-390 mg/dL | 0.76-3.90 g/L |
| IgE | 0-380 IU/mL | 0-380 kIU/L |
| IgG | 650-1500 mg/dL | 6.5-15 g/L |
| IgM | 40-345 mg/dL | 0.4-3.45 g/L |
| Iron | 50-170 μg/dL | 9-30 μmol/L |
| Lactate dehydrogenase, serum | 45-90 U/L | 45-90 U/L |
| Luteinizing hormone, serum/plasma | Male: 6-23 mIU/mL | 6-23 U/L |
| | Female: follicular phase 5-30 mIU/mL | 5-30 U/L |
| | midcycle 75-150 mIU/mL | 75-150 U/L |
| | postmenopause 30-200 mIU/mL | 30-200 U/L |
| Osmolality, serum | 275-295 mOsmol/kg $H_2O$ | 275-295 mOsmol/kg $H_2O$ |
| Parathyroid hormone, serum, N-terminal | 230-630 pg/mL | 230-630 ng/L |
| * Phosphatase (alkaline), serum (p-NPP at 30°C) | 20-70 U/L | 20-70 U/L |
| * Phosphorus (inorganic), serum | 3.0-4.5 mg/dL | 1.0-1.5 mmol/L |
| Prolactin, serum (hPRL) | < 20 ng/mL | < 20 μg/L |
| * Proteins, serum | | |
| Total (recumbent) | 6.0-7.8 g/dL | 60-78 g/L |
| Albumin | 3.5-5.5 g/dL | 35-55 g/L |
| Globulin | 2.3-3.5 g/dL | 23-35 g/L |
| Thyroid-stimulating hormone, serum or plasma | 0.5-5.0 μU/mL | 0.5-5.0 mU/L |
| Thyroidal iodine ($^{123}$I) uptake | 8%-30% of administered dose/24 h | 0.08-0.30/24 h |
| Thyroxine ($T_4$), serum | 5-12 μg/dL | 64-155 nmol/L |
| Triglycerides, serum | 35-160 mg/dL | 0.4-1.81 mmol/L |
| Triiodothyronine ($T_3$), serum (RIA) | 115-190 ng/dL | 1.8-2.9 nmol/L |
| Triiodothyronine ($T_3$) resin uptake | 25%-35% | 0.25-0.35 |
| * Urea nitrogen, serum | 7-18 mg/dL | 1.2-3.0 mmol/L |
| * Uric acid, serum | 3.0-8.2 mg/dL | 0.18-0.48 mmol/L |

NBME00496

## LABORATORY VALUES (continued from previous page)

| | REFERENCE RANGE | SI REFERENCE INTERVALS |
|---|---|---|

**BODY MASS INDEX (BMI)**
Body mass index .................................................. Adult: 19-25 kg/m$^2$

**CEREBROSPINAL FLUID**
Cell count ........................................................ 0-5/mm$^3$ ...................................................... 0-5 x 10$^6$/L
Chloride .......................................................... 118-132 mEq/L ......................................... 118-132 mmol/L
Gamma globulin ............................................... 3%-12% total proteins ............................. 0.03-0.12
Glucose .......................................................... 40-70 mg/dL ............................................. 2.2-3.9 mmol/L
Pressure .......................................................... 70-180 mm H$_2$O ........................................ 70-180 mm H$_2$O
Proteins, total ................................................. <40 mg/dL ................................................ <0.40 g/L

**HEMATOLOGIC**
Bleeding time (template) ................................... 2-7 minutes .............................................. 2-7 minutes
Erythrocyte count .............................................. Male: 4.3-5.9 million/mm$^3$ ...................... 4.3-5.9 x 10$^{12}$/L
                                                                     Female: 3.5-5.5 million/mm$^3$ ................... 3.5-5.5 x 10$^{12}$/L
Erythrocyte sedimentation rate (Westergren).......... Male: 0-15 mm/h ....................................... 0-15 mm/h
                                                                     Female: 0-20 mm/h ................................... 0-20 mm/h
Hematocrit ....................................................... Male: 41%-53% ......................................... 0.41-0.53
                                                                     Female: 36%-46% ..................................... 0.36-0.46
Hemoglobin A$_{1c}$ ................................................ ≤ 6% ......................................................... ≤ 0.06
Hemoglobin, blood............................................. Male: 13.5-17.5 g/dL ............................... 2.09-2.71 mmol/L
                                                                     Female: 12.0-16.0 g/dL ............................ 1.86-2.48 mmol/L
Hemoglobin, plasma .......................................... 1-4 mg/dL ................................................ 0.16-0.62 mmol/L
Leukocyte count and differential
  Leukocyte count ............................................. 4500-11,000/mm$^3$ ................................... 4.5-11.0 x 10$^9$/L
    Segmented neutrophils .................................. 54%-62% ................................................. 0.54-0.62
    Bands ....................................................... 3%-5% ...................................................... 0.03-0.05
    Eosinophils ................................................ 1%-3% ...................................................... 0.01-0.03
    Basophils ................................................... 0%-0.75% ................................................. 0-0.0075
    Lymphocytes .............................................. 25%-33% ................................................. 0.25-0.33
    Monocytes ................................................. 3%-7% ...................................................... 0.03-0.07
Mean corpuscular hemoglobin .............................. 25.4-34.6 pg/cell ..................................... 0.39-0.54 fmol/cell
Mean corpuscular hemoglobin concentration ......... 31%-36% Hb/cell ...................................... 4.81-5.58 mmol Hb/L
Mean corpuscular volume .................................... 80-100 μm$^3$ ............................................. 80-100 fL
Partial thromboplastin time (activated) .................. 25-40 seconds ......................................... 25-40 seconds
Platelet count ................................................... 150,000-400,000/mm$^3$ ............................. 150-400 x 10$^9$/L
Prothrombin time .............................................. 11-15 seconds ......................................... 11-15 seconds
Reticulocyte count............................................. 0.5%-1.5% ............................................... 0.005-0.015
Thrombin time .................................................. <2 seconds deviation from control ............... <2 seconds deviation from control
Volume
  Plasma ........................................................ Male: 25-43 mL/kg.................................... 0.025-0.043 L/kg
                                                                     Female: 28-45 mL/kg ................................ 0.028-0.045 L/kg
  Red cell ....................................................... Male: 20-36 mL/kg .................................. 0.020-0.036 L/kg
                                                                     Female: 19-31 mL/kg ................................ 0.019-0.031 L/kg

**SWEAT**
Chloride.......................................................... 0-35 mmol/L ............................................ 0-35 mmol/L

**URINE**
Calcium .......................................................... 100-300 mg/24 h ...................................... 2.5-7.5 mmol/24 h
Chloride.......................................................... Varies with intake..................................... Varies with intake
Creatinine clearance .......................................... Male: 97-137 mL/min
                                                                     Female: 88-128 mL/min
Estriol, total (in pregnancy)
  30 wks ......................................................... 6-18 mg/24 h ........................................... 21-62 μmol/24 h
  35 wks ......................................................... 9-28 mg/24 h ........................................... 31-97 μmol/24 h
  40 wks ......................................................... 13-42 mg/24 h ......................................... 45-146 μmol/24 h
17-Hydroxycorticosteroids ................................... Male: 3.0-10.0 mg/24 h ............................. 8.2-27.6 μmol/24 h
                                                                     Female: 2.0-8.0 mg/24 h ........................... 5.5-22.0 μmol/24 h
17-Ketosteroids, total ........................................ Male: 8-20 mg/24 h .................................. 28-70 μmol/24 h
                                                                     Female: 6-15 mg/24 h............................... 21-52 μmol/24 h
Osmolality ....................................................... 50-1400 mOsmol/kg H$_2$O
Oxalate ........................................................... 8-40 μg/mL .............................................. 90-445 μmol/L
Potassium ........................................................ Varies with diet ........................................ Varies with diet
Proteins, total .................................................. <150 mg/24 h ........................................... <0.15 g/24 h
Sodium ........................................................... Varies with diet ........................................ Varies with diet
Uric acid.......................................................... Varies with diet ........................................ Varies with diet

NBME00497

## USMLE STEP 1 SAMPLE TEST QUESTIONS

## BLOCK 1, ITEMS 1-40

1.    An otherwise healthy 26-year-old woman has had petechiae on her legs during the last 24 hours. Laboratory studies show:

| | |
|---|---|
| Hemoglobin | 13.1 g/dL |
| Hematocrit | 39.7% |
| Leukocyte count | 8500/mm$^3$ |
| Neutrophils | 65% |
| Lymphocytes | 30% |
| Monocytes | 5% |
| Mean corpuscular volume | 82.2 μm$^3$ |
| Platelet count | 20,000/mm$^3$ |

A peripheral blood smear shows normal red cell morphology; a bone marrow smear shows mature megakaryocytic hyperplasia. Which of the following is the most likely diagnosis?

(A) Acute megakaryocytic leukemia
(B) Acute myelogenous leukemia
(C) Aplastic anemia
(D) Immune thrombocytopenic purpura
(E) Epstein-Barr viral infection
(F) Papovavirus infection
(G) Thrombotic thrombocytopenic purpura

2.    An 83-year-old man comes to the physician because of a 2-day history of constant severe pain of his right knee. He had a similar episode 1 year ago that subsided in 1 month without treatment. His temperature is 37.7°C (99.9°F). Examination of the right knee shows swelling; there is no overlying warmth or apparent deformity. Palpation and movement of the right knee produce pain; range of motion is limited by pain. An x-ray of the right knee shows large subchondral cysts and linear meniscal calcifications. Examination of fluid obtained on joint aspiration of the knee shows:

| | |
|---|---|
| Amount | 2 mL |
| Appearance | cloudy with diminished viscosity and crystals present |
| Leukocyte count | 49,000/mm$^3$ |
| Segmented neutrophils | 65% |
| Lymphocytes | 35% |

His pain is moderately improved after the joint aspiration and injection of corticosteroids. Treatment with ibuprofen during the next week significantly improves his condition. Histologic examination of the joint fluid aspirate is most likely to show which of the following types of crystals?

(A) Calcium pyrophosphate
(B) Cholesterol
(C) Oxalic acid
(D) Potassium phosphate

NBME00498



3.    A 16-year-old boy comes to the physician because of a rash on his left inner thigh that first appeared 2 days after he returned from a hunting trip with friends in Minnesota. A photograph of the rash is shown. Without treatment, this patient is at increased risk for which of the following?

    (A) Carditis
    (B) Glomerulonephritis
    (C) Hepatitis
    (D) Pancreatitis
    (E) Thrombocytopenia

---

4.    A previously healthy 24-year-old woman comes to the emergency department because of fever and diarrhea for the past 5 days. She has more than 10 bowel movements daily, accompanied by abdominal cramping and the passage of mucus and blood clots. She has not traveled out of the United States. Tympanic temperature is 39°C (102.2°F). Bowel sounds are increased. Test of stool for occult blood is positive. Which of the following is the most likely causal organism?

    (A) *Bacillus cereus*
    (B) *Cryptosporidium parvum*
    (C) *Giardia lamblia*
    (D) *Shigella sonnei*
    (E) *Staphylococcus aureus*

5.    An 84-year-old woman who resides in an assisted living facility is brought to the emergency department because of fever and cough for 1 week. The cough has been productive of foul-smelling, yellow-green sputum for 24 hours. She has a 2-year history of dementia, Alzheimer type. Her temperature is 38.5°C (101.3°F), pulse is 80/min, respirations are 20/min, and blood pressure is 116/66 mm Hg. Coarse inspiratory crackles are heard over the right lung field. Laboratory studies show a leukocyte count of 13,500/mm$^3$ (72% segmented neutrophils, 8% bands, 1% eosinophils, 16% lymphocytes, and 3% monocytes). A CT scan shows a cavitary lesion in the superior segment of the right lower lobe. The lesion has a thick wall and an irregular peripheral margin; there is no displacement of the adjacent bronchovascular bundle. Which of the following is the most likely cause of the lung lesion in this patient?

    (A) Antecedent viral pneumonia
    (B) Aspiration of gastric contents
    (C) Bronchial obstruction by metastatic carcinoma
    (D) Lung infarction secondary to arterial thrombosis
    (E) Primary carcinoma of the lung
    (F) Secondary infection of a congenital lung cyst
    (G) Septic embolism from an extrapulmonary site

NBME00499

6.  A 55-year-old man comes to the physician because of a 2-week history of recurrent, widespread blister formation. Physical examination shows lesions that are most numerous in the flexural areas including the axillae and groin. The blisters do not break easily, and there are no oral lesions. These blisters are most likely the result of adhesion failure involving which of the following?

    (A)  Basement membrane
    (B)  Dermal papillae
    (C)  Langerhans cells
    (D)  Melanocytes
    (E)  Merkel cells


7.  A 59-year-old man is brought to the emergency department because of a 4-day history of nausea, vomiting, and diarrhea. He also has been confused and agitated during this period. He has a history of mild hypertension. His current medication is a diuretic. His temperature is 37°C (98.6°F), pulse is 108/min, respirations are 26/min, and blood pressure is 70/47 mm Hg. Physical examination shows delayed capillary refill of the lips and nail beds and cool extremities. His oxyhemoglobin saturation in a central vein is 60% (N=70–75). These findings are most consistent with which of the following types of shock?

    (A)  Cardiogenic
    (B)  Distributive
    (C)  Hypovolemic
    (D)  Obstructive
    (E)  Septic


8.  A 7-month-old infant is brought to the physician's office because of poor weight gain despite large food intake. He has had two episodes of pneumonia and has frequent bulky stools. He coughs frequently. X-rays of the lungs show increased markings and hyperinflation. Trypsin is absent in a fresh stool sample, and the fat content is increased. Which of the following is the most likely cause of this infant's disorder?

    (A)  Autoimmune disorder
    (B)  Defective ion transport at epithelial surfaces
    (C)  Disaccharidase deficiency
    (D)  Inability to synthesize apolipoprotein B
    (E)  Villous atrophy of the jejunum


9.  A 65-year-old man is brought to the emergency department 30 minutes after the onset of acute chest pain at rest that radiates to his left arm. His pulse is 110/min, respirations are 20/min, and blood pressure is 150/80 mm Hg. Physical examination shows diaphoresis. The lungs are clear to auscultation of the chest. An ECG shows a new left bundle branch block. The tentative diagnosis of acute coronary syndrome is made. Treatment with oxygen via nasal cannula, oral aspirin, and sublingual nitroglycerin, followed by an intravenous dose of a β-adrenergic blocker, is begun. Which of the following sets of changes is most likely to occur in this patient after the intravenous dose?

|     | Heart Rate | Myocardial Contractility | Myocardial $O_2$ Consumption |
|-----|------------|--------------------------|------------------------------|
| (A) | No change  | increased                | increased                    |
| (B) | No change  | increased                | decreased                    |
| (C) | No change  | decreased                | increased                    |
| (D) | No change  | decreased                | decreased                    |
| (E) | Decreased  | increased                | decreased                    |
| (F) | Decreased  | decreased                | increased                    |
| (G) | Decreased  | decreased                | decreased                    |

NBME00500

10.   A 55-year-old woman with small cell carcinoma of the lung is admitted to the hospital to undergo chemotherapy. Six days after treatment is started, she develops a temperature of 38°C (100.4°F). Physical examination shows no other abnormalities. Laboratory studies show a leukocyte count of $100/mm^3$ (5% segmented neutrophils and 95% lymphocytes). Which of the following is the most appropriate pharmacotherapy to increase this patient's leukocyte count?

   (A)  Darbepoetin
   (B)  Dexamethasone
   (C)  Filgrastim
   (D)  Interferon alfa
   (E)  Interleukin-2 (IL-2)
   (F)  Leucovorin


11.   A technician wants to determine whether cytomegalovirus (CMV) DNA is present in the blood of a bone marrow transplant recipient. DNA purified from the leukocytes of the patient is reacted in a mixture containing oligonucleotides specific for CMV DNA, thermostable DNA polymerase, and nucleotides. Repetitive cycles of heating and cooling are performed, and the reaction product is detected by gel electrophoresis. The technician most likely used which of the following laboratory procedures on this patient's blood?

   (A)  Northern blotting
   (B)  Polymerase chain reaction
   (C)  Reverse transcription
   (D)  Southern blotting
   (E)  Western blotting


12.   Over 1 year, a study is conducted to assess the antileukemic activity of a new tyrosine kinase inhibitor in patients with chronic myeloid leukemia in blast crisis. All patients enrolled in the study are informed that they would be treated with the tyrosine kinase inhibitor. They are assigned to successive dose cohorts of 300 to 1000 mg/day of the drug. Six to eight patients are assigned to each dose. Treatment efficacy is determined based on the results of complete blood counts and bone marrow assessments conducted regularly throughout the study. This study is best described as which of the following?

   (A)  Case-control study
   (B)  Crossover study
   (C)  Open-labeled clinical trial
   (D)  Randomized clinical trial
   (E)  Single-blind, randomized, controlled trial

NBME00501



13.    A 12-year-old boy is brought to the physician by his mother because of a 1-month history of pain below the left knee. His mother says, "He can usually walk around, but he hasn't been able to play in any of his soccer games since this all began." Examination of the left knee shows warmth, swelling, and tenderness. An x-ray of the knee is shown. Which of the following structures is attached to the abnormal anterior tibial area?

    (A)    Anterior cruciate ligament
    (B)    Gastrocnemius muscle
    (C)    Patellar ligament
    (D)    Popliteus muscle
    (E)    Posterior cruciate ligament
    (F)    Soleus muscle

---

14.    A 45-year-old man comes to the physician for HIV testing. He says that he has been having an extramarital affair with a woman for 6 months, and he hopes this affair will continue because it has made him very happy. He has no plans to tell his wife about the affair. The wife is also a patient of the physician. Physical examination shows no abnormalities, and the result of a serum HIV antibody test is negative. Which of the following is the most appropriate action by the physician?

    (A)    Alert the local public health department to the patient's activities
    (B)    Explain to the patient that one of them must tell the wife about the affair for her own safety
    (C)    Refer the patient for counseling
    (D)    Say nothing about the affair to anyone other than the patient
    (E)    Tell the patient's wife about the affair so she can make an informed decision about possibly being placed at risk in the future

NBME00502



15.    A 63-year-old homeless man is brought to the emergency department 1 hour after police found him unresponsive. His respirations are 30/min. Crackles are heard over the left upper and the entire right lung fields. Despite appropriate lifesaving measures, he dies. A photomicrograph of a section of the right lung obtained at autopsy is shown. Which of the following mediators is the most likely cause of the position of the cell indicated by the arrow?

   (A)  Bradykinin
   (B)  C5a
   (C)  Histamine
   (D)  Nitrous oxide
   (E)  Prostaglandins

16.    A 63-year-old woman comes to the physician because of a 2-week history of fatigue, malaise, nausea and vomiting, and decreased appetite; these symptoms have worsened during the past week. She was diagnosed with tuberculosis 3 months ago; a multidrug regimen was initiated at that time. Her temperature is 37.1°C (98.8°F). Physical examination shows scleral icterus and tenderness over the right upper quadrant of the abdomen; there is no hepatomegaly. Serum studies show a total bilirubin concentration of 6.5 mg/dL, AST activity of 580 U/L, and ALT activity of 650 U/L. Which of the following drugs is the most likely cause of these findings?

   (A)  Ethambutol
   (B)  Isoniazid
   (C)  Levofloxacin
   (D)  Streptomycin
   (E)  Vitamin $B_6$ (pyridoxine)

17.    A 48-year-old woman comes to the emergency department because of shortness of breath. She has no history of cardiac or pulmonary disease. Her current medication is timolol for glaucoma. Her pulse is 75/min. Diffuse wheezing is heard in the lower lung fields. An ECG shows no abnormalities. In addition to discontinuing timolol, which of the following drugs is the most appropriate treatment to relieve symptoms at this time?

   (A)  Adenosine
   (B)  Albuterol
   (C)  Beclomethasone
   (D)  Cromolyn
   (E)  Propranolol

NBME00503

18. A 55-year-old man is brought to the emergency department because of shortness of breath and confusion for 4 hours. He has hypertension and chronic kidney disease requiring hemodialysis. An ECG shows low voltage with electrical alternans. Physical examination is most likely to show which of the following findings?

| | Blood Pressure (mm Hg) | Pulse (/min) | Jugular Venous Pressure | Pulsus Paradoxus |
|---|---|---|---|---|
| (A) | 85/60 | 120 | increased | increased |
| (B) | 85/60 | 120 | increased | normal |
| (C) | 85/60 | 120 | normal | normal |
| (D) | 120/80 | 80 | increased | increased |
| (E) | 120/80 | 80 | normal | increased |
| (F) | 120/80 | 80 | normal | normal |

19. A healthy 28-year-old woman comes to the physician for advice on losing weight. She is 150 cm (4 ft 11 in) tall and weighs 56 kg (124 lb); BMI is 25 kg/m$^2$. Physical examination shows no other abnormalities. The physician recommends a diet that will restrict her daily intake by 500 kilocalories. Which of the following processes is most likely to increase in this patient as a result of following this diet?

(A) Adipocyte glucose uptake
(B) Cerebral ketone utilization
(C) Hepatic lipid oxidation
(D) Muscle glucose uptake
(E) Resting energy expenditure

20. A 14-year-old girl with a 9-year history of type 1 diabetes mellitus is brought to the physician by her mother for a follow-up examination. She has been admitted to the hospital twice in the past 3 months because of diabetic ketoacidosis. She previously had been compliant with monitoring her blood glucose concentration and with her diet and insulin regimen. She acknowledges that, when she is with her peers, she eats whatever she wants and does not check her blood glucose concentration. She adds, "I'm embarrassed to inject myself in front of them." The physician is having a great deal of difficulty with her 15-year-old son who has been truant from school and sneaking out of the house. She says to the patient, "You should be ashamed for not taking care of yourself. We've all worked so hard to keep you healthy." Which of the following terms best describes the physician's reaction to the patient?

(A) Countertransference
(B) Identification with the aggressor
(C) Projection
(D) Splitting
(E) Sublimation

21. A sexually active 23-year-old man with multiple sex partners has dysuria and a yellow urethral exudate. Gram stain of the exudate shows numerous neutrophils, many that contain intracellular gram-negative diplococci. He has had three similar episodes of urethritis over the past 2 years. Which of the following properties of the infecting organism best explains the reinfection?

(A) Antigenic variation
(B) Catalase
(C) Inhibition of B-lymphocyte function
(D) Inhibition of T-lymphocyte function
(E) Polysaccharide capsule

NBME00504

22. A 40-year-old woman receives an intravenous infusion of drug X that selectively constricts the efferent arterioles in her kidneys. Following the infusion, total cardiac output and renal afferent arteriolar tone are unchanged, but renal efferent arteriolar tone and total renal vascular resistance have both increased. Which of the following sets of changes most likely occurred following the infusion of drug X?

| | Glomerular Filtration Rate | Filtration Fraction | Renal Blood Flow |
|---|---|---|---|
| (A) | ↓ | ↓ | ↑ |
| (B) | ↓ | ↑ | ↓ |
| (C) | ↓ | ↑ | ↔ |
| (D) | ↑ | ↓ | ↔ |
| (E) | ↑ | ↑ | ↓ |

23. A 23-year-old woman comes to the physician for genetic counseling prior to conception. Her brother and maternal uncle had Duchenne muscular dystrophy (DMD) and died at the ages of 28 and 17 years, respectively. Genetic analysis was not performed on either relative prior to death. Serum studies show a muscle creatine kinase concentration of 120 U/L (N=22–198). The patient's 50-year-old mother has a serum muscle creatine kinase concentration of 300 U/L. Which of the following is the most appropriate assessment of this patient's carrier status for this disease?

(A) The patient has a 50% risk for developing DMD
(B) The patient has a 50% risk of having a child with DMD
(C) The patient is a carrier of the disease based on her family history of DMD
(D) The patient is not a carrier of the DMD based on her normal creatine kinase concentration
(E) The patient's DMD carrier status is uncertain because of random X inactivation

24. A 45-year-old man comes to the physician because of right shoulder pain that began after he chopped wood 2 days ago. Examination of the right upper extremity shows no obvious bone deformities or point tenderness. The pain is reproduced when the patient is asked to externally rotate the shoulder against resistance; there is no weakness. In addition to the teres minor, inflammation of which of the following tendons is most likely in this patient?

(A) Infraspinatus
(B) Pectoralis
(C) Subscapularis
(D) Supraspinatus
(E) Trapezius

25. A 39-year-old woman with a 1-month history of itching, watery eyes, nasal congestion, runny nose, and sneezing undergoes hypersensitivity testing. During the test, allergens are introduced by pricking the skin with lancets coated with pollen and grass extracts. Within 30 minutes, a visible reddening reaction of the skin occurs at the sites of allergen introduction. Which of the following most likely initiates the inflammatory response to these allergens in this patient?

(A) C3
(B) IgE
(C) Interferon gamma
(D) Interleukin-2 (IL-2)
(E) Tumor necrosis factor

NBME00505

26.    A 26-year-old man is brought to the emergency department by ambulance 30 minutes after being shot in the leg. He is unconscious and appears markedly pale. His pulse is 120/min, respirations are 16/min, and blood pressure is 80/60 mm Hg. Compared with a healthy adult, which of the following findings is most likely in this patient?

| | Arterial Baroreceptor Firing Rate | Systemic Vascular Resistance | Pulmonary Vascular Resistance | Systemic Capillary Fluid Transfer |
|---|---|---|---|---|
| (A) | ↑ | ↑ | ↑ | filtration |
| (B) | ↑ | ↓ | ↑ | absorption |
| (C) | ↑ | ↓ | ↓ | filtration |
| (D) | ↓ | ↑ | ↑ | absorption |
| (E) | ↓ | ↑ | ↓ | filtration |
| (F) | ↓ | ↓ | ↓ | absorption |

27.    A 1-day-old newborn is evaluated for possible sepsis. Blood cultures grow gram-positive cocci in pairs and chains that agglutinate with group B antiserum. The most likely epidemiologic risk factor for this infection involves bacterial colonization of which of the following?

(A) Mother's vagina
(B) Newborn's gastrointestinal tract
(C) Newborn's nasopharynx
(D) Placenta
(E) Umbilical cord remnant

28.    A 14-year-old boy is brought to the physician because of a 2-day history of a sore throat and fever that peaks in the late afternoon. He also has a 1-week history of progressive fatigue. He recently began having unprotected sexual intercourse with one partner. He appears ill. His temperature is 39°C (102.2°F). Physical examination shows cervical lymphadenopathy and pharyngeal erythema with a creamy exudate. Which of the following is the most likely diagnosis?

(A) Candidiasis
(B) Herpangina
(C) Infectious mononucleosis
(D) Mumps
(E) Syphilis

29.    A 50-year-old man comes to the physician because of a persistent cough for the past 2 months. He has had a 5-kg (11-lb) weight loss during this period. He is a poultry farmer. Current medications include atenolol, enalapril, hydrochlorothiazide, and omeprazole for hypertension and gastroesophageal reflux. Physical examination shows no other abnormalities. Laboratory studies show histoplasmosis infection. Itraconazole therapy is initiated and omeprazole is discontinued. Which of the following best describes the reason for removing omeprazole from this patient's medication regimen?

(A) It decreases distribution volume of itraconazole
(B) It decreases gastrointestinal absorption of itraconazole
(C) It decreases partitioning from blood to lung of itraconazole
(D) It enhances hepatic metabolism of itraconazole
(E) It enhances protein binding of itraconazole
(F) It enhances renal elimination of itraconazole

NBME00506

30. A 25-year-old woman comes to the physician because of a 10-year history of frequent occurrences of fever blisters. Physical examination shows perioral vesicles. Microscopic examination of culture of scrapings from three vesicles shows herpes simplex virus 1. Which of the following patterns in the figure shown was most likely observed when the viral DNA from the cultures was examined by restriction enzyme analysis on polyacrylamide gels?



31. An investigator is studying the effect of parathyroid hormone (PTH) in experimental animals. During an 8-hour period, Animal X is infused with PTH and Animal Y is infused with 5% dextrose in water. Which of the following sets of findings best describes the most likely serum concentrations in Animal X compared with Animal Y at the end of the infusion?

|  | Calcium | Phosphorus | 1,25-Dihydroxyvitamin D |
|---|---|---|---|
| (A) | Increased | increased | increased |
| (B) | Increased | increased | decreased |
| (C) | Increased | decreased | increased |
| (D) | Increased | decreased | decreased |
| (E) | Decreased | increased | increased |
| (F) | Decreased | increased | decreased |
| (G) | Decreased | decreased | increased |
| (H) | Decreased | decreased | decreased |

32. A study of a new antihypertensive drug is being conducted in experimental animals. It is found that one of its pharmacologic effects is a decrease in plasma renin activity and serum angiotensin II concentration. A possible mechanism of action that would produce this effect is blockade of which of the following?

(A) $\alpha_1$-Adrenoreceptor
(B) $\beta_1$-Adrenoreceptor
(C) Angiotensin-converting enzyme
(D) Angiotensin II $AT_1$ receptor
(E) Renal tubular $Cl^-$ reabsorption
(F) Renal tubular $Na^+$ reabsorption

NBME00507

33.    A 19-year-old man is brought to the emergency department because of a 12-hour history of severe headache and double vision. He underwent extraction of all four third molars 1 week ago. Ophthalmologic examination shows exophthalmos on the right and weakness with abduction of the right eye. Further studies confirm the diagnosis of cavernous sinus thrombosis. Which of the following is the most likely cause of the diplopia in this patient?

(A)    Compression of the oculomotor nerve
(B)    Compression of the trochlear nerve
(C)    Compression of the ophthalmic division of the trigeminal nerve
(D)    Compression of the abducens nerve
(E)    Infection of the inferior oblique muscle
(F)    Infection of the inferior rectus muscle
(G)    Infection of the lateral rectus muscle
(H)    Infection of the medial rectus muscle
(I)    Infection of the superior oblique muscle
(J)    Infection of the superior rectus muscle

34.    A 44-year-old man is brought to the emergency department because of a 2-day history of severe headache and blurred vision. His blood pressure is 185/95 mm Hg. Physical examination shows no other abnormalities. His plasma renin activity is 210 μU/mL (N=5–97). Losartan therapy is initiated. Which of the following sets of findings is most likely in this patient after 28 days of treatment?

| | Total Peripheral Resistance | Sodium Excretion | Plasma Aldosterone |
|---|---|---|---|
| (A) | Increased | increased | increased |
| (B) | Increased | increased | decreased |
| (C) | Increased | decreased | increased |
| (D) | Decreased | increased | decreased |
| (E) | Decreased | decreased | increased |
| (F) | Decreased | decreased | decreased |

35.    A 31-year-old woman comes to the physician because of a 2-week history of malaise, nausea, vomiting, and decreased appetite. She is a known user of intravenous heroin. She appears chronically ill. She is 165 cm (5 ft 5 in) tall and weighs 47 kg (103 lb); BMI is 17 kg/m². Her temperature is 36.7°C (98.1°F), pulse is 90/min, respirations are 18/min, and blood pressure is 114/68 mm Hg. Physical examination shows scleral icterus and a liver span of 16 cm. The spleen is not palpable. Serum studies show:

| | |
|---|---|
| Total bilirubin | 3.2 mg/dL |
| AST | 774 U/L |
| ALT | 820 U/L |
| HIV antibody | negative |
| Hepatitis B surface antigen | negative |
| Hepatitis B surface antibody | positive |
| Anti-hepatitis B core antibody | positive |
| Hepatitis B DNA | negative |
| Anti-hepatitis C virus | positive |
| Hepatitis C RNA | positive |

Which of the following is the most likely outcome of this patient's infection?

(A)    Complete resolution of infection
(B)    Latent infection with intermittent viremia
(C)    Lifelong persistent infection
(D)    Patient death from acute infection

NBME00508

36.   A 62-year-old woman comes to the physician because of low back pain for 1 week. Menopause occurred 10 years ago. Physical examination shows localized tenderness over the lumbar spine after movement. X-rays of the spine show a compression fracture of L1-2. A DEXA scan shows decreased bone mineral density. Serum calcium and phosphorus concentrations and serum alkaline phosphatase activity are within the reference ranges. A bisphosphonate drug is prescribed. The expected beneficial effect of this drug is most likely due to which of the following actions?

   (A)  Decreased insulin-like growth factor-1 concentration
   (B)  Decreased osteoclast activity
   (C)  Decreased osteoprotegerin production
   (D)  Increased 1,25-dihydroxycholecalciferol concentration
   (E)  Increased osteoblast activity
   (F)  Increased receptor activator of NF-κB ligand (RANKL) production

37.   A 22-year-old woman contacts a medical student and asks if he would like to join her for dinner. The student met the woman when he was assigned to her care during her 2-week hospitalization for treatment of major depressive disorder. He has not treated or seen the patient since she was discharged from the hospital. He is attracted to this former patient and would be interested in dating her. Which of the following is the most appropriate action by the medical student regarding this patient's invitation?

   (A)  He can date her because he was a medical student, not a physician, when he contributed to her care
   (B)  He can date her because she is no longer his patient
   (C)  He can date her, but only after at least 1 year has passed since he treated her
   (D)  He cannot date her because she was once his psychiatric patient
   (E)  He cannot date her unless she agrees never to seek care at his hospital in the future

38.   A 26-year-old woman is brought to the emergency department 3 hours after ingesting approximately 50 tablets of aspirin in a suicide attempt. She is nauseated, confused, and sleepy. Her pulse is 130/min, respirations are 30/min, and blood pressure is 100/60 mm Hg. Which of the following sets of laboratory values is most likely on evaluation of blood obtained before treatment?

|  | Serum $HCO_3^-$ | Arterial Blood pH | $PCO_2$ |
|---|---|---|---|
| (A) | ↑ | ↓ | ↑ |
| (B) | ↓ | ↓ | ↓ |
| (C) | ↑ | ↑ | ↓ |
| (D) | ↓ | ↓ | ↑ |
| (E) | ↑ | ↑ | ↑ |

39.   A 32-year-old woman with rheumatoid arthritis comes to the physician for a follow-up examination. Six months ago, she began treatment with a drug that blocks tumor necrosis factor. She says that initially her symptoms improved, but her joint pain has increased during the past 3 weeks. Physical examination shows swollen, tender, stiff joints in the hands and knees. Which of the following is the most likely cause of the loss of drug efficacy in this patient?

   (A)  Decreased B-lymphocyte sensitivity to the drug
   (B)  Decreased T-lymphocyte sensitivity to the drug
   (C)  Development of antibodies to the drug
   (D)  Impaired absorption of the drug from the gastrointestinal tract
   (E)  Increased elimination of the drug from the body

NBME00509



40.    An otherwise healthy 45-year-old man comes to the physician because of a 3-week history of progressive epigastric heartburn and a 4.5-kg (10-lb) weight loss. The pain tends to be more severe at night and occurs 1 to 3 hours after meals during the day. He has had similar episodes with lesser intensity during the past year. Abdominal examination shows tenderness to deep palpation. Test of the stool for occult blood is positive. Endoscopy shows a bleeding 3-cm ulcer in the antrum of the stomach. A photomicrograph of Steiner silver-stained tissue (400x) from a biopsy of the gastric mucosa adjacent to the ulcer is shown. Which of the following processes is most likely to be involved?

    (A)    Elaboration of proteases and urease with local tissue destruction
    (B)    Hyperacidity and gastric ulcer development
    (C)    Ingestion of preformed toxins in contaminated well water
    (D)    Spirochete invasion of gastric cells

NBME00510

USMLE STEP 1 SAMPLE TEST QUESTIONS

BLOCK 2, ITEMS 41-80

41.    A new blood test to detect prostate cancer is evaluated in 300 male volunteers. A needle biopsy of the prostate gland is done on all men with serum prostate-specific antigen concentrations greater than 5 ng/mL (N<4). One hundred men undergo biopsy procedures; 90 are found to have prostate cancer, and five are found to have chronic prostatitis. Which of the following is necessary to calculate the sensitivity of this test?

(A)  Incidence of chronic prostatitis in the general population
(B)  Number of men with test results greater than 5 ng/mL and a normal biopsy specimen
(C)  Prevalence of chronic prostatitis in the general population
(D)  Prostate biopsies of men with test results equal to or below 5 ng/mL



42.    A 64-year-old man comes to the physician because of swelling in his feet for the past 2 years. He says that his skin is dry and itchy and his feet "feel heavy." One of his legs is shown. Which of the following is the most likely cause of his condition?

(A)  Arteriolar constriction and arteriolar hypertension
(B)  Arteriolar dilation and venous hypertension
(C)  Venous constriction and arteriolar constriction
(D)  Venous hypertension and incompetent valves
(E)  Venous hypertension and venous constriction

NBME00511

43.  A 32-year-old woman with HIV infection is brought to the emergency department 15 minutes after she had a generalized tonic-clonic seizure. She has a 1-day history of right-sided weakness. Her temperature is 38.5°C (101.3°F). Muscle strength is 4/5 in the right upper extremities and 4/5 in the right lower extremity. Laboratory studies show a positive anti-*Toxoplasma* IgG and positive anti-cytomegalovirus IgG. Her CD4+ T-lymphocyte count is $32/mm^3$ (N≥500), and plasma HIV viral load is 84,000 copies/mL. A gadolinium-enhanced MRI of the brain shows multiple ring-enhancing lesions. Infection with which of the following agents is the most likely cause of the findings in this patient?

    (A)  *Cryptococcus neoformans*
    (B)  Cytomegalovirus
    (C)  Epstein-Barr virus
    (D)  *Neisseria meningitidis*
    (E)  *Streptococcus pneumoniae*
    (F)  *Toxoplasma gondii*

44.  A previously healthy 27-year-old man is brought to the emergency department 30 minutes after sustaining stab wounds to the right side of his neck and arm. He has lost approximately 1000 mL of blood. His pulse is 110/min, respirations are 22/min, and blood pressure is 95/65 mm Hg. Physical examination shows lacerations of the right side of the neck and right upper extremity. Which of the following responses by the kidneys is most likely?

    (A)  Acute tubular necrosis
    (B)  Osmotic diuresis
    (C)  Sodium wasting
    (D)  Vasoconstriction
    (E)  Water conservation

45.  A 57-year-old man receives radiation therapy for a squamous cell carcinoma of the lung. Despite therapy, the tumor progressively increases in size, and he dies 6 months later. His tumor cells contain a point mutation in the p53 gene (*TP53*), leading to an inactive gene product. Based on this finding, the progressive tumor growth despite irradiation therapy is most likely to be related to a defect in cell cycle arrest in which of the following phases of the cell cycle?

    (A)  $G_0$
    (B)  $G_1$
    (C)  $G_2$
    (D)  M
    (E)  S

46.  A male stillborn is delivered at 32 weeks' gestation to a 30-year-old woman. The pregnancy was complicated by oligohydramnios. Examination of the stillborn shows the absence of a urethral opening. Which of the following additional findings is most likely in this stillborn?

    (A)  Congenital diaphragmatic hernia
    (B)  Intralobar sequestration
    (C)  Pulmonary hypoplasia
    (D)  Situs inversus
    (E)  Tracheoesophageal fistula

NBME00512



47.    A 36-year-old man with profound intellectual disability is brought to the physician by staff at his facility because of increasing abdominal girth during the past 2 weeks. He is unable to speak, and no medical history is currently available. Physical examination shows a protuberant abdomen with a fluid wave and shifting dullness. There are no signs of trauma to the area. Laboratory studies show no abnormalities. A CT scan of the abdomen is shown. Fluid is present in which of the following areas as indicated by the arrow?

    (A)    Epiploic foramen
    (B)    Gastrosplenic ligament
    (C)    Hepatorenal pouch (of Morison)
    (D)    Omental bursa (lesser sac)
    (E)    Sulcus pericolicus

48.    A 59-year-old woman comes to the physician because of yellow skin for 5 days. Physical examination shows jaundice. There is mild epigastric tenderness on deep palpation. Serum studies show:

| | |
|---|---|
| Bilirubin, total | 9.6 mg/dL |
|    Direct | 8.9 mg/dL |
| Alkaline phosphatase | 310 U/L |
| AST | 29 U/L |
| ALT | 31 U/L |

A CT scan of the abdomen shows a 3-cm mass at the head of the pancreas. Examination of material from the mass obtained by fine-needle aspiration shows numerous anaplastic cells. These cells most likely originated from which of the following components of the pancreas?

    (A)    Acinar epithelium
    (B)    Duct epithelium
    (C)    Interstitial adipose tissue
    (D)    Interstitial fibrous tissue
    (E)    Islet of Langerhans
    (F)    Vascular endothelium

NBME00513

49.  A full-term female newborn is examined shortly after birth. She appears to be small for gestational age, and she has excess skin on the nape of the neck and lymphedema of the hands and feet. Chromosomal analysis shows some cells with a normal 46,XY karyotype and some cells with a 45,X karyotype. Which of the following mechanisms best explains this cytogenetic abnormality?

   (A)  Nondisjunction in mitosis
   (B)  Reciprocal translocation
   (C)  Robertsonian translocation
   (D)  Skewed X-inactivation
   (E)  Uniparental disomy

50.  A 49-year-old woman comes to the physician for a follow-up examination. She has a strong family history of coronary artery disease. Her blood pressure has ranged from 150/95 mm Hg to 130/85 mm Hg during the previous three visits within the past 2 months. Her blood pressure today is 140/90 mm Hg. Physical examination shows no other abnormalities. Laboratory studies show:

| | |
|---|---|
| Cholesterol, total | 290 mg/dL |
| HDL-cholesterol | 40 mg/dL |
| LDL-cholesterol | 190 mg/dL |
| Triglycerides | 350 mg/dL |

Treatment with atorvastatin and losartan is initiated. Which of the following serum findings is most likely to occur in this patient?

| | HDL-cholesterol | Triglycerides |
|---|---|---|
| (A) | Decreased | decreased |
| (B) | Decreased | increased |
| (C) | Increased | decreased |
| (D) | Increased | increased |
| (E) | No change | no change |

51.  A 12-year-old boy is brought to the physician by his father because of redness and swelling of his left foot for 24 hours. Three days ago, the boy scraped his foot while wading in a drainage ditch. Examination of the left foot shows a purulent abrasion with edema, erythema, and tenderness on the lateral side. Infection is most likely to next spread from the lateral side of the foot to the regional lymph nodes in which of the following areas?

   (A)  Lateral surface of the thigh
   (B)  Medial malleolus, posteriorly
   (C)  Popliteal fossa
   (D)  Sole of the foot
   (E)  Superficial inguinal area

52.  A 6-day-old breast-fed boy is brought to the emergency department by his mother because of poor weight gain and irritability since delivery, and a 2-hour history of vomiting. Physical examination shows jaundice and hepatomegaly. A reducing substance test result of the urine is positive, and a glucose oxidase test result is negative. The concentration of which of the following metabolites in liver is most likely increased in this patient?

   (A)  Fructose 1,6-bisphosphate
   (B)  Galactose 1-phosphate
   (C)  Glucose 1-phosphate
   (D)  Glucose 6-phosphate

NBME00514

53. A randomized clinical trial is conducted to assess whether statin use decreases mortality due to myocardial infarction (MI). A total of 2000 participants are enrolled: 1000 participants receive treatment with statins, and 1000 participants receive placebo. Participants are followed for an average of 5 years. Results are shown:

|  |  | Fatal MI | | |
|---|---|---|---|---|
|  |  | Yes | No | Total |
| **Treatment** | **Statins** | 15 | 985 | 1000 |
|  | **Placebo** | 25 | 975 | 1000 |
|  | **Total** | 40 | 1960 | 2000 |

The investigators calculate that the cost of the drug is $1000 per patient per year. Based on these data, which of the following best represents the cost of the drug to prevent one death due to MI over the 5-year period?

(A) $1500
(B) $5000
(C) $15,000
(D) $50,000
(E) $150,000
(F) $500,000

---

54. A 68-year-old woman has the sudden onset of weakness in her right arm and leg. She can speak, but her words are not enunciated clearly. Neurologic examination 6 weeks later shows an extensor plantar reflex on the right. When she is asked to protrude her tongue, it deviates to the left, and the muscle in the left side of the tongue shows considerable atrophy. Which of the following labeled areas in the transverse sections of the brain stem is most likely damaged?



NBME00515

55. A placebo-controlled clinical trial is conducted to assess whether a new antihypertensive drug is more effective than standard therapy. A total of 5000 patients with essential hypertension are enrolled and randomly assigned to one of two groups: 2500 patients receive the new drug and 2500 patients receive placebo. If the alpha is set at 0.01 instead of 0.05, which of the following is the most likely result?

    (A) Significant findings can be reported with greater confidence
    (B) The study will have more power
    (C) There is a decreased likelihood of a Type II error
    (D) There is an increased likelihood of statistically significant findings
    (E) There is an increased likelihood of a Type I error

56. A 32-year-old woman and 31-year-old man come to the physician for preconceptional counseling. The man's brother recently started dialysis for polycystic kidney disease at age 42 years. Analysis of the man's urine shows 2+ blood and 10-20 RBC/hpf. Ultrasonography shows multiple cysts in both kidneys. Which of the following best represents the likelihood that this couple will have a child who will develop polycystic kidney disease?

    (A) 0%
    (B) 25%
    (C) 33%
    (D) 50%
    (E) 66%
    (F) 75%
    (G) 100%

57. An investigator is studying the effect of the number of hours watching television (Factor A) on the percent of hemoglobin $A_{1c}$ in people with type 2 diabetes mellitus. Two different variables, Factor A and hemoglobin $A_{1c}$, are compared. The results of the study indicate a correlation coefficient of +0.9. Which of the following graphs shown best corresponds to these results?



NBME00516

58.    A 35-year-old man who works at a facility processing highly radioactive substances accidentally receives a high, whole-body dose of ionizing radiation estimated to be 1500 rads (15 gray). He dies 1 week later. At autopsy, histologic examination of the skin shows scattered, individual epidermal cells with shrunken, markedly eosinophilic cytoplasm and pyknotic, fragmented nuclei. These morphologic changes most likely indicate which of the following processes?

    (A)  Apoptosis
    (B)  Coagulation necrosis
    (C)  Liquefaction necrosis
    (D)  Mutagenesis
    (E)  Tumor initiation

 

59.    A 47-year-old woman comes to the emergency department because of a 2-week history of intermittent abdominal pain, nausea, and vomiting. She has had similar episodes sporadically during the past 4 years. Physical examination shows dehydration, jaundice, and upper abdominal distention. Laboratory studies show hyperbilirubinemia. A CT scan and upper gastrointestinal series of the abdomen with oral contrast are shown; the arrows indicate the abnormality. Which of the following is the most likely cause of these findings?

    (A)  Annular pancreas
    (B)  Cirrhosis of the liver
    (C)  Duodenal constriction by the portal vein
    (D)  Duodenal constriction by the superior mesenteric artery
    (E)  Pyloric stenosis

NBME00517

60.    A 6-year-old boy is brought to the physician by his parents because of a 3-day history of fever, headache, and cough productive of a green, foul-smelling discharge that also exits from his nose. He has had repeated episodes of similar symptoms during the past 4 years. He appears pale and lethargic. His height and weight are both below the 10th percentile. Coarse rhonchi are heard bilaterally. An x-ray of the chest shows scattered peripheral opacities, dilated and thickened airways consistent with bronchiectasis, and a cardiac apex that is directed toward the right. The most likely cause of his recurrent infections is a dysfunction of which of the following cell types?

   (A)   Alveolar capillary endothelial cell
   (B)   Alveolar macrophage
   (C)   Chondrocyte
   (D)   Ciliated columnar epithelial cell
   (E)   Clara cell
   (F)   Goblet cell
   (G)   Kulchitsky cell
   (H)   Squamous epithelial cell
   (I)   Type I pneumocyte
   (J)   Type II pneumocyte

61.    A 4-year-old boy is brought to the physician because of slow growth during the past year. He has had recurrent urinary tract infections since the age of 1 year. He is at the 10th percentile for height and 25th percentile for weight. Physical examination shows pallor. Laboratory studies show a normochromic, normocytic anemia and increased serum concentrations of urea nitrogen and creatinine. Urinalysis shows a low specific gravity. Which of the following sets of additional serum findings is most likely in this patient?

|     | Calcium | Inorganic Phosphorus | 1,25-Dihydroxycholecalciferol | Erythropoietin |
|-----|---------|----------------------|-------------------------------|----------------|
| (A) | ↑ | ↑ | ↑ | ↓ |
| (B) | ↑ | ↑ | ↓ | ↓ |
| (C) | ↑ | ↓ | ↓ | ↑ |
| (D) | ↓ | ↑ | ↑ | ↓ |
| (E) | ↓ | ↑ | ↓ | ↓ |
| (F) | ↓ | ↓ | ↑ | ↑ |

62.    A 14-year-old boy is brought to the physician for a physical examination prior to participating in sports. He appears reluctant to remove his shirt for the examination, and says that he is embarrassed because he has grown breasts during the past year. He is at the 50th percentile for height and weight. Physical examination shows bilateral 1.5-cm fibroglandular masses located beneath the nipple-areolar complex and normal penis and testes. Pubic hair development is Tanner stage 3. Serum concentrations of gonadotropic hormones, estrogens, and testosterone are within the reference ranges. Which of the following is the most likely cause of this patient's breast enlargement?

   (A)   Breast adenocarcinoma
   (B)   Estradiol-secreting Leydig cell tumor
   (C)   Peutz-Jeghers syndrome
   (D)   Seminiferous tubule dysgenesis (Klinefelter syndrome)
   (E)   Normal development

63.    A 23-year-old woman with bone marrow failure is treated with a large dose of rabbit antithymocyte globulin. Ten days later, she develops fever, lymphadenopathy, arthralgias, and erythema on her hands and feet. Which of the following is the most likely cause of these symptoms?

   (A)   Cytokine secretion by natural killer cells
   (B)   Eosinophil degranulation
   (C)   Immune complex deposition in tissues
   (D)   Polyclonal T-lymphocyte activation
   (E)   Widespread apoptosis of B lymphocytes

NBME00518

64. A 31-year-old woman with type 2 diabetes mellitus comes to the physician because of an oozing, foul-smelling wound on her foot for 2 days. Physical examination shows a 4-cm, necrotizing wound with a purplish black discoloration over the heel. Crepitant bullae producing profuse amounts of serous drainage are seen. A Gram stain of a tissue biopsy specimen shows gram-positive rods. The causal organism most likely produces which of the following virulence factors?

   (A) Endotoxin
   (B) Fimbriae
   (C) Pneumolysin
   (D) Polysaccharide capsule
   (E) α-Toxin

65. A 35-year-old man comes to the physician because of pain and swelling of his right arm where he scraped it on a tree branch 2 days ago. His temperature is 38.3°C (101°F). Examination of the right forearm shows edema around a fluctuant erythematous lesion at the site of trauma. The area is extremely tender to palpation. Which of the following is most likely the primary mechanism of the development of edema in this patient?

   (A) Degranulation of eosinophils
   (B) Disruption of vascular basement membranes
   (C) Increased hydrostatic pressure
   (D) Release of thromboxane
   (E) Separation of endothelial junctions

66. A 6-month-old male infant is admitted to the hospital for treatment of bacterial pneumonia. Examination shows absence of B lymphocytes and surface immunoglobulins; there are minimal CD3+ T lymphocytes. An x-ray of the chest shows absence of the thymic shadow and a right lower lobe infiltrate. Which of the following is the most likely diagnosis?

   (A) AIDS
   (B) Chronic granulomatous disease
   (C) DiGeorge syndrome
   (D) Severe combined immunodeficiency
   (E) X-linked agammaglobulinemia

67. A 64-year-old man with non-Hodgkin lymphoma comes to the physician because of a 3-week history of progressive numbness in his hands and feet and weakness in his legs when he stands. He received his third course of chemotherapy 4 weeks ago. Physical examination shows areflexia. Which of the following drugs is the most likely cause of these adverse effects?

   (A) Bleomycin
   (B) Cyclophosphamide
   (C) Cytarabine
   (D) Doxorubicin
   (E) Fluorouracil
   (F) Methotrexate
   (G) Vincristine

68. A 45-year-old man has abnormal circadian variation in body temperature, disruption of the sleep-wake cycle, and an impaired nocturnal surge of secretion of melatonin. An MRI of the brain is most likely to show a lesion involving which of the following nuclei?

   (A) Accessory optic
   (B) Lateral preoptic
   (C) Pretectal
   (D) Suprachiasmatic
   (E) Supraoptic

NBME00519

69. Six healthy subjects participate in a study of muscle metabolism during which hyperglycemia and hyperinsulinemia is induced. Muscle biopsy specimens obtained from the subjects during the resting state show significantly increased concentrations of malonyl-CoA. The increased malonyl-CoA concentration most likely directly inhibits which of the following processes in these subjects?

    (A) Fatty acid oxidation
    (B) Fatty acid synthesis
    (C) Gluconeogenesis
    (D) Glycogenolysis
    (E) Glycolysis
    (F) Oxidative phosphorylation

70. After being severely beaten and sustaining a gunshot wound to the abdomen, a 42-year-old woman undergoes resection of a perforated small bowel. During the operation, plastic reconstruction of facial fractures, and open reduction and internal fixation of the left femur are also done. Thirty-six hours postoperatively, she is awake but not completely alert. She is receiving intravenous morphine via a patient-controlled pump. She says that she needs the morphine to treat her pain, but she is worried that she is becoming addicted. She has no history of substance use disorder. She drinks one to two glasses of wine weekly. Which of the following initial actions by the physician is most appropriate?

    (A) Reassure the patient that her chance of becoming addicted to narcotics is minuscule
    (B) Maintain the morphine, but periodically administer intravenous naloxone
    (C) Switch the patient to oral acetaminophen as soon as she can take medication orally
    (D) Switch the patient to intramuscular lorazepam
    (E) Switch the patient to intravenous phenobarbital

---



71. A 42-year-old woman is brought to the emergency department because of double vision that began 20 minutes after she fell from her horse and landed on the left side of her face. Examination of the face shows ecchymoses over the left zygomatic arch. A CT scan of the head is shown. Which of the following arteries is at greatest risk for injury in this patient?

    (A) Facial
    (B) Frontal
    (C) Infraorbital
    (D) Lacrimal
    (E) Ophthalmic

NBME00520

72.  A 17-year-old girl is brought to the physician by her mother because she has not had a menstrual period for 6 months. The patient is unconcerned about the lack of menses. Menarche occurred at the age of 12 years, and menses had occurred at regular 28-day intervals until they became irregular 1 year ago. She is a member of her high school gymnastics team. She appears emaciated. She is 163 cm (5 ft 4 in) tall and weighs 40 kg (88 lb); BMI is 15 kg/m$^2$. Her pulse is 54/min, and blood pressure is 80/50 mm Hg. Which of the following is the most likely cause of this patient's amenorrhea?

   (A)  Hyperthyroidism
   (B)  Hypogonadotropic hypogonadism
   (C)  Hypothyroidism
   (D)  Polycystic ovarian syndrome
   (E)  Prolactinoma

73.  A 26-year-old woman is brought to the emergency department because of an 8-hour history of severe back and abdominal pain and mild but persistent vaginal bleeding. Ultrasonography of the abdomen shows a 2-cm ectopic pregnancy in the ampulla. The ampulla has ruptured into the surrounding tissue. Fluid from this rupture will most likely be found in which of the following locations?

   (A)  Lesser peritoneal cavity
   (B)  Mesometrium
   (C)  Pouch of Douglas
   (D)  Uterine cavity
   (E)  Vagina



74.  A 30-year-old man is admitted to the hospital for evaluation. He has a 6-week history of colicky abdominal pain and diarrhea with occasional blood. Three days after admission, he suddenly develops peritonitis and sepsis. Despite appropriate care, he dies. At autopsy, examination shows a fibrinous exudate over the peritoneal and serosal surfaces, and a punctate opening is seen in the wall of a thickened loop of small intestine. Several lengths of the small and large intestines are also thickened and adherent to one another, with marked areas of narrowing. Photomicrographs of a section of the colon are shown. Which of the following is the most likely diagnosis?

   (A)  Colon cancer
   (B)  Crohn disease
   (C)  Diverticulitis
   (D)  Ischemic necrosis
   (E)  Ulcerative colitis

NBME00521

75.   A 55-year-old man who is a business executive is admitted to the hospital for evaluation of abdominal pain. He is polite to the physician but berates the nurses and other staff. The patient's wife and two of his three adult children arrive for a visit. The patient says with disgust that the missing child is and always has been worthless. Which of the following is the most likely explanation for this patient's behavior?

   (A)   Countertransference
   (B)   Projection
   (C)   Projective identification
   (D)   Reaction formation
   (E)   Splitting


76.   A patient being treated with clindamycin for aspiration pneumonia develops diarrhea. The stool contains a toxin that kills cultured epithelial cells. Stool culture grows an anaerobic gram-positive rod. The same organism is cultured from his bedpan. Which of the following is most likely to sterilize the bedpan?

   (A)   Boiling for 45 minutes
   (B)   Exposure to benzalkonium chloride for 1 hour
   (C)   Exposure to ethyl alcohol for 1 hour
   (D)   Exposure to saturated steam (121°C) for 15 minutes
   (E)   Heating in an oven at 150°C for 30 minutes


77.   A 2-year-old boy is brought to the physician for a well-child examination. He was delivered at term after an uncomplicated pregnancy. His birth weight was 3500 g (7 lb 11 oz), and Apgar scores were 8 and 10 at 1 and 5 minutes, respectively. At the age of 15 months, physical examination showed no abnormalities, but he was not yet talking. Both of his parents had learning difficulties in school, and his mother stopped attending after the 10th grade. He has a maternal uncle with cognitive disabilities. He is at the 25th percentile for height, 15th percentile for weight, and 90th percentile for head circumference. He appears irritable, he resists making eye contact, and he is flapping his hands. Which of the following is the most likely cause of this patient's condition?

   (A)   Creation of an alternative splice site
   (B)   Frameshift mutation
   (C)   Missense mutation
   (D)   Nonsense mutation
   (E)   Trinucleotide repeat expansion


78.   A 17-year-old boy is brought to the emergency department 30 minutes after being found with a "blank stare" and flat facial expression at a party. His pulse is 72/min, and blood pressure is 104/68 mm Hg. He is sitting upright and appears catatonic. Physical examination shows rigidity. During the examination, he becomes hostile and attempts to assault the physician. This patient most likely ingested which of the following drugs?

   (A)   Cocaine
   (B)   Diazepam
   (C)   Methamphetamine
   (D)   Oxycodone
   (E)   PCP (phencyclidine)

NBME00522

79.  A 52-year-old man with a 15-year history of hypertension, type 1 diabetes mellitus, and hyperlipidemia comes to the physician because of a 2-month history of shortness of breath. He underwent coronary artery bypass grafting 5 years ago. His pulse is 90/min, respirations are 22/min, and blood pressure is 160/86 mm Hg. Jugular venous pressure is 20 cm $H_2O$. There are crackles bilaterally halfway up the chest. Cardiac examination shows a grade 2/6 holosystolic murmur and an $S_3$ gallop at the apex. Which of the following is most likely to be helpful in establishing the most appropriate treatment at this time?

   (A)  Assessment of blood pressure readings over the past 2 years
   (B)  Determination of hemoglobin $A_{1c}$
   (C)  Evaluation of left ventricular ejection fraction
   (D)  Measurement of fasting serum cholesterol concentration
   (E)  Review of the operative report of the bypass surgery


80.  A previously healthy 40-year-old man is brought to the emergency department because of constant substernal chest pain for 12 hours that is exacerbated by coughing and inspiration. The pain is relieved with sitting up and leaning forward. There is no family history of heart disease. His temperature is 38°C (100.4°F), pulse is 120/min, and blood pressure is 110/60 mm Hg. The lungs are clear to auscultation. Cardiac examination shows distant heart sounds. An ECG shows diffuse ST-segment elevation in all leads. An x-ray of the chest shows normal findings. The most likely cause of his condition is injury to which of the following tissues?

   (A)  Aortic intima
   (B)  Esophageal sphincter
   (C)  Myocardium
   (D)  Pericardium
   (E)  Pleura

NBME00523

USMLE STEP 1 SAMPLE TEST QUESTIONS

BLOCK 3, ITEMS 81-117

81.    A 20-year-old woman comes to the physician because of a 5-year history of heavy bleeding with menses that often requires her to change her sanitary pads three times hourly. Menses occur at regular 28-day intervals. She recently sustained a minor cut to her finger, and the bleeding took longer to stop than usual. She has not had easy bruising or change in weight. She only takes an oral contraceptive, but she has not been sexually active for the past 6 months. Her temperature is 37.5°C (99.5°F), pulse is 72/min, respirations are 12/min, and blood pressure is 120/66 mm Hg. Physical examination shows mildly pale conjunctivae. Pelvic examination shows no abnormalities. Laboratory studies show:

| | |
|---|---|
| Hemoglobin | 10.5 g/dL |
| Hematocrit | 31.3% |
| Mean corpuscular hemoglobin concentration | 28% Hb/cell |
| Mean corpuscular volume | 70 $\mu m^3$ |
| Leukocyte count | 5500/$mm^3$ |
| Platelet count | 275,000/$mm^3$ |
| Platelet aggregation studies | normal |
| Prothrombin time | 10.5 sec (INR=1.0) |
| Partial thromboplastin time | 28 sec |

A Pap smear shows no abnormalities. Which of the following hematologic disorders is the most likely cause of this patient's menorrhagia?

(A)  Afibrinoginemia
(B)  Hemophilia A
(C)  Intravascular coagulation
(D)  Vitamin K deficiency
(E)  von Willebrand disease

82.    A 40-year-old woman comes to the physician because of a 6-month history of increased facial hair growth. Her last menstrual period was 4 months ago. She is 165 cm (5 ft 5 in) tall and weighs 70 kg (154 lb); BMI is 26 kg/$m^2$. Her pulse is 80/min, and blood pressure is 130/82 mm Hg. Physical examination shows temporal balding and coarse dark hair on the upper lip and chin. Pelvic examination shows clitoral enlargement. Her serum testosterone concentration is increased. Serum concentrations of androstenedione, dehydroepiandrosterone, and urinary 17-ketosteroids are within the reference ranges. Ultrasonography of the pelvis shows a 12-cm ovarian mass. Which of the following best describes this mass?

(A)  Granulosa tumor
(B)  Ovarian carcinoid
(C)  Sertoli-Leydig tumor
(D)  Teratoma
(E)  Thecoma

NBME00524



83. A 35-year-old man who recently immigrated to the USA from Mexico comes to the physician because of a 6-month history of lesions on his face and chest. He has a history of asthma and atopic dermatitis. Physical examination shows the findings in the photograph. Which of the following cytokines is most likely to be increased in these lesions?

   (A) Interferon gamma
   (B) Interleukin-4 (IL-4)
   (C) IL-12
   (D) Transforming growth factor (TGF)-α
   (E) TGF-β

84. A 45-year-old woman with systemic sclerosis (scleroderma) comes to the physician because of a 3-week history of progressive shortness of breath and nonproductive cough. Her temperature is 36.9°C (98.4°F), pulse is 82/min, respirations are 20/min, and blood pressure is 136/85 mm Hg. Crackles are heard in both lung fields. Pulmonary function tests show total lung capacity is 80% of predicted, and diffusing capacity for carbon monoxide, corrected for alveolar volume, is 65% of predicted. Histologic examination of a lung biopsy specimen is most likely to show which of the following findings?

   (A) Diffuse interstitial fibrosis
   (B) Intra-alveolar exudates
   (C) Multiple thromboemboli
   (D) Necrotizing vasculitis
   (E) Non-necrotizing interstitial granulomas

85. A 52-year-old man comes to the emergency department because he has had vomiting, nausea, and abdominal pain for the past 12 hours. He says he attempted suicide 3 days ago by "taking everything in the medicine cabinet." He was stuporous for approximately 12 hours after the overdose but felt better the following day. At this time, he has jaundice and pain in the right upper quadrant. Which of the following drugs is most likely to have caused the pain, vomiting, and jaundice?

   (A) Acetaminophen
   (B) Aspirin
   (C) Cimetidine
   (D) Diphenhydramine
   (E) Triazolam

86. In a cohort study of elderly women, the relative risk ratio for hip fractures among those who exercise regularly is 1.2 (95% confidence interval of 1.1 to 1.8). Which of the following is the most appropriate conclusion about the effect of regular exercise on the risk for hip fracture?

   (A) Statistically nonsignificant increase in risk
   (B) Statistically nonsignificant overall decrease in risk
   (C) Statistically significant overall decrease in risk
   (D) Statistically significant overall increase in risk

NBME00525

87. A study is designed to evaluate the feasibility of acupuncture in children with chronic headaches. Sixty children with chronic headaches are recruited for the study. In addition to their usual therapy, all children are treated with acupuncture three times a week for 2 months. Which of the following best describes this study design?

   (A) Case-control
   (B) Case series
   (C) Crossover
   (D) Cross-sectional
   (E) Historical cohort
   (F) Randomized clinical trial

88. A 52-year-old woman is admitted to the hospital because of breast cancer metastatic to the liver. Her prognosis is poor. She begs her husband to stay with her at the hospital because she is afraid to be left alone. Which of the following defense mechanisms best explains her behavior?

   (A) Denial
   (B) Displacement
   (C) Regression
   (D) Repression
   (E) Sublimation

89. A 42-year-old man comes to the physician for a follow-up examination 1 week after he passed a renal calculus. X-ray crystallographic analysis of the calculus showed calcium as the primary cation. Physical examination today shows no abnormalities. A 24-hour collection of urine shows increased calcium excretion. Which of the following is the most appropriate pharmacotherapy?

   (A) Carbonic anhydrase inhibitor
   (B) $Na^+–Cl^-$ symport inhibitor
   (C) $Na^+–K^+–2Cl^-$ symport inhibitor
   (D) Osmotic diuretic
   (E) Renal epithelial sodium channel inhibitor

NBME00526

90.    A 67-year-old woman is brought to the emergency department 30 minutes after she had a generalized tonic-clonic seizure. Her family says that she seemed mildly confused before her eyes rolled backward and she had the onset of uncontrollable jerking movements of her arms and legs and loss of consciousness. During the seizure, she passed urine and bit her tongue. At the scene, her vital signs were within normal limits. She has a 6-month history of a 7-kg (15-lb) weight loss despite no changes in appetite. She received the diagnosis of small cell carcinoma of the lung last week and has not begun treatment. She has hypertension well controlled with lisinopril. On arrival, she is awake but does not respond to verbal stimuli. She is not in distress. Her temperature is 37°C (98.6°F), pulse is 70/min, and blood pressure is 130/88 mm Hg while supine. Examination shows no abnormalities. Laboratory studies show:

| | | |
|---|---|---|
| Serum | | |
| | $Na^+$ | 115 mEq/L |
| | $K^+$ | 4 mEq/L |
| | $Cl^-$ | 81 mEq/L |
| | $HCO_3^-$ | 25 mEq/L |
| | Urea nitrogen | 9 mg/dL |
| | Glucose | 102 mg/dL |
| | Creatinine | 0.6 mg/dL |
| Urine | | |
| | Sodium | 60 mEq/L |
| | Potassium | 20 mEq/L |
| | Osmolality | 900 mOsmol/kg $H_2O$ |

Which of the following is the most likely diagnosis?

(A)  Adrenal insufficiency
(B)  Diuretic abuse
(C)  Heart failure
(D)  Syndrome of inappropriate secretion of ADH (vasopressin)
(E)  Water intoxication

91.    A 15-year-old girl comes to the physician because of a 3-month history of acne. Breast and pubic hair development began at the age of 12 years. Menarche occurred at the age of 14 years. Physical examination shows scattered open and closed comedones over the cheeks and forehead. Breast and pubic hair development are Tanner stage 5. Which of the following is the most likely underlying cause of this patient's acne?

(A)  Decreased parasympathetic stimulation to the sebaceous glands
(B)  Increased estrogen stimulation of the sebaceous glands
(C)  Increased responsiveness of the sebaceous glands to follicle-stimulating hormone
(D)  Increased sympathetic stimulation to the sebaceous glands
(E)  Stimulation of the sebaceous glands by androgens

92.    A 20-year-old man with a history of intermittent asthma comes to the physician because of a 1-week history of chest tightness, wheezing, malaise, and a cough productive of clear sputum. He does not appear to be in distress. His pulse is 72/min, respirations are 14/min, and blood pressure is 120/70 mm Hg. Physical examination shows clear tympanic membranes and no exudates in the oral pharynx. Diffuse expiratory wheezes are heard on auscultation. When asked to take a deep breath, the patient coughs with forced expiration. Which of the following substances is most appropriate to treat this patient's cough at this time?

(A)  Albuterol
(B)  Dextromethorphan
(C)  Guaifenesin
(D)  Pseudoephedrine
(E)  Theophylline

NBME00527

93. A 62-year-old man comes to the physician for a follow-up examination after he was diagnosed with chronic inflammatory interstitial pneumonitis. Following pulmonary function testing, a biopsy specimen of the affected area of the lungs is obtained. Compared with a healthy man, analysis of this patient's biopsy specimen is most likely to show which of the following patterns of changes in the cell populations of alveoli?

|  | Type I Pneumocytes | Type II Pneumocytes | Fibroblasts |
|---|---|---|---|
| (A) | ↑ | ↑ | ↑ |
| (B) | ↑ | ↑ | ↓ |
| (C) | ↑ | ↓ | ↑ |
| (D) | ↑ | ↓ | ↓ |
| (E) | ↓ | ↑ | ↑ |
| (F) | ↓ | ↑ | ↓ |
| (G) | ↓ | ↓ | ↑ |
| (H) | ↓ | ↓ | ↓ |

94. A 14-year-old girl has had nausea, intermittent diarrhea, and a 2.2-kg (5-lb) weight loss over the past 4 weeks. Examination shows a migrating serpiginous pruritic perianal rash. Her leukocyte count is 8000/mm$^3$ with 20% eosinophils. Which of the following tests is most likely to yield an accurate diagnosis?

   (A) Blood smear
   (B) Bone marrow biopsy
   (C) KOH preparation
   (D) Microscopic examination of the stool
   (E) Skin snip

95. A 73-year-old woman comes to the physician because of a 2-month history of diffuse weakness and tingling of her arms and legs. Neurologic examination shows weakness of the extensor and flexor muscles of the lower extremities. Knee and ankle deep tendon reflexes are exaggerated. Sensation to vibration and position is decreased in all extremities, but the decrease is more prominent in the lower extremities than in the upper extremities. This patient most likely has a deficiency of which of the following vitamins?

   (A) Niacin
   (B) Vitamin B$_1$ (thiamine)
   (C) Vitamin B$_2$ (riboflavin)
   (D) Vitamin B$_6$ (pyridoxine)
   (E) Vitamin B$_{12}$ (cyanocobalamin)

96. A 60-year-old woman develops fever and chills 1 week after completing cytotoxic induction chemotherapy for acute myelogenous leukemia. Her temperature is 39°C (102.2°F). Her leukocyte count is 100/mm$^3$ (25% neutrophils and 75% lymphocytes). Physical examination and an x-ray of the chest show no abnormalities. This patient's profound granulocytopenia is most likely to predispose her to infection with which of the following organisms?

   (A) Bacteria
   (B) Dimorphic fungi
   (C) Nontuberculous mycobacteria
   (D) Protozoa
   (E) Viruses

NBME00528

97.    A 42-year-old woman comes to the physician because of anxiety, tremor, and a 5-kg (11-lb) weight loss over the past 4 months despite good appetite. Physical examination shows fine thin hair, exophthalmos, goiter, and warm moist skin. Cardiac examination shows tachycardia and a widened pulse pressure. Which of the following sets of laboratory values is most likely in this patient's serum?

|  | Thyroid-stimulating Hormone | Total Thyroxine ($T_4$) | Free Thyroxine | Thyroid-binding Globulin |
|---|---|---|---|---|
| (A) | ↑ | ↑ | ↑ | ↑ |
| (B) | ↑ | ↑ | normal | ↓ |
| (C) | ↑ | normal | ↑ | ↓ |
| (D) | ↓ | ↑ | ↑ | normal |
| (E) | ↓ | normal | normal | ↑ |
| (F) | ↓ | normal | normal | normal |

98.    A 42-year-old man comes to the physician for a follow-up examination. Four months ago, he underwent repair of a Dupuytren contracture. Physical examination shows decreased range of motion in the affected hand. The patient is upset that his hand has not fully healed, and he files a malpractice suit against the physician. Which of the following is the most likely precipitating factor in this patient's decision to file a malpractice suit?

(A)  The patient's perception that the physician is incompetent
(B)  The patient's perception that the physician is uncaring
(C)  The patient's socioeconomic status
(D)  The physician's amount of experience in the medical field
(E)  The physician's inability to screen out problem patients

99.    An investigator is studying the incidence of the common cold among medical students at various time points during the school year. Results show an increased incidence of upper respiratory tract infections among these students during finals week. It is hypothesized that the stress of studying for examinations adversely affects the immune system, making the students more susceptible to infection. Which of the following laboratory findings in these students during examination week is most likely to support this hypothesis?

(A)  Decreased AM serum cortisol concentration
(B)  Decreased macrophage activity
(C)  Increased basophil count
(D)  Increased lymphocyte count
(E)  Increased natural killer cell activity

NBME00529

100.    A 28-year-old man comes to the physician because of a 1-year history of pain with urination that has increased in severity during the past month. He also has had episodes of blood in his urine during the past 5 years. He lived in sub-Saharan Africa until he came to the USA 6 months ago for graduate school. His temperature is 38°C (100.4°F), pulse is 80/min, respirations are 16/min, and blood pressure is 110/84 mm Hg. Physical examination shows suprapubic tenderness. Laboratory studies show:

| | |
|---|---|
| Hemoglobin | 12.3 g/dL |
| Hematocrit | 37% |
| Leukocyte count | 13,400/mm$^3$ |
| Segmented neutrophils | 65% |
| Bands | 5% |
| Eosinophils | 5% |
| Lymphocytes | 22% |
| Monocytes | 3% |
| Serum | |
| Urea nitrogen | 75 mg/dL |
| Creatinine | 3.8 mg/dL |
| Urine | |
| Blood | 3+ |
| RBC | 200/hpf |
| WBC | 100/hpf |
| RBC casts | absent |
| WBC casts | absent |

Imaging studies show bilateral hydroureter and hydronephrosis and foci of calcification in the region of the bladder. A biopsy specimen of the bladder shows marked chronic inflammation with fibrosis and scattered granulomas. Which of the following best explains the biopsy findings?

(A)  Exposure to a chemical toxin
(B)  Interstitial cystitis
(C)  Malacoplakia
(D)  Schistosomiasis
(E)  Vesicoureteral reflux

101.    A 2-day-old male newborn delivered at term develops mild jaundice and scleral icterus. Pregnancy and delivery were uncomplicated. His vital signs are within normal limits. Physical examination shows no other abnormalities. This patient most likely has an excess amount of which of the following in his blood?

(A)  Biliverdin
(B)  Direct bilirubin
(C)  Indirect bilirubin
(D)  Stercobilin
(E)  Urobilin
(F)  Urobilinogen

102.    A 29-year-old man is brought to the physician for removal of a cast from his left leg. He sustained a fracture of the left lower extremity 6 weeks ago and was immobilized in a cast that extended from just below the knee to the foot. At the time of injury, there was severe pain but normal strength in the extremity. When the cast is removed today, physical examination shows a pronounced left footdrop with paresthesia and sensory loss over the dorsum of the left foot and lateral leg. Injury to which of the following nerves is the most likely cause of this patient's condition?

(A)  Common fibular (peroneal)
(B)  Femoral
(C)  Obturator
(D)  Sciatic
(E)  Tibial

NBME00530

103.  A 16-year-old boy is admitted to the emergency department because of a knife wound to the left side of his chest. An x-ray of the chest shows an air-fluid level in the left side of the chest, partial collapse of the left lung, and elevation of the stomach bubble. The mediastinum is in the midline. Which of the following is the most likely diagnosis?

    (A)  Hemopneumothorax, not under tension
    (B)  Hemothorax, not under tension
    (C)  Pneumothorax, not under tension
    (D)  Tension hemopneumothorax
    (E)  Tension hemothorax
    (F)  Tension pneumothorax

104.  A 56-year-old man comes to the emergency department because of a 4-day history of colicky right flank pain that radiates to the groin and hematuria. Ultrasound examination of the kidneys shows right-sided hydronephrosis and a dilated ureter. Which of the following is most likely to be found on urinalysis?

    (A)  Erythrocyte casts
    (B)  Glucose
    (C)  Leukocyte casts
    (D)  Oval fat bodies
    (E)  Uric acid crystals

105.  A 17-year-old girl has never had a menstrual period. Physical examination shows a normal female body habitus, normal breast development, and normal appearing external genitalia. She has no axillary or pubic hair. The patient refuses to have a pelvic or rectal examination. Which of the following is the most likely explanation for the clinical presentation?

    (A)  Androgen insensitivity
    (B)  Congenital adrenal hyperplasia
    (C)  Ectodermal dysplasia
    (D)  A psychiatric disorder
    (E)  A sex chromosome mosaicism

106.  A 52-year-old man with recently diagnosed type 2 diabetes mellitus comes to the physician for a follow-up examination. Physical examination shows no abnormalities. Laboratory studies show an increased hemoglobin $A_{1c}$ despite patient compliance with diet and exercise recommendations. Treatment with a sulfonylurea is started. Which of the following is most likely to occur in this patient?

    (A)  Decreased entry of glucose into the muscle cells
    (B)  Decreased production of glucose from the liver
    (C)  Decreased secretion of insulin from the pancreas
    (D)  Decreased speed of carbohydrate absorption from the intestines
    (E)  Increased entry of glucose into the muscle cells
    (F)  Increased production of glucose from the liver
    (G)  Increased secretion of insulin from the pancreas
    (H)  Increased speed of carbohydrate absorption from the intestines

NBME00531



107. A 2-year-old boy is brought to the emergency department because of shortness of breath and left-sided abdominal pain for 3 hours. He appears pale. Physical examination shows hypotension and tachycardia. There is splenomegaly with the spleen tip palpated 8 cm below the left costal margin. Laboratory studies show:

| | |
|---|---|
| Hemoglobin | 5.1 g/dL (N=12.1–14.9) |
| Hematocrit | 16% (N=37%–44.4%) |
| Leukocyte count | 4500/mm$^3$ (N=4000–11,500) |
| Platelet count | 87,000/mm$^3$ (N=150,000–400,000) |

A photomicrograph of a Wright-stained peripheral blood smear is shown. Which of the following is the most likely cause of this patient's current condition?

(A) Aplastic crisis
(B) Autoimmune hemolysis
(C) Congestive heart failure
(D) Salmonellal sepsis
(E) Splenic sequestration

108. A 42-year-old woman comes to the physician for a routine examination. She says that she has felt well except for occasional episodes of constipation, abdominal discomfort, and mild fatigue. She was treated for a renal calculus 10 years ago and was told she had a "lazy gallbladder." Her pulse is 82/min, and blood pressure is 150/80 mm Hg. Physical examination shows no other abnormalities. Laboratory studies show:

| | |
|---|---|
| Erythrocyte count | 3 million/mm$^3$ |
| Serum | |
| $K^+$ | 4.5 mEq/L |
| $Cl^-$ | 107 mEq/L |
| $Ca^{2+}$ | 12 mg/dL |
| Phosphorus | 2.2 mg/dL |
| Alkaline phosphatase | 95 U/L |

The most likely cause of this patient's condition is a small, well-defined nodule in which of the following locations?

(A) Adrenal gland
(B) Anterior pituitary gland
(C) Gallbladder
(D) Kidney
(E) Parathyroid gland
(F) Thymus

NBME00532

109.    A 24-year-old woman comes to the physician for a follow-up examination. One week ago, she was treated in the emergency department after she accidentally spilled hot grease on her left leg while working at a fast-food restaurant. Examination of the left lower extremity shows a 7-cm, pink, soft, granular, edematous wound. The formation of this tissue was most likely caused by increased activity of which of the following?

(A) Complement C3b
(B) Glycosylation-dependent cell adhesion molecule-1
(C) P-selectin
(D) Stromelysin
(E) Vascular endothelial growth factor

110.    A 37-year-old woman with right lower extremity edema is evaluated because of the sudden onset of shortness of breath and pleuritic chest pain. A diagnosis of pulmonary embolism is made. Which of the following signs, if present on physical examination, would be the most specific indicator of pulmonary arterial hypertension in this patient?

(A) Increased jugular venous pressure
(B) $P_2$ louder than $A_2$
(C) Peripheral edema
(D) Presence of an $S_3$
(E) Pulmonary crackles

111.    Vascular control is studied in an intact hind extremity of an anesthetized experimental animal. After a normal control period, the blood flow to the extremity is completely occluded for 1 minute. When the occlusion is released, blood flow increases abruptly and exceeds the control value for several minutes (reactive hyperemia). After an appropriate recovery period, the procedure is repeated and the extremity is actively exercised during the occlusion period. Which of the following best describes the reactive hyperemia after the second occlusion compared with that after the first occlusion?

(A) Abolished
(B) Decreased but not abolished
(C) Increased
(D) Unchanged

112.    A 72-year-old man collapses while playing golf. He has a 5-year history of angina and type 2 diabetes mellitus. Paramedics arrive in 10 minutes. Examination shows no respirations or blood pressure; an ECG shows asystole. Cardiopulmonary resuscitation is attempted for 10 minutes without success. Which of the following is the most likely cause of death in this patient?

(A) Cardiac tamponade
(B) Embolus to the right middle cerebral artery
(C) Necrosis of the myocardium
(D) Rupture of the papillary muscle
(E) Ventricular fibrillation

113.    A previously healthy 3-month-old boy is brought to the physician because of a runny nose and a dry cough for 2 days. Physical examination shows tachypnea, a nasal discharge, and wheezing. An x-ray of the chest shows hyperexpansion but no infiltrates. The causal virus was most likely transmitted by which of the following routes?

(A) Blood transfusion
(B) Ingestion of contaminated formula
(C) Inoculation onto mucous membranes
(D) Insect bite
(E) Transplacental transfer

NBME00533

114. An 18-year-old man is brought to the emergency department 30 minutes after sustaining a closed head injury in a motor vehicle collision. Twenty-four hours later, he is noted to be excreting large amounts of urine with an osmolality of 100 mOsmol/kg. His serum sodium concentration is 154 mEq/L. Which of the following portions of the kidney is the most likely site of the excessive loss of fluid in this patient?

    (A) Afferent arterioles
    (B) Collecting duct
    (C) Efferent arterioles
    (D) Glomeruli
    (E) Proximal convoluted tubule

115. A 46-year-old woman receives a non–T-lymphocyte-depleted, allogeneic bone marrow transplant from a matched, unrelated donor. Immunosuppressive therapy with cyclosporine is started. One month later, she has fever. Cytolytic destruction of the skin, gastrointestinal tract, and liver is seen, with associated dermatitis, enteritis, and hepatitis. Which of the following best explains these findings?

    (A) C3b deposition
    (B) Cytomegalovirus infection
    (C) Graft-versus-host disease
    (D) Tolerance induction
    (E) Type I (immediate) hypersensitivity

116. A 33-year-old woman comes to the physician because of a 2-day history of mild nausea, increased urinary urgency and frequency, and constipation. She also has had a 4.5-kg (10-lb) weight loss during the past 2 weeks and a 3-week history of vaginal bleeding. Pelvic examination shows a nodular cervix with an irregular, friable posterior lip, and a rock-hard, irregular, immobile pelvic mass that extends across the pelvis. Examination of biopsy specimens from the cervix and anterior wall of the vagina show well-differentiated keratinizing squamous cell carcinoma. Which of the following best describes the pathogenesis of this patient's disease?

    (A) Inactivation of cellular p53
    (B) Insertion of viral promotors adjacent to cellular growth factor genes
    (C) Specialized transduction
    (D) Transactivation of cellular growth factor genes by *TAX*
    (E) Translocation of *CMYC* to an Ig gene promoter

117. A 5-year-old girl is brought to the physician by her father because of a 6-week history of an increasingly severe itchy rash confined to the crease of the elbows and the back of the knees. She has had intermittent episodes of a similar rash since infancy. Examination of the rash shows erythematous papules and vesicles overlying an erythematous base. Dermal scrapings are negative for fungi and ectoparasites. After a short course of a potent topical corticosteroid, treatment with pimecrolimus cream is begun. Which of the following is the primary mechanism of action of this drug?

    (A) Blockade of histamine-1 receptors on tissue mast cells
    (B) Blockade of leukotriene receptors in inflamed tissue
    (C) Blockade of sodium channels in peripheral sensory nerves
    (D) Inhibition of IgE binding to tissue mast cells and basophils
    (E) Inhibition of phospholipase A activity in cell membranes
    (F) Inhibition of proinflammatory cytokine formation by T lymphocytes

NBME00534

# Answer Form for USMLE Step 1 Sample Test Questions

### Block 1 (Questions 1-40)

| | | | |
|---|---|---|---|
| 1. ___ | 11. ___ | 21. ___ | 31. ___ |
| 2. ___ | 12. ___ | 22. ___ | 32. ___ |
| 3. ___ | 13. ___ | 23. ___ | 33. ___ |
| 4. ___ | 14. ___ | 24. ___ | 34. ___ |
| 5. ___ | 15. ___ | 25. ___ | 35. ___ |
| 6. ___ | 16. ___ | 26. ___ | 36. ___ |
| 7. ___ | 17. ___ | 27. ___ | 37. ___ |
| 8. ___ | 18. ___ | 28. ___ | 38. ___ |
| 9. ___ | 19. ___ | 29. ___ | 39. ___ |
| 10. ___ | 20. ___ | 30. ___ | 40. ___ |

### Block 2 (Questions 41-80)

| | | | |
|---|---|---|---|
| 41. ___ | 51. ___ | 61. ___ | 71. ___ |
| 42. ___ | 52. ___ | 62. ___ | 72. ___ |
| 43. ___ | 53. ___ | 63. ___ | 73. ___ |
| 44. ___ | 54. ___ | 64. ___ | 74. ___ |
| 45. ___ | 55. ___ | 65. ___ | 75. ___ |
| 46. ___ | 56. ___ | 66. ___ | 76. ___ |
| 47. ___ | 57. ___ | 67. ___ | 77. ___ |
| 48. ___ | 58. ___ | 68. ___ | 78. ___ |
| 49. ___ | 59. ___ | 69. ___ | 79. ___ |
| 50. ___ | 60. ___ | 70. ___ | 80. ___ |

### Block 3 (Questions 81-117)

| | | | |
|---|---|---|---|
| 81. ___ | 91. ___ | 101. ___ | 111. ___ |
| 82. ___ | 92. ___ | 102. ___ | 112. ___ |
| 83. ___ | 93. ___ | 103. ___ | 113. ___ |
| 84. ___ | 94. ___ | 104. ___ | 114. ___ |
| 85. ___ | 95. ___ | 105. ___ | 115. ___ |
| 86. ___ | 96. ___ | 106. ___ | 116. ___ |
| 87. ___ | 97. ___ | 107. ___ | 117. ___ |
| 88. ___ | 98. ___ | 108. ___ | |
| 89. ___ | 99. ___ | 109. ___ | |
| 90. ___ | 100. ___ | 110. ___ | |

NBME00535

# Answer Key for USMLE Step 1 Sample Test Questions

### Block 1 (Questions 1-40)

| | | | |
|---|---|---|---|
| 1. D | 11. B | 21. A | 31. C |
| 2. A | 12. C | 22. E | 32. B |
| 3. A | 13. C | 23. E | 33. D |
| 4. D | 14. D | 24. A | 34. D |
| 5. B | 15. B | 25. B | 35. C |
| 6. A | 16. B | 26. D | 36. B |
| 7. C | 17. B | 27. A | 37. D |
| 8. B | 18. A | 28. C | 38. B |
| 9. G | 19. C | 29. B | 39. C |
| 10. C | 20. A | 30. A | 40. A |

### Block 2 (Questions 41-80)

| | | | |
|---|---|---|---|
| 41. D | 51. C | 61. E | 71. C |
| 42. D | 52. B | 62. E | 72. B |
| 43. F | 53. F | 63. C | 73. C |
| 44. E | 54. B | 64. E | 74. B |
| 45. B | 55. A | 65. E | 75. E |
| 46. C | 56. D | 66. D | 76. D |
| 47. D | 57. A | 67. G | 77. E |
| 48. B | 58. A | 68. D | 78. E |
| 49. A | 59. A | 69. A | 79. C |
| 50. C | 60. D | 70. A | 80. D |

### Block 3 (Questions 81-117)

| | | | |
|---|---|---|---|
| 81. E | 91. E | 101. C | 111. C |
| 82. C | 92. A | 102. A | 112. E |
| 83. B | 93. E | 103. A | 113. C |
| 84. A | 94. D | 104. E | 114. B |
| 85. A | 95. E | 105. A | 115. C |
| 86. D | 96. A | 106. G | 116. A |
| 87. B | 97. D | 107. E | 117. F |
| 88. C | 98. B | 108. E | |
| 89. B | 99. B | 109. E | |
| 90. D | 100. D | 110. B | |

NBME00536

# SUPP. EX. 2



This booklet is provided free of charge.

The **ACT**®

2007 | 2008

# PREPARING FOR THE ACT

## What's Inside:

- Full-Length Practice Tests, including Writing
- Information about the Optional Writing Test
- Strategies to Prepare for the Tests
- What to Expect on Test Day

**ACT**®

DEFENDANT'S EXHIBIT

**60**

IC 080192080

# PREPARING FOR THE ACT

## Contents

1. General Preparation for the ACT® Tests . . . . . . . . . . . . 2
2. Strategies for Taking the ACT Tests . . . . . . . . . . . . . . . 5
3. What to Expect on Test Day . . . . . . . . . . . . . . . . . . . . . 11
4. Taking the Practice Tests . . . . . . . . . . . . . . . . . . . . . . . 12
   Practice Multiple-Choice Tests . . . . . . . . . . . . . . . 13
   Practice Writing Test . . . . . . . . . . . . . . . . . . . . . . . 57
5. Scoring Your Tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
   How to Score the Multiple-Choice Tests . . . . . . . . 59
   How to Score the Writing Test . . . . . . . . . . . . . . . 67
6. Sample Answer Document . . . . . . . . . . . . . . . . . . . . . . 73
   Multiple-Choice Tests . . . . . . . . . . . . . . . . . . . . . . 73
   Writing Test . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

## A Message to Students

This booklet, which is provided **free of charge**, is intended to help you do your best on the ACT. It summarizes general test-taking strategies, describes the content of each test, provides specific tips for each, and lets you know what you can expect on test day. Included in this booklet are **complete practice tests**—"retired" ACT questions that were administered to students on a national test date, including a writing prompt—a sample answer document, and scoring instructions.

Read this booklet carefully and take the practice tests well before test day so you will be familiar with the tests, what they measure, and the strategies you can use to do your best on test day.

ACT is committed to representing the diversity of our society in all its aspects, including race, ethnicity, and gender. Thus, test passages, questions, and writing prompts are deliberately chosen to reflect the range of cultures in our population.

We also are committed to ensuring that test questions and writing prompts are fair—that they do not disadvantage any particular group of examinees. Extensive reviews of the fairness of test materials are rigorously conducted by both ACT staff and external consultants. We also employ statistical procedures to help ensure that our test materials do not unfairly affect the performance of any group.

## Additional ACT Preparation Materials

- **ACT Online Prep**™: The only online test preparation program designed by ACT test development professionals. ACT Online Prep has practice test questions, a practice essay with real-time scoring, a diagnostic test, and personalized Study Path. You can access ACT Online Prep via the Internet anywhere and at any time. Visit **www.actonlineprep.com**.

- The **Real ACT Prep Guide** is the official print guide to the ACT. This book includes three practice tests previously used in actual administrations—each with an optional Writing Test, with explanations for all right and wrong answer choices. Go to **www.actstudent.org** to order.

# 1 General Preparation for the ACT Tests

## Choosing a Test Option

Students may register for one of two Test Options: the ACT, or the ACT Plus Writing, which includes a 30-minute Writing Test for an additional fee. The ACT Writing Test complements the ACT English Test. The combined results from both tests provide information about your understanding of the conventions of standard written English and your ability to produce a direct sample of your writing. Taking the ACT Plus Writing will provide you with two additional scores: a Writing Test subscore and a Combined English/Writing score. Taking the Writing Test does **not** affect your subject area scores or your Composite score.

Not all institutions require or recommend taking the ACT Writing Test. Check directly with the institutions you are considering to find out their requirements, or ask your high school counselor which Test Option you should take. You can also check **www.actstudent.org** for a list of institutions that have provided information to us about their policies—whether they require, recommend, or do not need results from the ACT Writing Test. Consult this list before you register, so you will know which Test Option to select.

The ACT Plus Writing is available on established test dates and for Special and Arranged Testing within the United States during designated testing windows. This Test Option is also available on two international test dates.

ACT endorses the *Code of Fair Testing Practices in Education* and the *Code of Professional Responsibilities in Educational Measurement*, guides to the conduct of those involved in educational testing. ACT is committed to ensuring that each of its testing programs upholds the guidelines in each *Code*. A copy of each *Code* may be obtained free of charge from ACT Customer Services (68), P.O. Box 1008, Iowa City, IA 52243-1008, 319/337-1429.

© 2007 by ACT, Inc. All rights reserved.

NOTE: This booklet is covered by federal copyright laws that prohibit the reproduction of the test questions without the express, written permission of ACT, Inc.

9577

# Choosing a Test Date

Before you choose a test date, consider the application deadlines of the colleges and scholarship agencies that are of interest to you. It will take three to seven weeks after a test date for ACT to mail your score report to you and to your college or agency choices.

Many college and scholarship agencies recommend that students take the ACT during the spring of their junior year. By this time, students typically have completed most of the coursework covered by the ACT. There are a number of advantages in taking the ACT then:

- You will receive test scores and other information that will help you plan your senior year of high school.
- Many colleges begin contacting prospective students during the summer before their senior year.
- If you do not score as well as you believe you can, there will be opportunities to retake the ACT in the fall of your senior year and still have your new scores available in time to meet admission and scholarship deadlines.

NOTE: You cannot plan on receiving your scores from one test date in time to register for the next.

# General Test-Taking Strategies for the ACT

The ACT contains multiple-choice tests in four areas: English, Mathematics, Reading, and Science. Each of these tests contains questions that offer four or five answer choices from which you are to choose the correct, or best, answer. The following suggestions apply to all four tests:

### Pace yourself.

The time limits set for each test give nearly everyone enough time to finish all the questions. However, because the English, Reading, and Science Tests contain a considerable amount of text, it is important to pace yourself so you will not spend too much time on one passage. Similarly, try not to spend too much time puzzling over an answer to a specific problem in the Mathematics Test. Go on to the other questions and come back if there is time.

Your supervisor will announce when you have five minutes remaining on each test.

### Read the directions for each test carefully.

Before you begin taking one of the tests, read the directions carefully. The English, Reading, and Science Tests ask for the "best" answer. Do not respond as soon as you identify a correct answer. Read and consider all of the answer choices and choose the answer that *best* responds to the question.

The Mathematics Test asks for the "correct" answer. Read each question carefully to make sure you understand the type of answer required. Then, you may want to work out the answer you feel is correct and look for it among the choices given. If your answer is not among the choices provided, reread the question and consider all of the answer choices.

### Read each question carefully.

It is important that you understand what each question asks. Some questions will require you to go through several steps to find the correct or best answer, while others can be answered more quickly.

### Answer the easy questions first.

The best strategy for taking the tests is to answer the easy questions and skip the questions you find difficult. After answering all of the easy questions, go back and answer the more difficult questions.

### Use logic on more difficult questions.

When you return to the more difficult questions, try to use logic to eliminate incorrect answers to a question. Compare the answer choices to each other and note how they differ. Such differences may provide clues as to what the question requires. Eliminate as many incorrect answers as you can, then make an educated guess from the remaining answers.

### Answer every question.

Your score on the tests will be based on the number of questions that you answer correctly; **there is no penalty for guessing.** Thus, you should answer every question within the time allowed for each test, even if you have to guess. Your supervisor will announce when you have five minutes remaining on each test.

### Review your work.

If there is time left after you have answered every question in a test, go back and check your work on that test. Check to be sure that you marked only one answer to each question. You will not be allowed to go back to any other test or mark answers to a test after time has been called on that test.

### Be precise in marking your answer document.

Be sure that you fill in the correct ovals on your answer document. Check to be sure that the number of the line of ovals on your answer document is the same as the number of the question you are answering and that you mark only one response for each question.

### Erase completely.

If you want to change a multiple-choice answer, be sure to use a soft eraser that will not leave smudges and erase the unintended mark completely. Do not cross out answers or use correction fluid or tape; you must erase. Correction fluid/tape, smudges, or unintended marks may cause errors in scoring.

---

**To students approved to test at national test centers with extended time:**

You will be allowed up to five hours total to work on the multiple-choice tests at your own pace, including breaks between tests. If you are also taking the Writing Test, you will be allowed up to 5 hours and 45 minutes. You will need to pace yourself through each test in order to complete all tests within the time allowed. When you complete each test, notify the supervisor that you are ready to go on to the next test.

---

# General Test-Taking Strategies for the ACT Writing Test

The ACT Writing Test lets you show your skill in planning and composing a short essay. It measures writing proficiencies that are taught in high school and are important for readiness to succeed in entry-level college composition courses.

The following general strategies will help if you take the ACT Writing Test.

### Pace yourself.

You will have 30 minutes to write an essay for the ACT Writing Test. It is important to pace yourself in the way that best suits your personal writing strategy. Many writers do best when they spend part of their time planning their essay, most of their time writing the essay, and the last part of their time reviewing the essay to make corrections and small revisions. There is no formula for the best proportion of time to spend planning, writing, and reviewing: writers, topics, and occasions differ too widely for a universal rule to apply. Keep in mind, however, that you are unlikely to have time to draft, revise, and recopy your essay. Therefore, taking a few minutes to plan your essay is a much better strategy than writing a first draft with the intent to copy it over for the final essay.

In general, budget your time in the way that feels best to you based on your experience in taking essay tests in school and in other circumstances when you've done writing within a time limit. Your supervisor will announce when you have five minutes remaining on the Writing Test.

### Read the directions carefully.

Before you begin taking the Writing Test, read the directions carefully. They tell you the aspects of writing on which your essay will be evaluated and give instructions on how to write in the answer folder.

### Read the writing prompt carefully.

It is important that you understand exactly what the writing prompt asks you to do. A firm grasp of the assignment is as crucial for the Writing Test as it is for writing essays for class. Be sure you have a clear understanding of the issue in the writing prompt and of the question you must respond to before you start to plan and write your essay.

### Write (or print) legibly in the answer folder.

If your readers cannot make out what you have written, they cannot appreciate what you have said, and they will not be able to score your essay. You may write or print your essay, whichever you prefer—but you must do so clearly. You must write your essay using a **soft lead No. 2 pencil** (not a mechanical pencil) and on the lined pages in the answer folder. You may not need all the lined pages, but to ensure you have enough room to finish, do not skip lines.

### Make corrections clear.

If you make corrections by using erasures or cross-outs, do so thoroughly. You may write corrections or additions neatly between the lines of your essay, but do not write in the margins of the lined pages.

# Preparing for Test Day

Although what you know will determine how well you do on the ACT, your attitudes, emotions, and physical state may also influence your performance. The following tips will help you do your best:

- Be confident in your ability to do well on the ACT. You can do well!
- Be prepared to work hard.
- Know what to expect on test day. Familiarize yourself with the information in this booklet, and on **www.actstudent.org**. NOTE: Most procedures in this booklet refer to testing on an established ACT test date. Procedures may differ slightly if you test through another type of testing. For example, for most administrations, you won't need scratch paper because each page of the Mathematics Test will provide a blank column that you can use for scratch work. Otherwise, you will be provided with scratch paper.
- Take the practice tests and review your responses so you will feel comfortable about the approaching test day.
- Prepare well in advance for the tests. Do not leave preparation to the last minute.
- Get plenty of rest the night before the tests so you will be in good physical condition for taking them.
- Bring the following items with you to the test center:
  1. Your test center admission ticket (if you are testing on an established ACT test date).
  2. Acceptable identification. Your admission ticket is **not** identification. See details on your admission ticket or on **www.actstudent.org**. If you do not present acceptable identification at the time of check-in, you will not be admitted to test (you will then have to pay a Test Date Change fee to transfer your registration to a different test date). If you have any questions about acceptable ID, call ACT Test Administration (319/337-1510) *before* test day.
  3. Sharpened soft lead No. 2 pencils with good erasers (no mechanical pencils; no ink, ballpoint, or felt-tip pens). Do **not** bring highlight pens or any other writing instruments; you will not be allowed to use them. If you have registered to take the ACT Writing Test, your essay **must** also be completed in pencil.
  4. A watch so that you can pace yourself during the tests. Do **not** bring a watch that has an alarm function. You will not be allowed to set an alarm because it will disturb other students. Your supervisor will announce when you have five minutes remaining on each test.
  5. A permitted calculator for use on the Mathematics Test, if you wish to use one. (See shaded section on page 5.)

*For students testing on established ACT test dates:*

- If you submit a registration folder, look for your admission ticket about 2 weeks later. If you register online, print your ticket from your student Web account.

- If you misplace your admission ticket or have not received it by 10 days before the test date, sign on to your student Web account to print a copy, or call ACT Registration at 319/337-1270 for assistance.

- Check your admission ticket for your Test Option and the location of the test center to which you have been assigned. If you are unfamiliar with the location, do a practice run to see how to get there and how much time you will need to arrive on time.

- Plan to arrive by the time stated on your admission ticket. If you arrive earlier than 7:45 a.m., you will probably have to wait outside until testing personnel have completed their arrangements.

- Be prepared for testing to start after all examinees present at 8:00 a.m. have been checked in and assigned seats.

- Dress comfortably. To conserve energy, your test center may be considerably warmer or cooler on weekends than during the week. Please dress so that you will be comfortable in a variety of temperatures.

# 2 Strategies for Taking the ACT Tests

The ACT measures the knowledge, understanding, and skills that you have acquired throughout your education. Although the sum total of what a person has learned cannot easily be changed, your performance in a specific area can be affected by adequate preparation, especially if it has been some time since you have taken a course in that area.

There are three strategies that can help you to prepare yourself for the content included in the ACT:

### Familiarize yourself with the content of the ACT tests.

Review the information about the tests that is provided on the following pages. Note which content areas make up a large proportion of the tests and which do not. The specific topics included in each content area are examples of possible topics; they do not include all of the possibilities.

### Refresh your knowledge and skills in the content areas.

Review those content areas you have studied but are not fresh in your mind. Spend your time refreshing your knowledge and skills in the content areas that make up large portions of the tests.

## Use of Calculators on the ACT Mathematics Test

It is your responsibility to bring a permitted calculator. We regularly update information about which calculators are **prohibited**. To be certain your calculator will be permitted on test day, visit **www.actstudent.org** or call **800/498-6481** for a recorded message. If you use a prohibited calculator, you will be dismissed and your answer document will not be scored.

You may use a calculator on the ACT Mathematics Test (but not on any of the other tests in the ACT). You are **not required** to use a calculator. All the problems can be solved without a calculator. If you regularly use a calculator in your mathematics work, you may wish to use one you are familiar with as you take the Mathematics Test. Using a more powerful, yet unfamiliar, calculator is not likely to give you an advantage over using the kind you normally use.

You may use any four-function, scientific, or graphing calculator, unless it has features described in the **Prohibited** list. For models on the **Permitted with Modification** list, you will be required to modify some of the calculator's features.

### Prohibited Calculators

The following types of calculators are **prohibited**:

- calculators with built-in computer algebra systems— *Prohibited calculators in this category include:*
  - Texas Instruments: All model numbers that begin with **TI-89** or **TI-92**
  - Hewlett-Packard: **hp 48GII** and all model numbers that begin with **hp 40G, hp 49G,** or **hp 50G**
  - Casio: **Algebra fx 2.0, ClassPad 300**, and all model numbers that begin with **CFX-9970G**
- pocket organizers
- handheld or laptop computers
- electronic writing pads or pen-input devices—The Sharp EL 9600 is permitted.

- calculators built into cell phones or other electronic communication devices
- calculators with a typewriter keypad (keys in QWERTY format)—*Calculators with letter keys **not** in QWERTY format are permitted.*

### Calculators Permitted with Modification

The following types of calculators are **permitted, but only after they are modified as noted**:

- calculators with paper tape—*Remove the tape.*
- calculators that make noise—*Turn off the sound.*
- calculators that can communicate wirelessly with other calculators—*Completely cover the infrared data port with heavy opaque material, such as duct tape or electrician's tape.*
- calculators that have power cords—*Remove all power/electrical cords.*

### On Test Day

Be sure your calculator is working and has reliable batteries. You may bring a backup calculator and extra batteries to the test center. Testing staff will **not** supply batteries or calculators. You will **not** be allowed to share calculators during testing.

Testing staff will check your calculator to verify it is a permitted type, and they will monitor your use of your calculator to ensure that you:

- use it only during the Mathematics Test;
- use your backup calculator only if your primary calculator fails;
- do not share your calculator; and
- do not store test materials in your calculator's memory.

If your calculator has characters one inch high or larger, or a raised display, testing staff may seat you where no other examinee can see your calculator.

*Identify the content areas you have not studied.*

If unfamiliar content areas make up major portions of the tests, consider taking coursework to help you gain knowledge and skills in these areas before you take the ACT. Because the ACT measures knowledge and skills acquired over a period of time. it is unlikely that a "cram" course covering material that is unfamiliar to you will help you improve your scores. Longer-term survey courses will be most helpful to you, because they aim to improve your knowledge through sustained learning and practice.

# ACT English Test

The English Test is a 75-question, 45-minute test that measures your understanding of the conventions of standard written English (punctuation, grammar and usage, and sentence structure) and of rhetorical skills (strategy, organization, and style). Spelling, vocabulary, and rote recall of rules of grammar are not tested. The test consists of five essays, or passages, each of which is accompanied by a sequence of multiple-choice test questions. Different passage types are employed to provide a variety of rhetorical situations. Passages are chosen not only for their appropriateness in assessing writing skills but also to reflect students' interests and experiences.

Some questions refer to underlined portions of the passage and offer several alternatives to the portion underlined. You must decide which choice is most appropriate in the context of the passage. Some questions ask about an underlined portion, a section of the passage, or the passage as a whole. You must decide which choice best answers the question posed. Many questions offer "NO CHANGE" to the passage as one of the choices. The questions are numbered consecutively. Each question number refers to a correspondingly numbered portion underlined in the passage or to a corresponding numeral in a box located at the appropriate point in the passage.

Three scores are reported for the ACT English Test: a total test score based on all 75 questions, a subscore in Usage/Mechanics based on 40 questions, and a subscore in Rhetorical Skills based on 35 questions.

## Tips for Taking the ACT English Test
### Pace yourself.

The ACT English Test contains 75 questions to be completed in 45 minutes. If you spend 1½ minutes skimming through each passage before responding to the questions, then you will have 30 seconds to answer each question. If possible, spend less time on each question and use the remaining time allowed for this test to review your work and return to the questions on this test that were most difficult for you.

### Be aware of the writing style used in each passage.

The five passages cover a variety of topics and are written in a variety of styles. It is important that you take into account the writing style used in each passage when you respond to the questions. In responding to a question, be sure to understand the context of the question. Consider how the sentence containing an underlined portion fits in with the surrounding sentences and into the passage as a whole.

### Examine the underlined portions of the passage.

Before responding to a question with an underlined portion, carefully examine what is underlined in the text. Consider the elements of writing that are included in each underlined portion. Some questions will ask you to base your decision on some specific element of writing, such as the tone or emphasis the text should convey. Some questions will ask you to choose the alternative to the underlined portion that is NOT or LEAST acceptable. The answer choices for each question will contain changes in one or more of those elements of writing.

### Be aware of questions with no underlined portions.

You will be asked some questions about a section of the passage or about the passage as a whole, in light of a given rhetorical situation. Questions of this type are often identified by a question number in a box located at the appropriate point in the passage. Questions asking global questions about the entire passage are placed at the end of the passage and introduced by a horizontal box enclosing the following instruction: "Questions ___ and ___ ask about the preceding passage as a whole."

### Note the differences in the answer choices.

Many of the questions in the test will involve more than one aspect of writing. Examine each answer choice and how it differs from the others. Be careful not to select an answer that corrects one error but causes a different error.

### Determine the best answer.

Two approaches can be taken to determine the best answer to a question in which you are to choose the best alternative to an underlined portion. In the first approach, you can reread the sentence or sentences, substituting each of the possible answer choices for the underlined portion to determine the best choice. In the second approach, you can decide how the underlined portion might best be phrased in standard written English or in terms of the particular question posed. If you think the underlined portion is the best answer, you should select "NO CHANGE." If not, you should check to see whether your phrasing is one of the other answer choices. If you do not find your phrasing, you should choose the best of the answers presented. For questions cued by a number in a box, you must decide which choice is most appropriate in terms of the question posed or the stated rhetorical situation.

### Reread the sentence, using your selected answer.

Once you have selected the answer you feel is best, reread the corresponding sentence(s) of the passage, inserting your selected answer at the appropriate place in the text to make sure it is the best answer within the context of the passage.

## Content Covered by the ACT English Test

Six elements of effective writing are included in the English Test: punctuation, grammar and usage, sentence structure, strategy, organization, and style. The questions covering punctuation, grammar and usage, and sentence structure make up the Usage/Mechanics subscore. The questions covering strategy, organization, and style make up the Rhetorical Skills subscore. A brief description and the approximate percentage of the test devoted to each element of effective writing are given on the next page.

## USAGE/MECHANICS

*Punctuation (13%).* Questions in this category test your knowledge of the conventions of internal and end-of-sentence punctuation, with emphasis on the relationship of punctuation to meaning (for example, avoiding ambiguity, indicating appositives).

*Grammar and Usage (16%).* Questions in this category test your understanding of agreement between subject and verb, between pronoun and antecedent, and between modifiers and the word modified; verb formation; pronoun case; formation of comparative and superlative adjectives and adverbs; and idiomatic usage.

*Sentence Structure (24%).* Questions in this category test your understanding of relationships between and among clauses, placement of modifiers, and shifts in construction.

## RHETORICAL SKILLS

*Strategy (16%).* Questions in this category test how well you develop a given topic by choosing expressions appropriate to an essay's audience and purpose; judging the effect of adding, revising, or deleting supporting material; and judging the relevancy of statements in context.

*Organization (15%).* Questions in this category test how well you organize ideas and choose effective opening, transitional, and closing sentences.

*Style (16%).* Questions in this category test how well you choose precise and appropriate words and images, maintain the level of style and tone in an essay, manage sentence elements for rhetorical effectiveness, and avoid ambiguous pronoun references, wordiness, and redundancy.

# ACT Mathematics Test

**You may use a calculator on the Mathematics Test. See page 5 for details about permitted and prohibited calculators.**

The ACT Mathematics Test is a 60-question, 60-minute test designed to assess the mathematical skills students have typically acquired in courses taken up to the beginning of grade 12. The test presents multiple-choice questions that require you to use reasoning skills to solve practical problems in mathematics. Most questions are discrete, but on occasion some may belong to sets of several questions (e.g., several questions based on the same graph or chart). Knowledge of basic formulas and computational skills are assumed as background for the problems, but recall of complex formulas and extensive computation is not required. The material covered on the test emphasizes the major content areas that are prerequisites to successful performance in entry-level courses in college mathematics.

Four scores are reported for the ACT Mathematics Test: a total test score based on all 60 questions, a subscore in Pre-Algebra/Elementary Algebra based on 24 questions, a subscore in Intermediate Algebra/Coordinate Geometry based on 18 questions, and a subscore in Plane Geometry/ Trigonometry based on 18 questions.

## Tips for Taking the ACT Mathematics Test

### Pace yourself.

The ACT Mathematics Test contains 60 questions to be completed in 60 minutes. You have an average of 1 minute per question. If possible, spend less time on each question and use the remaining time allowed for this test to review your work and return to the questions on this test that were most difficult for you.

### If you use a calculator, use it wisely.

Remember, all of the mathematics problems can be solved without using a calculator. In fact, some of the problems are best done without a calculator. Use good judgment in deciding when, and when not, to use a calculator. For example, for some problems you may wish to do scratch work to clarify your thoughts on the question before you begin using a calculator to do computations. For many problems, you may not want to use a calculator.

### Solve the problem.

For working out the solutions to the problems, you may usually do scratch work in the space provided in the test booklet, or you will be given scratch paper to use. You may wish to glance over the answer choices after reading the questions. However, working backwards from the answer choices provided can take a lot of time and may not be effective.

### Locate your solution among the answer choices.

Once you have solved the problem, look for your answer among the choices. If your answer is not included among the choices, carefully reread the problem to see whether you missed important information. Pay careful attention to the question being asked. If an equation is to be selected, check to see whether the equation you think is best can be transformed into one of the answer choices provided.

### Make sure you answer the question.

The solutions to many questions in the test will involve several steps. Make sure your answer includes all of the necessary steps. Frequently, questions include answer choices that are based on incomplete solutions.

### Make sure your answer is reasonable.

Sometimes an error in computation will result in an answer that is not practically possible for the situation described. Always think about your answer to determine whether it is reasonable.

### Check your work.

You may arrive at an incorrect solution by making common errors in the problem-solving process. Thus, if there is time available before the end of the Mathematics Test, it is important that you reread the questions and check your answers to make sure they are correct.

## Content Covered by the ACT Mathematics Test

Six content areas are included in the Mathematics Test: pre-algebra, elementary algebra, intermediate algebra, coordinate geometry, plane geometry, and trigonometry. The questions covering pre-algebra and elementary algebra make up the Pre-Algebra/Elementary Algebra subscore. The questions covering intermediate algebra and coordinate geometry make up the Intermediate Algebra/Coordinate Geometry subscore. The questions

7

covering plane geometry and trigonometry make up the Plane Geometry/Trigonometry subscore. A brief description and the approximate percentage of the test devoted to each content area are given below.

## PRE-ALGEBRA/ELEMENTARY ALGEBRA

*Pre-Algebra (23%).* Questions in this content area are based on basic operations using whole numbers, decimals, fractions, and integers; place value; square roots and approximations; the concept of exponents; scientific notation; factors; ratio, proportion, and percent; linear equations in one variable; absolute value and ordering numbers by value; elementary counting techniques and simple probability; data collection, representation, and interpretation; and understanding simple descriptive statistics.

*Elementary Algebra (17%).* Questions in this content area are based on properties of exponents and square roots, evaluation of algebraic expressions through substitution, using variables to express functional relationships, understanding algebraic operations, and the solution of quadratic equations by factoring.

## INTERMEDIATE ALGEBRA/COORDINATE GEOMETRY

*Intermediate Algebra (15%).* Questions in this content area are based on an understanding of the quadratic formula, rational and radical expressions, absolute value equations and inequalities, sequences and patterns, systems of equations, quadratic inequalities, functions, modeling, matrices, roots of polynomials, and complex numbers.

*Coordinate Geometry (15%).* Questions in this content area are based on graphing and the relations between equations and graphs, including points, lines, polynomials, circles, and other curves; graphing inequalities; slope; parallel and perpendicular lines; distance; midpoints; and conics.

## PLANE GEOMETRY/TRIGONOMETRY

*Plane Geometry (23%).* Questions in this content area are based on the properties and relations of plane figures, including angles and relations among perpendicular and parallel lines; properties of circles, triangles, rectangles, parallelograms, and trapezoids; transformations; the concept of proof and proof techniques; volume; and applications of geometry to three dimensions.

*Trigonometry (7%).* Questions in this content area are based on understanding trigonometric relations in right triangles; values and properties of trigonometric functions; graphing trigonometric functions; modeling using trigonometric functions; use of trigonometric identities; and solving trigonometric equations.

# ACT Reading Test

The Reading Test is a 40-question, 35-minute test that measures your reading comprehension. The test questions ask you to derive meaning from several texts by (1) referring to what is explicitly stated and (2) reasoning to determine implicit meanings. Specifically, questions will ask you to use referring and reasoning skills to determine main ideas; locate and interpret significant details; understand sequences of events; make comparisons; comprehend cause-effect relationships; determine the meaning of context-dependent words, phrases, and statements; draw generalizations; and analyze the author's or narrator's voice and method. The test comprises four prose passages that are representative of the level and kinds of text commonly encountered in first-year college curricula. Each passage is preceded by a heading that identifies what type of passage it is (for example, "Prose Fiction"), names the author, and may include a brief note that helps in understanding the passage. Each passage is accompanied by a set of multiple-choice test questions. These questions do not test the rote recall of facts from outside the passage, isolated vocabulary items, or rules of formal logic.

Three scores are reported for the ACT Reading Test: a total test score based on all 40 questions, a subscore in Social Studies/Sciences reading skills (based on the 20 questions in the social studies and natural sciences sections of the test), and a subscore in Arts/Literature reading skills (based on the 20 questions in the prose fiction and humanities sections of the test).

## Tips for Taking the ACT Reading Test
### Pace yourself.
The ACT Reading Test contains 40 questions to be completed in 35 minutes. If you spend 2–3 minutes reading each passage, then you will have about 35 seconds to answer each question. If possible, spend less time on the passages and the questions and use the remaining time allowed for this test to review your work and return to the questions on this test that were most difficult for you.

### Read the passage carefully.
Before you begin answering a question, read the entire passage thoroughly. It is important that you read every sentence rather than skim the text. Be conscious of relationships between or among ideas. You may want to make notes about important ideas in the passage either in the test booklet or on scratch paper, if provided.

### Refer to the passage when answering the questions.
Answers to some of the questions will be found by referring to what is explicitly stated in the text. Other questions will require you to determine implicit meanings and to draw conclusions, comparisons, and generalizations. Refer to the passage before you answer any question.

## Content Covered by the ACT Reading Test
The Reading Test is based on four types of reading selections: the social studies, the natural sciences, prose fiction, and the humanities. A subscore in Social Studies/ Sciences reading skills is based on the questions in the social studies and natural sciences sections of the test, and a subscore in Arts/Literature reading skills is based on the questions in the prose fiction and humanities sections of the test. A brief description and the approximate percentage of the test devoted to each type of reading selection are given below.

*Social Studies (25%).* Questions in this category are based on passages in the content areas of anthropology, archaeology, biography, business, economics, education, geography, history, political science, psychology, and sociology.

*Natural Sciences (25%).* Questions in this category are based on passages in the content areas of anatomy, astronomy, biology, botany, chemistry, ecology, geology, medicine, meteorology, microbiology, natural history, physiology, physics, technology, and zoology.

*Prose Fiction (25%).* Questions in this category are based on intact short stories or excerpts from short stories or novels.

*Humanities (25%).* Questions in this category are based on passages from memoirs and personal essays and in the content areas of architecture, art, dance, ethics, film, language, literary criticism, music, philosophy, radio, television, and theater.

# ACT Science Test

The Science Test is a 40-question, 35-minute test that measures the interpretation, analysis, evaluation, reasoning, and problem-solving skills required in the natural sciences.

The test presents seven sets of scientific information, each followed by a number of multiple-choice test questions. The scientific information is conveyed in one of three different formats: data representation (graphs, tables, and other schematic forms), research summaries (descriptions of several related experiments), or conflicting viewpoints (expressions of several related hypotheses or views that are inconsistent with one another). The questions require you to recognize and understand the basic features of, and concepts related to, the provided information; to examine critically the relationship between the information provided and the conclusions drawn or hypotheses developed; and to generalize from given information to gain new information, draw conclusions, or make predictions. You may **not** use a calculator on the Science Test.

One score is reported for the ACT Science Test: a total test score based on all 40 questions.

## Tips for Taking the ACT Science Test
### *Pace yourself.*
The ACT Science Test contains 40 questions to be completed in 35 minutes. If you spend about 2 minutes reading each passage, then you will have about 30 seconds to answer each question. If possible, spend less time on the passages and the questions and use the remaining time allowed for this test to review your work and return to the questions on this test that were most difficult for you.

### *Read the passage carefully.*
Before you begin answering a question, read the scientific material provided. It is important that you read the entire text and examine any tables, graphs, or figures. You may want to make notes about important ideas in the information provided, either in the test booklet or on scratch paper, if provided. Some of the information sets will describe experiments. You should consider the experimental design, including the controls and variables, because questions are likely to address this component of scientific research.

### *Note different viewpoints in passages.*
Some material will present conflicting points of view, and the questions will ask you to distinguish among the various viewpoints. It may be helpful for you to make notes summarizing each viewpoint, either next to that section in your test booklet or on scratch paper, if provided. For questions that ask you to compare viewpoints, these notes will help you answer more quickly.

## Content Covered by the ACT Science Test
The content of the Science Test includes biology, chemistry, physics, and the Earth/space sciences (for example, geology, astronomy, and meteorology). Advanced knowledge in these subjects is not required, but knowledge acquired in general, introductory science courses is needed to answer some of the questions. The test emphasizes scientific reasoning skills over recall of scientific content, skill in mathematics, or reading ability. The scientific information is conveyed in one of three different formats.

*Data Representation (38%).* This format presents graphic and tabular material similar to that found in science journals and texts. The questions associated with this format measure skills such as graph reading, interpretation of scatterplots, and interpretation of information presented in tables.

*Research Summaries (45%).* This format provides descriptions of one or more related experiments. The questions focus upon the design of experiments and the interpretation of experimental results.

*Conflicting Viewpoints (17%).* This format presents expressions of several hypotheses or views that, being based on differing premises or on incomplete data, are inconsistent with one another. The questions focus upon the understanding, analysis, and comparison of alternative viewpoints or hypotheses.

# ACT Writing Test (Optional)

If you register for the ACT Plus Writing, you will take the ACT Writing Test (which must be completed in English) after you complete the four multiple-choice tests. Taking the Writing Test will **not** affect your scores on the multiple-choice tests or the Composite score for those tests. Rather, you will receive two additional scores: a Combined English/Writing score on a scale of 1 through 36 and a Writing subscore on a scale of 2 through 12. You will also receive some comments on your essay. And an image of your essay will be available to your high school and the colleges to which we report your scores from that test date.

The Writing Test is a 30-minute essay test that measures your writing skills—specifically those writing skills emphasized in high school English classes and in entry-level college composition courses. The test consists of one writing prompt that will define an issue and describe two points of view on that issue. You are asked to write in response to a question about your position on the issue described in the writing prompt. In doing so, you may adopt one or the other of the perspectives described in the prompt, or you may present a different point of view on the issue. Your essay score will not be affected by the point of view you take on the issue. Prompts are designed to be appropriate for response in a 30-minute timed test and to reflect students' interests and experiences.

Your essay will be evaluated on the evidence it gives of your ability to do the following:

- express judgments by taking a position on the issue in the writing prompt;
- maintain a focus on the topic throughout the essay;
- develop a position by using logical reasoning and by supporting your ideas;
- organize ideas in a logical way; and
- use language clearly and effectively according to the conventions of standard written English.

Your essay will be scored holistically—that is, on the basis of the overall impression created by all the elements of the writing. Two trained readers will score your essay, each giving it a rating from 1 (low) to 6 (high). The sum of those ratings is your Writing subscore. If the readers' ratings disagree by more than one point, a third reader will evaluate your essay and resolve the discrepancy.

## Tips for Taking the ACT Writing Test

### Pace yourself.

The ACT Writing Test gives you 30 minutes to read and think about the issue in the prompt, and to plan and write your essay. When asked to write a timed essay, most writers find it useful to do some planning before they write the essay, and to do a final check of the essay when it is finished. It is unlikely that you will have time to draft, revise, and recopy your essay. Therefore, taking a few minutes to plan your essay is a much better strategy than writing a first draft with the intent to copy it over for the final essay.

### Prewrite.

Some writers like to plunge right in, but this is seldom a good way to do well on a timed essay. Prewriting gets you acquainted with the issue, suggests patterns for presenting your thoughts, and gives you a little breathing room to come up with interesting ideas for introducing and concluding your essay. Before writing, then, carefully consider the prompt and make sure you understand it—reread it if you aren't sure. Decide how you want to answer the question in the prompt. Then jot down your ideas on the topic: this might simply be a list of ideas, reasons, and examples that you will use to explain your point of view on the issue. Write down what you think others might say in opposition to your point of view and think about how you would refute their argument. Think of how best to organize the ideas in your essay. You will be instructed to do your prewriting in your Writing Test booklet. You can refer back to these notes as you write the essay itself on the lined pages in your answer folder.

### Write.

Once you're ready to write your essay in the answer folder, proceed with the confidence that you have prepared well and that you will have attentive and receptive readers who are interested in your ideas. At the beginning of your essay, make sure readers will see that you understand the issue. Explain your point of view in a clear and logical way. If possible, discuss the issue in a broader context or evaluate the implications or complications of the issue. Address what others might say to refute your point of view and present a counterargument. Use specific examples. Vary the structure of your sentences, and use varied and

precise word choices. Make logical relationships clear by using transitional words and phrases. Do not wander off the topic. End with a strong conclusion that summarizes or reinforces your position.

Is it advisable to organize the essay by using a formula, like "the five-paragraph essay"? Points are neither awarded nor deducted for following familiar formulas, so feel free to use one or not as best suits your preference. Some writers find formulas stifling, other writers find them vital, and still other writers just keep them handy in the toolbox to use when needed. The exact numbers of words and paragraphs in your essay are less important than the clarity and development of your ideas. Writers who have something to say usually find that their ideas have a way of sorting themselves out at reasonable length and in the right number of paragraphs.

### Review your essay.

Take a few minutes before time is called to read over your essay. Correct any mistakes in grammar, usage, punctuation, and spelling. If you find any words that are hard to read, recopy them so your readers can read them easily. Make any corrections and revisions neatly, between the lines (but not in the margins). Your readers take into account that you had merely 30 minutes to compose and write your essay. Within that time limit, try to make your essay as polished as you can.

### Practice.

There are many ways to prepare for the ACT Writing Test. You may be surprised that these include reading newspapers and magazines, listening to news analyses on television or radio, and participating in discussions and debates about issues and problems. These activities help you become more familiar with current issues, with different perspectives on those issues, and with strategies that skilled writers and speakers use to present their points of view.

Of course, one of the best ways to prepare for the ACT Writing Test is to practice writing. Practice writing different kinds of texts, for different purposes, with different audiences in mind. The writing you do in your English classes will help you. So will practice in writing essays, stories, poems, plays, editorials, reports, letters to the editor, a personal journal, or other kinds of writing that you do on your own. Because the ACT Writing Test asks you to explain your perspective on an issue in a convincing way, writing opportunities like editorials or letters to the editor of a newspaper are especially helpful. Practicing a variety of different kinds of writing will help make you a versatile writer able to adjust to different writing occasions and assignments.

It is also a good idea to get some practice writing within a time limit. This will help build skills that are important in college-level learning and in the world of work. Taking the practice ACT Writing Test in this booklet will give you a good idea of what timed writing is like and how much additional practice you may need. You might want to take the practice ACT Writing Test even if you do not plan to register for it, because all the writing you do contributes to your skill in expressing yourself.

### Content Covered by the ACT Writing Test

Writing is where form and content come together. To state that more accurately, writing is where *you* put form and content together. On the ACT Writing Test, we provide the "prompt"—an issue that has been chosen for its appropriateness in a 30-minute test and for its relevance to students' interests and experiences. The prompt defines the topic and sets you the task of focusing on that topic in your essay. But the "content"—the arguments and explanations, the analysis and examples, in all their details—is provided by you. By applying your writing skills to shaping that content, you also provide the "form" of your essay. So, with regard to the content covered by the Writing Test, you are the author.

# 3 What to Expect on Test Day

## Identification Required

You are to report to the test center by the time stated on your admission ticket, normally 8:00 a.m. If your admission ticket does not list a specific room, test center staff or posted signs will direct you to the test room. **At check-in, you will be required to show *BOTH* your admission ticket and acceptable ID.** See ID requirements on your admission ticket, at **www.actstudent.org**, or in *Registering for the ACT*.

## Dos and Don'ts

In the test room, the supervisor or proctor will direct you to a seat. If you need a left-handed desk, tell your supervisor as you enter. Do not leave the test room after you have been admitted. Only pencils, erasers, a permitted calculator (for the Mathematics Test only), and your admission ticket will be allowed on your desk. You will be required to put all other personal belongings away. You will not be allowed to have scratch paper (unless provided by the test supervisor for certain types of testing), books, dictionaries, notes or other aids, highlighters, colored pens or pencils, mechanical pencils, ink pens, correction fluid, reading material, or any electronic devices other than permitted calculators (examples include pager, timer, beeper, cell phone, media player, PDA, headphones, camera). You may not use tobacco in any form or have food or drink (including water) in the test room. You must abide by the rules of the test center.

Try to relax just before the tests. Take a few deep breaths, tense and relax your muscles, and think about pleasant things.

## Test Preliminaries

The test session will begin as soon as all examinees present at 8:00 a.m. are checked in. Listen carefully to all directions read by the supervisor. Ask questions if you do not understand what you are to do. It is very important that you *follow all directions* carefully. For instance, if you do not copy the matching information from your admission ticket onto your answer document accurately, or fill in the correct ovals, your answer document will not match your

registration record—and the reporting of your scores will take three to five weeks longer than usual to process.

You will receive a different answer document depending on which Test Option you have registered to take. Make sure the answer document you receive matches the Test Option you intend to take.

After you have completed page 1 of the answer document, you will receive a test booklet. You will be told to read the directions printed on the cover, then asked to write the booklet number and test form at the top of page 2 of the answer document. It is extremely important that you fill in the correct ovals for your test booklet number and for the test form you are taking because these determine which answer key will be used to score your answer document. The supervisor will then tell you when to open your test booklet and begin work. If you are taking the ACT Plus Writing, you will receive a Writing Test booklet only after you have completed the four multiple-choice tests.

## Taking the Tests

As you are working, keep your eyes on your own test booklet and answer document. If you have a question, raise your hand, but do not look around. Please remember that as you take the tests you may not use information or materials that cause you to obtain a test score that misrepresents what you have learned.

It is important that you understand what is considered prohibited behavior on the ACT. If you are involved in **any** of the actions listed below, you will be dismissed and your answer document will not be scored. Prohibited behaviors include:

- filling in or altering any ovals or continuing to write the essay after time is called on each test (You must put your pencil down when time is called.)
- looking at another examinee's test booklet or answer document
- giving or receiving assistance
- looking back at a test on which time has been called
- looking ahead in the test booklet
- using highlight pens, colored pens or pencils, notes, dictionaries, or other aids
- using an unauthorized calculator
- using any device to share or exchange information at any time during testing or during breaks (all electronic devices, including cell phones and pagers, must be turned off from the time you are admitted to test until you are dismissed after testing concludes)
- sharing a calculator with another examinee
- using a calculator on any test other than the Mathematics Test
- attempting to remove test materials, including questions or answers, from the test room by any means
- not following instructions or abiding by the rules of the test center
- exhibiting confrontational, threatening, or unruly behavior
- creating a disturbance or allowing an alarm, pager, or phone to sound in the test room

If you engage in **any** of these prohibited behaviors, your answer document will **not** be scored and you will be dismissed from the test center.

If you finish before time is called, review your work on the test you have just finished. Do **not** return to an earlier test and do not work ahead. If you are satisfied with your responses, place your answer document inside your test booklet and close the cover. Sit quietly until the supervisor gives you additional instructions.

You will have a short break after the first two tests. Do not leave the building during the break because some buildings have automatic locking doors, and you may be locked out. You must ask permission to leave the room during testing to go to the restroom; you will not be allowed to make up the time you miss. If you are taking the Writing Test, you will also have a brief break after Test 4 in which to relax and to sharpen your pencils.

On certain test dates, ACT administers test questions for developmental purposes. Responses to such questions are not counted toward your scores.

At the conclusion of the test session, you will be asked to sign a statement and copy a certification in your own handwriting to verify truthful identification of yourself. You will be required to sit quietly until you are dismissed. After all answer documents and test booklets have been collected and counted, the supervisor will dismiss you.

## Special Situations

If, for any reason, you have to leave the center before finishing the ACT, you must decide whether or not you want your answer document scored and inform the supervisor of your decision. If you fail to do so, your answer document will be scored. Or, if you decide *after* you have finished the ACT that you do not want it scored, tell the supervisor *before* you leave the test center. You need not give a reason.

Once you break the seal on your multiple-choice test booklet, you cannot later request a Test Date Change. If you want to take the ACT again, you will have to reregister. See **www.actstudent.org** or *Registering for the ACT*. Once you begin filling out your answer document, you cannot request a Test Option Change on that test date (i.e., you may not change from ACT Plus Writing to the ACT or the reverse).

You may not receive scores from more than one test date per national or international administration (Saturday, non-Saturday, or rescheduled test date arranged by ACT). If you are admitted and allowed to test, you will receive ONLY the scores from your first test administration.

## Test Information Release

On certain national test dates, you may obtain (for an additional fee) a copy of the test questions, a copy of your answers, a list of correct answers, and scoring instructions. This service is not available for all dates or for other types of testing, so if you want it, be sure to check **www.actstudent.org** or *Registering for the ACT*, and register for a test date on which it is available. (Your

request must be postmarked no later than three months after the test date.) The information will be mailed about 4 weeks **after** your score report is mailed.

# 4 Taking the Practice Tests

Taking the practice tests can help you become familiar with the ACT. It will be most helpful if you take the tests under conditions that are as similar as possible to those you will experience on test day. The following tips will help you make the most of the practice tests:

- The four multiple-choice tests require a total of 2 hours and 55 minutes. Try to take them in one sitting, with only a short break between Tests 2 and 3. (If you are taking the Writing Test, you may also take a short break after Test 4.)
- Sit at a desk with good lighting. You will need sharpened No. 2 pencils with good erasers. You may not use highlight pens or correction fluid. Remove all books and other aids from your desk. On test day, you will not be allowed to use references or notes. For most administrations, you won't need scratch paper because each page of the Mathematics Test has a blank column that you can use for scratch work. Otherwise, you will be provided with scratch paper.
- If you plan to use a calculator on the Mathematics Test, review the information about permitted and prohibited calculators on page 5.
- Use a digital timer or clock to time yourself on each test. Set your timer for five minutes less than the allotted time for each test so you can get used to the announcement of five minutes remaining. (Students approved for extended time should set a timer for 60-minute warnings up to the total time allowed— 5 hours for multiple-choice tests, or 5 hours and 45 minutes if also taking the Writing Test).
- Allow yourself only the time permitted for each test.
- Detach and use the sample multiple-choice answer document on pages 73–74.
- Read the general test directions on the first page of the practice multiple-choice tests. These are the same directions that will appear on your test booklet on test day. After you have read the directions, start your timer and begin with Test 1. Continue through Test 4, taking a short break between Tests 2 and 3. If you do not plan to take the ACT Writing Test, score your multiple-choice tests using the information beginning on page 59.
- If you plan to take the Writing Test, take a short break after Test 4. Then read the directions on the first page of the practice ACT Writing Test (page 57). These are the same directions that will appear on your test booklet on test day. After you have read the directions, start your timer, then carefully read the prompt on page 58. After you have considered what the prompt is asking you to do, use scratch paper to plan your essay and then write your essay on the answer document, pages 75–78. When you have finished, score your essay using the information on pages 66–72.

## Practice Multiple-Choice Tests

Your Signature (do not print): _____

Print Your Name Here: _____

Your Date of Birth:

☐☐ – ☐☐ – ☐☐☐☐

Month    Day      Year



# Form 0661C

# 2007 | 2008
# ACT
# ASSESSMENT®



The **ACT**®

## Directions

This booklet contains tests in English, Mathematics, Reading, and Science. These tests measure skills and abilities highly related to high school course work and success in college. *CALCULATORS MAY BE USED ON THE MATHEMATICS TEST ONLY.*

The questions in each test are numbered, and the suggested answers for each question are lettered. On the answer document, the rows of ovals are numbered to match the questions, and the ovals in each row are lettered to correspond to the suggested answers.

For each question, first decide which answer is best. Next, locate on the answer document the row of ovals numbered the same as the question. Then, locate in that row the oval lettered the same as your answer. Finally, fill in the oval completely. Use a soft lead pencil and make your marks heavy and black. *DO NOT USE A BALLPOINT PEN.*

Mark only one answer to each question. If you change your mind about an answer, erase your first mark thoroughly before marking your new answer. For each question, make certain that you mark in the row of ovals with the same number as the question.

Only responses marked on your answer document will be scored. Your score on each test will be based only on the number of questions you answer correctly during the time allowed for that test. You will NOT be penalized for guessing. *IT IS TO YOUR ADVANTAGE TO ANSWER EVERY QUESTION EVEN IF YOU MUST GUESS.*

You may work on each test ONLY when your test supervisor tells you to do so. If you finish a test before time is called for that test, you should use the time remaining to reconsider questions you are uncertain about in that test. You may NOT look back to a test on which time has already been called, and you may NOT go ahead to another test. To do so will disqualify you from the examination.

Lay your pencil down immediately when time is called at the end of each test. You may NOT for any reason fill in or alter ovals for a test after time is called for that test. To do so will disqualify you from the examination.

Do not fold or tear the pages of your test booklet.

### DO NOT OPEN THIS BOOKLET
### UNTIL TOLD TO DO SO.



P.O. BOX 168
IOWA CITY, IA 52243-0168

©2007 by ACT, Inc. All rights reserved.
NOTE: This booklet is covered by Federal copyright laws that prohibit the reproduction of the test questions without the express, written permission of ACT, Inc.

13



# ENGLISH TEST

*45 Minutes—75 Questions*

**DIRECTIONS:** In the five passages that follow, certain words and phrases are underlined and numbered. In the right-hand column, you will find alternatives for the underlined part. In most cases, you are to choose the one that best expresses the idea, makes the statement appropriate for standard written English, or is worded most consistently with the style and tone of the passage as a whole. If you think the original version is best, choose "NO CHANGE." In some cases, you will find in the right-hand column a question about the underlined part. You are to choose the best answer to the question.

You will also find questions about a section of the passage, or about the passage as a whole. These questions do not refer to an underlined portion of the passage, but rather are identified by a number or numbers in a box.

For each question, choose the alternative you consider best and fill in the corresponding oval on your answer document. Read each passage through once before you begin to answer the questions that accompany it. For many of the questions, you must read several sentences beyond the question to determine the answer. Be sure that you have read far enough ahead each time you choose an alternative.

---

**PASSAGE I**

### The Music of the O'odham

[1]

For some people, traditional American Indian music is associated and connected with high penetrating vocals

accompanied by a steady drumbeat. In tribal communities in the southwestern United States, however, one is likely to hear something similar to the polka-influenced dance music of northern Mexico. The music is called "waila." Among the O'odham tribes of Arizona, waila has been popular for more than a century. The music is mainly

instrumental—the bands generally consist of guitar, bass guitar, saxophones, accordion, and drums.

[2]

Unlike some traditional tribal music, waila does not serve a religious or spiritual purpose. It is a social music that performed at weddings, birthday parties,

1. **A.** NO CHANGE
   **B.** connected by some of them
   **C.** linked by association
   **D.** associated

2. **F.** NO CHANGE
   **G.** popular, one might say, for
   **H.** really quite popular for
   **J.** popular for the duration of

3. Which of the following alternatives to the underlined portion would NOT be acceptable?
   **A.** instrumental; in general, the bands
   **B.** instrumental, the bands generally
   **C.** instrumental. The bands generally
   **D.** instrumental; the bands generally

4. **F.** NO CHANGE
   **G.** music in which it is performed
   **H.** music, performing
   **J.** music, performed

**GO ON TO THE NEXT PAGE.**



**1** █ █ █ █ █ █ █ █ █ **1**

and feasts. The word itself comes from the Spanish
$\underline{\qquad}$
5

word for dance, *baile*. Cheek to cheek, the dance is
$\underline{\qquad}$
6

performed to the relaxed two-step tempo, and the bands
$\underline{\qquad}$
6

often play long past midnight. As the dancers step to the
$\underline{\qquad}$
7

music, they were also stepping in time to a sound that
$\underline{\qquad}$
8

embodies their unique history and suggests the influence
$\underline{\qquad}$
9

of outside cultures on their music. █10█

[3]

The O'odham in the 1700s first encountered the
$\underline{\qquad}$
11

guitars of Spanish missionaries. In the 1850s the O'odham

have borrowed from the waltzes and mazurkas of
$\underline{\qquad}$
12

people of European descent on their way to California.

**5. A.** NO CHANGE
**B.** word, itself,
**C.** word, itself
**D.** word itself,

**6. F.** NO CHANGE
**G.** Couples dance cheek to cheek to the relaxed two-step tempo,
**H.** A relaxed two-step tempo, the couples dance cheek to cheek,
**J.** Cheek to cheek, the two-step tempo relaxes dancing couples.

**7. A.** NO CHANGE
**B.** play long, past,
**C.** play, long past,
**D.** play, long past

**8. F.** NO CHANGE
**G.** are also stepping
**H.** have also stepped
**J.** will also step

**9. A.** NO CHANGE
**B.** they're
**C.** it's
**D.** its'

**10.** At this point, the writer is considering adding the following true statement:

> The agricultural practices of the O'odham are similar to those of the Maya.

Should the writer make this addition here?

**F.** Yes, because the sentence establishes that the O'odham often borrowed ideas from other groups.
**G.** Yes, because the sentence provides important information about the O'odham people.
**H.** No, because the sentence is not supported by evidence of a connection between the O'odham and the Maya.
**J.** No, because the sentence distracts from the paragraph's focus on waila's uses and influences.

**11.** All of the following would be acceptable placements for the underlined portion EXCEPT:

**A.** where it is now.
**B.** at the beginning of the sentence (revising the capitalization accordingly).
**C.** after the word *guitars.*
**D.** after the word *missionaries* (ending the sentence with a period).

**12. F.** NO CHANGE
**G.** have been borrowing
**H.** were borrowed
**J.** borrowed

**GO ON TO THE NEXT PAGE.**



In the early 1900s the O'odham became acquainted with marching bands and woodwind instruments (which explains the presence of saxophones in waila). Around this time the polka music and button accordion
13

played by German immigrant railroad workers; left their mark on waila.
14

[4]

It should be no surprise that musicians these days are adding touches of rock, country, and reggae to waila. Some listeners fear that an American musical form may soon be lost. But the O'odham are playing waila with as much energy and devotion as ever. A unique blend of traditions, waila will probably continue changing for as long as the O'odham use it to express their own sense of harmony and tempo.

**13.** Given that all of the choices are true, which one is most relevant to the focus of this paragraph?
  A. NO CHANGE
  B. (although fiddles were once widely used in waila bands).
  C. (even though they're now often constructed of metal).
  D. (which are frequently found in jazz bands also).

**14. F.** NO CHANGE
  **G.** workers
  **H.** workers:
  **J.** workers,

Question 15 asks about the preceding passage as a whole.

**15.** Upon reviewing this essay and finding that some information has been left out, the writer composes the following sentence incorporating that information:

  > Those same German influences helped spawn a similar musical form in northern Mexico known as *norteño*.

  This sentence would most logically be placed after the last sentence in Paragraph:
  A. 1.
  B. 2.
  C. 3.
  D. 4.

**PASSAGE II**

### How Old Am I?

Many people might be surprised to learn that the American way of computing a person's age differs from the traditional Korean way. In Korean tradition, a person is considered to be already one year old at the time of his or her birth.

As a child growing up in two cultures, I found this contest a bit confusing. When I was in the fifth
16
grade, was I ten or eleven years old? To add to the

confusion, every New Year's Day a person according
17
to this Korean counting system, becomes a year

**16. F.** NO CHANGE
  **G.** change
  **H.** dispute
  **J.** difference

**17. A.** NO CHANGE
  **B.** person,
  **C.** person;
  **D.** person who,



older, regardless of his or her actual birthday.

Birthdays are important throughout the world. A person
<u>                                              </u>
                  18
who is sixteen years old on his or her birthday in March

would become seventeen years old on the following New

Year's Day, even though he or she isn't expected to turn

seventeen (in "American" years) until that next birthday

in March. Perhaps the celebration of New Year's Day in

Korean culture is <u>heightened</u> because it is thought of as
                        19

everyone's birthday party. [20]


Today, after many birthdays and New Year's

Days, I now find meaningful the difference I once

found confusing. <u>Otherwise,</u> this difference points
                      21

<u>to</u> significant underlying cultural values. The practice of
22

advancing a <u>person's age</u> seems to me to reflect the value a
              23

society places on life experience and longevity. <u>Their</u> idea
                                                    24

was demonstrated often <u>when</u> my elderly relatives, who
                          25
took pride in reminding younger folk of their "Korean

age." <u>With great enthusiasm,</u> they added on a year every
        26

**18. F.** NO CHANGE
   **G.** Most cultures celebrate birthdays.
   **H.** Birthdays focus attention on a culture's youth.
   **J.** DELETE the underlined portion.

**19. A.** NO CHANGE
   **B.** raised
   **C.** lifted
   **D.** lighted

**20.** Upon reviewing this paragraph, the writer considers deleting the preceding sentence. If the writer were to delete the sentence, the paragraph would primarily lose:
   **F.** a comment on the added significance of the Korean New Year celebration.
   **G.** a repetitive reminder of what happens every birthday.
   **H.** a defense of the case for celebrating every birthday.
   **J.** an illustration of the Korean counting system.

**21. A.** NO CHANGE
   **B.** Though,
   **C.** In fact,
   **D.** Then,

**22. F.** NO CHANGE
   **G.** on
   **H.** at
   **J.** DELETE the underlined portion.

**23. A.** NO CHANGE
   **B.** persons' age
   **C.** persons age
   **D.** person's age,

**24. F.** NO CHANGE
   **G.** One's
   **H.** Its
   **J.** This

**25. A.** NO CHANGE
   **B.** by
   **C.** while
   **D.** as if

**26.** Which choice would most clearly communicate the elderly relatives' positive attitude toward this practice?
   **F.** NO CHANGE
   **G.** Duplicating an accepted practice,
   **H.** Living with two birthdays themselves,
   **J.** Obligingly,



New Year's Day. By contrast American society has often been described as one that values the vibrant energy of youth over the wisdom and experience gained with age. [28]

After a certain age, many Americans I know would balk, refuse, and hesitate at the idea of adding a year or two to what they regard as their actual age.

Even something as visibly simple or natural as computing a person's age can prove to be not so clear-cut. Traditions like celebrating birthdays reveal how deeply we are affected by the culture we live in.

**27. A.** NO CHANGE
**B.** whose
**C.** this
**D.** whom

**28.** If the writer were to delete the phrases "the vibrant energy of" and "the wisdom and experience gained with" from the preceding sentence, the sentence would primarily lose:
**F.** its personal and reflective tone.
**G.** an element of humor.
**H.** details that illustrate the contrast.
**J.** the preference expressed by the writer.

**29. A.** NO CHANGE
**B.** balk and hesitate
**C.** refuse and balk
**D.** balk

**30. F.** NO CHANGE
**G.** apparently
**H.** entirely
**J.** fully

---

**PASSAGE III**

### Wearing Jeans in School

In 1970, the school board in Pittsfield, New Hampshire, approved a dress code that prohibited students from wearing certain types of clothing. The school board members believed that wearing "play clothes" to school made the students inefficient toward their school work, while more formal attire established a positive educational climate. When twelve-year-old Kevin Bannister wore a pair of blue jeans to school, he was sent home for violating the dress code.

**31.** Given that all of the choices are true, which one would best illustrate the term *dress code* as it is used in this sentence?
**A.** NO CHANGE
**B.** clothing that was inappropriate.
**C.** clothing, including sandals, bell-bottom pants, and "dungarees" (blue jeans).
**D.** clothing that is permitted in some schools today.

**32. F.** NO CHANGE
**G.** lazy and bored to tears with
**H.** blow off
**J.** lax and indifferent toward

**GO ON TO THE NEXT PAGE.**



**1** ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ **1**

Kevin and his parents believed that his constitutional
<u>rights had been violated.</u> The United States District
___
33

33

Court of New Hampshire; agreed to hear Kevin's case.
___
34

His claim was based on the notion of personal liberty—the

right of every individual to the control of his or her own

person—protected by the Constitution's Fourteenth

Amendment. The court agreed with Kevin that a person's

right <u>for wearing</u> clothing of his or her own choosing is,
___
35

in fact, protected by the Fourteenth Amendment.

The <u>court noted, however</u> that restrictions may be justified
___
36

in some circumstances, such as in the school setting.

So did Kevin have a right to wear blue jeans to

school? The court determined that the school board had

failed to show that wearing jeans actually inhibited the

educational <u>process, which is guided by authority figures.</u>
___
37

Furthermore, the board offered no evidence to back up <u>it's</u>
___
38

claim <u>that</u> such clothing created a negative educational
___
39

environment. Certainly the school board would

be justified in prohibiting students from wearing

clothing that was unsanitary, revealing, or obscene.

**33.** Given that all of the choices are true, which one would
most effectively introduce the main idea of this paragraph?
  - **A.** NO CHANGE
  - **B.** The principal said dungarees and blue jeans were the same thing, so Kevin should have known better.
  - **C.** If Kevin's jeans had been dirty and torn, the principal might have been justified in expelling him.
  - **D.** These events occurred in a time of social unrest, and emotions were running high.

**34.** **F.** NO CHANGE
  - **G.** Court, of New Hampshire
  - **H.** Court of New Hampshire
  - **J.** Court of New Hampshire,

**35.** **A.** NO CHANGE
  - **B.** of wearing
  - **C.** to wear
  - **D.** wearing

**36.** **F.** NO CHANGE
  - **G.** court noted, however,
  - **H.** court, noted however,
  - **J.** court noted however,

**37.** **A.** NO CHANGE
  - **B.** process, which has undergone changes since the 1970s.
  - **C.** process, a process we all know well.
  - **D.** process.

**38.** **F.** NO CHANGE
  - **G.** they're
  - **H.** its
  - **J.** ones

**39.** **A.** NO CHANGE
  - **B.** where
  - **C.** which
  - **D.** in which

**GO ON TO THE NEXT PAGE.**



**1** ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ **1**

The court remained unconvinced, therefore, that
<sub>40</sub>

when wearing jeans would actually impair the learning
<sub>41</sub>
process of Kevin or of his fellow classmates.

    Kevin Bannister's case was significant in that it
    <sub>42</sub>
was the first in the United States to address clothing
    <sub>42</sub>
prohibitions of a school dress code. His challenge
    <sub>42</sub>

initiated a review, of students' rights and administrative
    <sub>43</sub>

responsibility in public education.
    <sub>44</sub>

**40. F.** NO CHANGE
   **G.** thus,
   **H.** moreover,
   **J.** however,

**41. A.** NO CHANGE
   **B.** by wearing
   **C.** wearing
   **D.** having worn

**42.** Which choice would most effectively open this paragraph and convey the importance of this case?
   **F.** NO CHANGE
   **G.** Therefore, Kevin's case reminds us that you should stand up for your rights, no matter how old you are.
   **H.** The case for personal liberty means the right to speak up must be taken seriously by the courts.
   **J.** All in all, clothing is an important part of our identity.

**43. A.** NO CHANGE
   **B.** review, of students' rights,
   **C.** review of students' rights
   **D.** review of students' rights.

**44. F.** NO CHANGE
   **G.** on
   **H.** with
   **J.** about

---

Question 45 asks about the preceding passage as a whole.

---

**45.** Suppose the writer's goal had been to write a brief persuasive essay urging students to exercise their constitutional rights. Would this essay fulfill that goal?

   **A.** Yes, because the essay focuses on how Kevin encouraged other students to exercise their constitutional rights.
   **B.** Yes, because the essay focuses on various types of clothing historically worn by students as a freedom of expression.
   **C.** No, because the essay suggests that the right to wear blue jeans was not a substantial constitutional right in the 1970s.
   **D.** No, because the essay objectively reports on one case of a student exercising a particular constitutional right.

**GO ON TO THE NEXT PAGE.**



**1** ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ **1**

**PASSAGE IV**

### The Case of the Trick Photographs

You might think that Sir Arthur Conan Doyle, the writer who invented Sherlock Holmes, the most logical of detectives, would have harbored strictly logical beliefs himself. But the author entertained a variety of fanciful ideas, including a belief in the mythical beings known as fairies. Since that belief, he was fooled in 1920 by two
<u>46</u>

schoolgirl cousins. 47

One day, Elsie Wright and Frances Griffiths returned from a walk in the English countryside with news that they had seen fairies. They had even taken photographs that showed several of the tiny sprites, some dancing in a ring in the grass, some fluttering in front of the girl's faces.
<u>48</u>
Many people were excited when they heard about

this seemingly true and factual proof of the existence of
<u>49</u>
fairies, but Conan Doyle was more excited than most.

To make sure that he wasn't being deceived, Conan Doyle had the original photographic plates examined by experts, however, they found no evidence of
<u>50</u>
double exposures. He then wrote an enthusiastic article

for *Strand* magazine, being the place in which most of his
<u>51</u>
Sherlock Holmes stories had first appeared, and later wrote a book on the subject titled *The Coming of the Fairies*.

**46. F.** NO CHANGE
   **G.** Because of
   **H.** Concerning
   **J.** For

**47.** If the writer were to delete the opening sentence of this paragraph (beginning the essay with "Sir Arthur Conan Doyle entertained a variety of fanciful..."), the essay would primarily lose:

   **A.** information that sets up a contrast that follows.
   **B.** an irrelevant but humorous digression.
   **C.** information that explains Doyle's motivations.
   **D.** an important description of the setting.

**48. F.** NO CHANGE
   **G.** girls' faces.
   **H.** girls faces.
   **J.** girls face's.

**49. A.** NO CHANGE
   **B.** this seemingly evident but apparent
   **C.** what seemed to be an apparent
   **D.** this apparent

**50. F.** NO CHANGE
   **G.** who
   **H.** which
   **J.** they

**51. A.** NO CHANGE
   **B.** in which the magazine where
   **C.** in which
   **D.** being where



Conan Doyle sent a copy of one of the photographs to his friend Harry Houdini, the famous magician and escape artist. Houdini, who devoted considerable effort to exposing hoaxes involving <u>spiritualism and was</u> [52]

skeptical about the existence of supernatural beings. [53]
When Houdini remained unconvinced by the evidence, Conan Doyle became angry. Though the two

remained <u>cordial, but</u> their friendship was damaged [54]

due to the fact that <u>they had the</u> disagreement. [55]

<u>Some</u> sixty years later, an elderly Frances Griffiths [56]

publicly admitted that <u>her and her cousin</u> had staged [57] the photographs as a practical joke. Shortly after her revelation, computer enhancement revealed the hatpins that <u>were used</u> to prop up the cardboard-cutout fairies. [58]

Scientific analysis, <u>since photography</u> was a new art, [59] finally closed the Case of the Trick Photographs.

**52. F.** NO CHANGE
**G.** spiritualism, being
**H.** spiritualism, was
**J.** spiritualism and

**53.** If the writer were to delete the preceding sentence, the paragraph would primarily lose:
**A.** details that provide an explanation for the friendship between Conan Doyle and Houdini.
**B.** information that helps set the stage for what happens next in the essay.
**C.** a description of the reasons behind Houdini's skepticism about the supernatural.
**D.** nothing at all, since this sentence provides irrelevant information.

**54. F.** NO CHANGE
**G.** cordial and
**H.** cordial that
**J.** cordial,

**55. A.** NO CHANGE
**B.** because of the fact that they had a
**C.** due to the fact of their
**D.** by the

**56. F.** NO CHANGE
**G.** (Do NOT begin new paragraph) After some
**H.** (Begin new paragraph) Since some
**J.** (Begin new paragraph) Some

**57. A.** NO CHANGE
**B.** her cousin and herself
**C.** she and her cousin
**D.** her cousin and her

**58.** Which of the following alternatives to the underlined portion would NOT be acceptable?
**F.** that had been used
**G.** the girls used
**H.** using
**J.** used

**59.** Which choice would best tie the conclusion of this essay to its opening sentence?
**A.** NO CHANGE
**B.** of the kind a modern-day Sherlock Holmes might use,
**C.** which the great Houdini himself would have appreciated,
**D.** a methodology that was still in its infancy,

**GO ON TO THE NEXT PAGE.**



Question 60 asks about the preceding passage as a whole.

**60.** Suppose the writer had decided to write an essay that summarizes how beliefs in the supernatural have influenced the writing of famous authors. Would this essay fulfill the writer's goal?

F. Yes, because the essay makes the point that Conan Doyle's belief in fairies clearly influenced his Sherlock Holmes stories.

G. Yes, because the essay indicates that Conan Doyle's disagreement with Houdini motivated him to write about the supernatural.

H. No, because the essay argues that the author's belief in fairies and the supernatural did not in any way affect his writing.

J. No, because the essay limits its focus to the particular events surrounding one author's reaction to evidence of the supernatural.

**PASSAGE V**

### Her Letters to the World

Emily Dickinson, one of America's great nineteenth-century poets, was a prolific letter writer. Although her physical contact with the world was limited by caring for her invalid mother and by her own poor health, <u>whose</u> correspondence was
<sub>61</sub>

<u>extensive: over</u> one thousand letters to upwards of one
<sub>62</sub>
hundred correspondents. These letters provide insight into her daily life and her poetry.

Dickinson's lifetime of letters range from playful to serious. <u>As a young woman she wrote,</u> of pining for a
<sub>63</sub>

valentine and <u>of visiting</u> the Chinese Museum in Boston.
<sub>64</sub>
Her letters in later years reveal that she missed friends and

**61. A.** NO CHANGE
**B.** their
**C.** Dickinson's
**D.** who's

**62. F.** NO CHANGE
**G.** extensive, and over
**H.** extensive; over
**J.** extensive. Over

**63. A.** NO CHANGE
**B.** (Do NOT begin new paragraph) As a young woman, she wrote
**C.** (Begin new paragraph) As a young woman, she wrote,
**D.** (Begin new paragraph) As a young woman, she wrote

**64. F.** NO CHANGE
**G.** visiting to
**H.** of her visiting to
**J.** of her visiting at

**GO ON TO THE NEXT PAGE.**



**1** ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮ **1**

encouraged them to visit. <u>Dickinson stayed in contact with correspondents for many years.</u> In a teasing letter to her
<sub>65</sub>
brother, she bemoaned the fact that a big barn fire couldn't
have waited until he returned to see it, since he "enjoyed

such things so much." Other letters are <u>solemn; speaking</u>
<sub>66</sub>

of relatives and friends <u>whom</u> had died.
<sub>67</sub>

Perhaps the correspondent who came to know
Dickinson best through their thirty-six-year exchange
of letters was Emily's friend, sister-in-law, and neighbor,
Susan Gilbert Dickinson. Susan was a spiritual, social, and
intellectual companion for Emily. In fact, in one letter,
Emily stated that Shakespeare was the only person who
had taught her more than Susan had.

One significant aspect of this relationship
<u>was: that Susan</u> was perhaps the only reader of
<sub>68</sub>
Emily's poems-in-progress. Letters between the
two suggest that Susan might frequently have given
<u>feedback on her</u> work, including some of her most famous
<sub>69</sub>

<u>poems, composed at her home in Amherst, Massachusetts.</u>
<sub>70</sub>
At one point, Emily sent a draft of her poem "Safe in Their

Alabaster Chambers" to Susan, who <u>read the poem.</u> As
<sub>71</sub>

**65.** Given that all of the choices are true, which one best develops the paragraph's focus on the roles that letters played in Emily Dickinson's life?

   **A.** NO CHANGE
   **B.** Her personal interests also included keen observation of the natural world around her.
   **C.** Though she produced volumes of letters, none were shared publicly until after her death.
   **D.** She enjoyed hearing their news and reflecting with them on political events.

**66. F.** NO CHANGE
   **G.** solemn they speak
   **H.** solemn, speaking
   **J.** solemn. Speaking

**67. A.** NO CHANGE
   **B.** who
   **C.** who they
   **D.** of whom

**68. F.** NO CHANGE
   **G.** was that Susan
   **H.** was, that Susan
   **J.** was that Susan,

**69. A.** NO CHANGE
   **B.** her feedback on Emily's
   **C.** Emily feedback on her
   **D.** her feedback on her

**70. F.** NO CHANGE
   **G.** poems, which varied in form, style, and line length.
   **H.** poems, most without obvious rhyme.
   **J.** poems.

**71.** Given that all the choices are true, which one would most clearly describe an interaction between Susan and Emily during Emily's writing process?

   **A.** NO CHANGE
   **B.** liked the poem tremendously.
   **C.** considered and thought about the poem.
   **D.** praised the poem but suggested revisions.

**GO ON TO THE NEXT PAGE.**



**1**  **1**

a result, Emily wrote two other versions of the second
                        ―――――――――
                             72
stanza.

Dickinson's last twenty years of letters—many over

1,500 words in length—reveals the breadth and depth of
                          ――――――
                             73

one's connection to the world through a wide circle of
――――
  74

correspondents. Perhaps, this legacy of letters, explains
                 ――――――――――――――――――――
                            75
what she meant when she said that her friends were her

"estate."

**72. F.** NO CHANGE
   **G.** rewrote two other alternate
   **H.** rewrote two additional alternate
   **J.** wrote two alternate revised

**73. A.** NO CHANGE
   **B.** reveal
   **C.** will of revealed
   **D.** would of revealed

**74. F.** NO CHANGE
   **G.** people's
   **H.** her
   **J.** their

**75. A.** NO CHANGE
   **B.** Perhaps this, legacy of letters,
   **C.** Perhaps this legacy of letters,
   **D.** Perhaps this legacy of letters

**END OF TEST 1**

**STOP! DO NOT TURN THE PAGE UNTIL TOLD TO DO SO.**

**2**           **2**

## MATHEMATICS TEST

*60 Minutes—60 Questions*

**DIRECTIONS:** Solve each problem, choose the correct answer, and then fill in the corresponding oval on your answer document.

Do not linger over problems that take too much time. Solve as many as you can; then return to the others in the time you have left for this test.

You are permitted to use a calculator on this test. You may use your calculator for any problems you choose,

but some of the problems may best be done without using a calculator.

Note: Unless otherwise stated, all of the following should be assumed.

1. Illustrative figures are NOT necessarily drawn to scale.
2. Geometric figures lie in a plane.
3. The word *line* indicates a straight line.
4. The word *average* indicates arithmetic mean.

---

1. Two enterprising college students decide to start a business. They will make up and deliver helium balloon bouquets for special occasions. It will cost them $39.99 to buy a machine to fill the balloons with helium. They estimate that it will cost them $2.00 to buy the balloons, helium, and ribbons needed to make each balloon bouquet. Which of the following expressions could be used to model the total cost for producing $b$ balloon bouquets?

   A. $ 2.00b + \$39.99$
   B. $\$37.99b$
   C. $\$39.99b + \$ 2.00$
   D. $\$41.99b$
   E. $\$79.98b$

2. What is the value of the expression $(x - y)^2$ when $x = 5$ and $y = -1$ ?

   F. 4
   G. 6
   H. 16
   J. 24
   K. 36

3. On the first day of school, Mr. Vilani gave his third-grade students 5 new words to spell. On each day of school after that, he gave the students 3 new words to spell. In the first 20 days of school, how many new words had he given the students to spell?

   A. 28
   B. 62
   C. 65
   D. 68
   E. 152

4. Which of the following is equivalent to $(4x^2)^3$ ?

   F. $64x^8$
   G. $64x^6$
   H. $12x^6$
   J. $12x^5$
   K. $4x^6$

5. Which of the following lists all the positive factors of 8 ?

   A. 1, 8
   B. 2, 4
   C. 2, 4, 6
   D. 8, 16, 32
   E. 1, 2, 4, 8

6. Which of the following is an equivalent simplified expression for $2(4x + 7) - 3(2x - 4)$ ?

   F. $x + 2$
   G. $2x + 2$
   H. $2x + 26$
   J. $3x + 10$
   K. $3x + 11$

7. To determine a student's overall test score for the semester, Ms. Lopez throws out the lowest test score and takes the average of the remaining test scores. Victor earned the following test scores in Ms. Lopez's class this semester: 62, 78, 83, 84, and 93. What overall test score did Victor earn in Ms. Lopez's class this semester?

   A. 67.6
   B. 80.0
   C. 83.0
   D. 83.5
   E. 84.5

8. Uptown Cable, a cable TV provider, charges each customer $120 for installation, plus $25 per month for cable programming. Uptown's competitor, Downtown Cable, charges each customer $60 for installation, plus $35 per month for cable programming. A customer who signs up with Uptown will pay the same total amount for cable TV as a customer who signs up with Downtown if each pays for installation and cable programming for how many months?

   F. 3
   G. 6
   H. 10
   J. 18
   K. 30

**GO ON TO THE NEXT PAGE.**

        

**2** △ △ △ △ △ △ △ △ △ **2**

9. In the 8-sided figure below, adjacent sides meet at right angles and the lengths given are in meters. What is the perimeter of the figure, in meters?



    A.    40
    B.    80
    C.    120
    D.    160
    E.    400

10. The sum of the real numbers $x$ and $y$ is 11. Their difference is 5. What is the value of $xy$ ?

    F.    3
    G.    5
    H.    8
    J.    24
    K.    55

11. For all $x$, $(3x + 7)^2 = ?$

    A.    $6x + 14$
    B.    $6x^2 + 14$
    C.    $9x^2 + 49$
    D.    $9x^2 + 21x + 49$
    E.    $9x^2 + 42x + 49$

12. What is the slope of the line through $(-5,2)$ and $(6,7)$ in the standard $(x,y)$ coordinate plane?

    F.    9

    G.    5

    H.    $-5$

    J.    $\frac{5}{11}$

    K.    $-\frac{5}{11}$

13. When $\frac{1}{3}k + \frac{1}{4}k = 1$, what is the value of $k$ ?

    A.    $\frac{1}{7}$

    B.    $\frac{12}{7}$

    C.    $\frac{7}{2}$

    D.    6

    E.    12

14. What is the length, in feet, of the hypotenuse of a right triangle with legs that are 6 feet long and 7 feet long, respectively?

    F.    $\sqrt{13}$
    G.    $\sqrt{85}$
    H.    13
    J.    21
    K.    42

15. Hexagon $ABCDEF$ shown below was drawn on a grid with unit squares. Each vertex is at the intersection of 2 grid lines. What is the area of the hexagon, in square units?

    A.    18
    B.    19
    C.    20
    D.    22
    E.    25



16. In the figure below, $\overline{AD}$ is perpendicular to $\overline{BD}$, $\overline{AC}$ is perpendicular to $\overline{BC}$, and $\overline{AD} \cong \overline{BC}$. Which of the following congruences is NOT necessarily true?

    F.    $\overline{AC} \cong \overline{BD}$
    G.    $\overline{AD} \cong \overline{AE}$
    H.    $\overline{AE} \cong \overline{BE}$
    J.    $\angle DAB \cong \angle CBA$
    K.    $\angle EAB \cong \angle EBA$



17. Leticia went into Discount Music to price CDs. All CDs were discounted 23% off the marked price. Leticia wanted to program her calculator so she could input the marked price and the discounted price would be the output. Which of the following is an expression for the discounted price on a marked price of $p$ dollars?

    A.    $p - 0.23p$
    B.    $p - 0.23$
    C.    $p - 23p$
    D.    $p - 23$
    E.    $0.23p$

18. In the figure below, $A$, $D$, $B$, and $G$ are collinear. If $\angle CAD$ measures 76°, $\angle BCD$ measures 47°, and $\angle CBG$ measures 140°, what is the degree measure of $\angle ACD$ ?

    F.    12°
    G.    14°
    H.    17°
    J.    36°
    K.    43°



**GO ON TO THE NEXT PAGE.**

**2**         **2**

**19.** Ms. Lewis plans to drive 900 miles to her vacation destination, driving an average of 50 miles per hour. How many miles per hour faster must she average, while driving, to reduce her total driving time by 3 hours?

A. 5
B. 8
C. 10
D. 15
E. 18

**20.** For all positive integers $x$, what is the greatest common factor of the 2 numbers $216x$ and $180x$ ?

F. 6
G. 72
H. $x$
J. $12x$
K. $36x$

**21.** The table below shows the price of different quantities of standard-sized lemons at Joe's Fruit Stand. What is the least amount of money needed to purchase exactly 20 standard-sized lemons if the bags must be sold intact and there is no tax charged for lemons?

| Number of lemons: | 1 | bag of 6 | bag of 12 |
|---|---|---|---|
| Total price: | $0.30 | $1.20 | $2.10 |

A. $3.60
B. $3.90
C. $4.20
D. $4.50
E. $6.00

**22.** The diameter, $d$ centimeters, of the metal poles Goodpole Manufacturing produces must satisfy the inequality $|d - 3| \le 0.001$. What is the maximum diameter, in centimeters, such a metal pole may have?

F. 1.4995
G. 1.5005
H. 2.999
J. 3.000
K. 3.001

**23.** Which of the following is a factored form of the expression $5x^2 - 13x - 6$ ?

A. $(x - 3)(5x + 2)$
B. $(x - 2)(5x - 3)$
C. $(x - 2)(5x + 3)$
D. $(x + 2)(5x - 3)$
E. $(x + 3)(5x - 2)$

**24.** A bag contains 6 red marbles, 5 yellow marbles, and 7 green marbles. How many additional red marbles must be added to the 18 marbles already in the bag so that the probability of randomly drawing a red marble is $\frac{3}{5}$ ?

F. 12
G. 16
H. 18
J. 24
K. 36

**25.** Which of the following trigonometric equations is valid for the side measurement $x$ inches, diagonal measurement $y$ inches, and angle measurement $w°$ in the rectangle shown below?



A. $\cos w° = \frac{x}{y}$

B. $\cot w° = \frac{x}{y}$

C. $\sec w° = \frac{x}{y}$

D. $\sin w° = \frac{x}{y}$

E. $\tan w° = \frac{x}{y}$

**26.** The slope of the line with equation $y = ax + b$ is greater than the slope of the line with equation $y = cx + b$. Which of the following statements *must* be true about the relationship between $a$ and $c$ ?

F. $a \le c$
G. $a < c$
H. $a = c$
J. $a > c$
K. $a \ge c + 1$

**27.** Minh cuts a board in the shape of a regular hexagon and pounds in a nail at an equal distance from each vertex, as shown in the figure below. How many rubber bands will she need in order to stretch a different rubber band across every possible pair of nails?



A. 15
B. 14
C. 12
D. 9
E. 6

**28.** There are 280 runners registered for a race, and the runners are divided into 4 age categories, as shown in the table below.

| Age category: | under 16 | 16–25 | 26–35 | over 35 |
|---|---|---|---|---|
| Number of runners: | 40 | 76 | 112 | 52 |

The prize committee has 60 prizes to award and wants the prizes to be awarded in proportion to the number of runners registered in each category. How many prizes should be designated for the 26–35 age category?

F. 15
G. 17
H. 24
J. 36
K. 40

**GO ON TO THE NEXT PAGE.**

**2**         **2**

Use the following information to answer
questions 29–32.

The youth center has installed a swimming pool on level
ground. The pool is a right circular cylinder with a diameter
of 24 feet and a height of 6 feet. A diagram of the pool and
its entry ladder is shown below.



**29.** To the nearest cubic foot, what is the volume of water
that will be in the pool when it is filled with water to a
depth of 5 feet?

(Note: The volume of a cylinder is given by $\pi r^2 h$,
where $r$ is the radius and $h$ is the height.)

**A.** 942
**B.** 1,885
**C.** 2,262
**D.** 9,047
**E.** 11,310

**30.** A plastic cover is made for the pool. The cover will
rest on the top of the pool and will include a
wedge-shaped flap that forms a 45° angle at the center
of the cover, as shown in the figure below. A zipper
will go along 1 side of the wedge-shaped flap and
around the arc. Which of the following is closest to the
length, in feet, of the zipper?



**F.** 17
**G.** 22
**H.** 24
**J.** 29
**K.** 57

**31.** Two hoses are used to fill the pool. Twice as many gal-
lons of water per minute flow through one of the hoses
as through the other. Both hoses had been on for
12 hours and had filled the pool to the 4-foot mark
when the hose with the faster flow stopped working.
The hose with the slower flow then finished filling the
pool to the 5-foot mark. Which of the following graphs
shows the relationship between the time spent filling
the pool and the height of the water in the pool?

**A.**


**B.**


**C.**


**D.**


**E.**


**32.** The directions for assembling the pool state that the
ladder should be placed at an angle of 75° relative to
level ground. Which of the following expressions
involving tangent gives the distance, in feet, that the
bottom of the ladder should be placed away from the
bottom edge of the pool in order to comply with the
directions?

**F.** $\dfrac{6}{\tan 75°}$

**G.** $\dfrac{\tan 75°}{6}$

**H.** $\dfrac{1}{6 \tan 75°}$

**J.** $6 \tan 75°$

**K.** $\tan(6 \cdot 75°)$

**GO ON TO THE NEXT PAGE.**

**2**          **2**

**33.** For a population that grows at a constant rate of $r\%$ per year, the formula $P(t) = p_o\left(1 + \dfrac{r}{100}\right)^t$ models the population $t$ years after an initial population of $p_n$ people is counted.

The population of the city of San Jose was 782,000 in 1990. Assume the population grows at a constant rate of 5% per year. According to this formula, which of the following is an expression for the population of San Jose in the year 2000 ?

**A.** $782,000(6)^{10}$

**B.** $782,000(1.5)^{10}$

**C.** $782,000(1.05)^{10}$

**D.** $(782,000 \times 1.5)^{10}$

**E.** $(782,000 \times 1.05)^{10}$

**34.** Tom's long-distance service charges $0.10 per minute from 7:00 P.M. to 7:00 A.M. on weekdays, all day on Saturdays, and all day on holidays; $0.05 per minute all day on Sundays; and $0.25 per minute at all other times. The table below gives his long-distance calls for 1 week, including the date and day of each call, the time it was placed, and the number of minutes it lasted.

| Date and day | Time | Number of minutes |
|---|---|---|
| 11/22 Tuesday | 5:00 P.M. | 8 |
| 11/23 Wednesday | 10:30 A.M. | 10 |
| 11/24 Thursday Thanksgiving holiday | 11:30 A.M. | 15 |
| 11/26 Saturday | 9:30 A.M. | 17 |
| 11/27 Sunday | 12:15 P.M. | 22 |

What did Tom's long-distance service charge him for the calls in the table?

**F.** $7.30

**G.** $7.60

**H.** $7.95

**J.** $8.80

**K.** $9.90

**35.** The parallel sides of the isosceles trapezoid shown below are 10 feet long and 16 feet long, respectively. What is the distance, in feet, between these 2 sides?

**A.** 3
**B.** 4
**C.** 5
**D.** 10
**E.** 16

 

**36.** The inequality $3(x + 2) > 4(x - 3)$ is equivalent to which of the following inequalities?

**F.** $x < -6$
**G.** $x < 5$
**H.** $x < 9$
**J.** $x < 14$
**K.** $x < 18$

**37.** In the standard $(x,y)$ coordinate plane, the midpoint of $\overline{AB}$ is $(4,-3)$ and $A$ is located at $(1,-5)$. If $(x,y)$ are the coordinates of $B$, what is the value of $x + y$ ?

**A.** 19
**B.** 8
**C.** 6
**D.** −1.5
**E.** −3

**38.** For all $x$ in the domain of the function $\dfrac{x+1}{x^3-x}$, this function is equivalent to:

**F.** $\dfrac{1}{x^2} - \dfrac{1}{x^3}$

**G.** $\dfrac{1}{x^3} - \dfrac{1}{x}$

**H.** $\dfrac{1}{x^2-1}$

**J.** $\dfrac{1}{x^2-x}$

**K.** $\dfrac{1}{x^3}$

**39.** In the figure below, line $l$ is parallel to line $m$. Transversals $t$ and $u$ intersect at point $A$ on $l$ and intersect $m$ at points $C$ and $B$, respectively. Point $X$ is on $m$, and the measure of $\angle ACX$ is 130°, and the measure of $\angle BAC$ is 80°. How many of the angles formed by rays of $l$, $m$, $t$, and $u$ have measure 50° ?



**A.** 4
**B.** 6
**C.** 8
**D.** 10
**E.** 12

**GO ON TO THE NEXT PAGE.**

       

**2**

**40.** Tickets for the Senior Talent Show at George Washington Carver High School are $3 for adults and $2 for students. To cover expenses, a total of $600 must be collected from ticket sales for the show. One of the following graphs in the standard $(x,y)$ coordinate plane, where $x$ is the number of adult tickets sold and $y$ is the number of student tickets sold, represents all the possible combinations of ticket sales that cover at least $600 in expenses. Which graph is it?

**F.** 

**J.** 

**G.** 

**K.** 

**H.** 

**41.** What is the median of the following 7 scores?


42, 67, 33, 79, 33, 89, 21

**A.** 42
**B.** 52
**C.** 54.5
**D.** 56
**E.** 79

**42.** What are the real solutions to the equation $|x|^2 + 2|x| - 3 = 0$ ?

**F.** ±1
**G.** ±3
**H.** 1 and 3
**J.** −1 and −3
**K.** ±1 and ±3

**43.** The point $(2,5)$ is shown in the standard $(x,y)$ coordinate plane below. Which of the following is another point on the line through the point $(2,5)$ with a slope of $-\frac{2}{3}$ ?



**A.** $A(-1,3)$
**B.** $B(\ 0,8)$
**C.** $C(\ 4,2)$
**D.** $D(\ 5,3)$
**E.** $E(\ 5,7)$

**44.** For the triangles in the figure below, which of the following ratios of side lengths is equivalent to the ratio of the perimeter of $\triangle ABC$ to the perimeter of $\triangle DAB$ ?



**F.** $AB:AD$
**G.** $AB:BD$
**H.** $AD:BD$
**J.** $BC:AD$
**K.** $BC:BD$

**45.** In the figure below, 2 nonadjacent sides of a regular pentagon (5 congruent sides and 5 congruent interior angles) are extended until they meet at point $X$. What is the measure of $\angle X$ ?



**A.** 18°
**B.** 30°
**C.** 36°
**D.** 45°
**E.** 72°

**46.** The edges of a cube are each 3 inches long. What is the surface area, in square inches, of this cube?

**F.** 9
**G.** 18
**H.** 27
**J.** 36
**K.** 54

**GO ON TO THE NEXT PAGE.**

 △ △ △ △ △ △ △ △ △ 

**47.** A number is increased by 25% and the resulting number is then decreased by 20%. The final number is what percent of the original number?

**A.** 90%
**B.** 95%
**C.** 100%
**D.** 105%
**E.** 120%

**48.** Two numbers are *reciprocals* if their product is equal to 1. If $x$ and $y$ are reciprocals and $x > 1$, then $y$ must be:

**F.** less than −1.
**G.** between 0 and −1.
**H.** equal to 0.
**J.** between 0 and 1.
**K.** greater than 1.

**49.** The number line graph below is the graph of which of the following inequalities?



**A.** −1 ≤ x and 3 ≤ x
**B.** −1 ≤ x and 3 ≥ x
**C.** −1 ≤ x or 3 ≤ x
**D.** −1 ≥ x or 3 ≤ x
**E.** −1 ≥ x or 3 ≥ x

**50.** All of the following graphs have equal scales on the axes. One of the graphs shows only points for which the $y$-coordinate is 1 less than the square of the $x$-coordinate. Which one?

**F.**



**J.**



**G.**



**K.**



**H.**



**51.** In teaching a lesson on the concept of thirds, Ms. Chu uses a divide-and-set-aside procedure. She starts with a certain number of colored disks, divides them into 3 equal groups, and sets 1 group aside to illustrate $\frac{1}{3}$. She repeats the procedure by taking the disks she had NOT set aside, dividing them into 3 equal groups, and setting 1 of these groups aside. If Ms. Chu wants to be able to complete the divide-and-set-aside procedure at least 4 times (without breaking any of the disks into pieces), which of the following is the minimum number of colored disks she can start with?

**A.** 12
**B.** 15
**C.** 27
**D.** 54
**E.** 81

**52.** Which of the following is true for all consecutive integers $m$ and $n$ such that $m < n$ ?

**F.** $m$ is odd
**G.** $n$ is odd
**H.** $n - m$ is even
**J.** $n^2 - m^2$ is odd
**K.** $m^2 + n^2$ is even

**53.** A function $P$ is defined as follows:

for $x > 0$, $P(x) = x^5 + x^4 - 36x - 36$
for $x < 0$, $P(x) = -x^5 + x^4 + 36x - 36$

What is the value of $P(-1)$ ?

**A.** −70
**B.** −36
**C.** 0
**D.** 36
**E.** 70

**54.** For a project in Home Economics class, Kirk is making a tablecloth for a circular table 3 feet in diameter. The finished tablecloth needs to hang down 5 inches over the edge of the table all the way around. To finish the edge of the tablecloth, Kirk will fold under and sew down 1 inch of the material all around the edge. Kirk is going to use a single piece of rectangular fabric that is 60 inches wide. What is the shortest length of fabric, in inches, Kirk could use to make the tablecloth without putting any separate pieces of fabric together?

**F.** 15
**G.** 24
**H.** 30
**J.** 42
**K.** 48

**GO ON TO THE NEXT PAGE.**

**2**          **2**

**55.** The equations of the 2 graphs shown below are $y_1(t) = a_1 \sin(b_1 t)$ and $y_2(t) = a_2 \cos(b_2 t)$, where the constants $b_1$ and $b_2$ are both positive real numbers.



Which of the following statements is true of the constants $a_1$ and $a_2$ ?

A. $0 < a_1 < a_2$
B. $0 < a_2 < a_1$
C. $a_1 < 0 < a_2$
D. $a_1 < a_2 < 0$
E. $a_2 < a_1 < 0$

**56.** For $x$ such that $0 < x < \frac{\pi}{2}$, the expression

$\dfrac{\sqrt{1 - \cos^2 x}}{\sin x} + \dfrac{\sqrt{1 - \sin^2 x}}{\cos x}$ is equivalent to:

F. 0
G. 1
H. 2
J. $-\tan x$
K. $\sin 2x$

**57.** Consider the functions $f(x) = \sqrt{x}$ and $g(x) = 7x + b$. In the standard $(x,y)$ coordinate plane, $y = f(g(x))$ passes through $(4,6)$. What is the value of $b$ ?

A. 8
B. $-8$
C. $-25$
D. $-26$
E. $4 - 7\sqrt{6}$

**58.** The triangle, $\triangle XYZ$, that is shown below has side lengths of $x$, $y$, and $z$ inches and is not a right triangle. Let $X'$ be the image of $X$ when the triangle is reflected across $\overline{YZ}$. Which of the following is an expression for the perimeter, in inches, of quadrilateral $X'YXZ$ ?



F. $2(y + z) + x$
G. $2(x + y + z)$
H. $2(x + y)$
J. $2(x + z)$
K. $2(y + z)$

**59.** A function $f$ is an *odd* function if and only if $f(-x) = -f(x)$ for every value of $x$ in the domain of $f$. One of the functions graphed in the standard $(x,y)$ coordinate plane below is an odd function. Which one?

A. 
D. 

B. 
E. 

C. 

**60.** What is the real value of $x$ in the equation $\log_2 24 - \log_2 3 = \log_5 x$ ?

F. 3
G. 21
H. 72
J. 125
K. 243

**END OF TEST 2**

**STOP! DO NOT TURN THE PAGE UNTIL TOLD TO DO SO.**

**DO NOT RETURN TO THE PREVIOUS TEST.**

**3** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ **3**

## READING TEST

*35 Minutes—40 Questions*

**DIRECTIONS:** There are four passages in this test. Each passage is followed by several questions. After reading a passage, choose the best answer to each question and fill in the corresponding oval on your answer document. You may refer to the passages as often as necessary.

### Passage I

**PROSE FICTION:** This passage is adapted from the short story "American History" by Judith Ortiz-Cofer (©1992 by Judith Ortiz-Cofer). The story appeared in the anthology *Iguana Dreams: New Latino Fiction.*

There was only one source of beauty and light for me my ninth grade year. The only thing I had anticipated at the start of the semester. That was seeing Eugene. In August, Eugene and his family had moved
5 into the only house on the block that had a yard and trees. I could see his place from my bedroom window in El Building. In fact, if I sat on the fire escape I was literally suspended above Eugene's backyard. It was my favorite spot to read my library books in the summer.
10 Until that August the house had been occupied by an old couple. Over the years I had become part of their family, without their knowing it, of course. I had a view of their kitchen and their backyard, and though I could not hear what they said, I knew when they were arguing,
15 when one of them was sick, and many other things. I knew all this by watching them at mealtimes. I could see their kitchen table, the sink, and the stove. During good times, he sat at the table and read his newspapers while she fixed the meals. If they argued, he would leave and
20 the old woman would sit and stare at nothing for a long time. When one of them was sick, the other would come and get things from the kitchen and carry them out on a tray. The old man had died in June. The house had stood empty for weeks. I had had to resist the temptation to
25 climb down into the yard and water the flowers the old lady had taken such good care of.

By the time Eugene's family moved in, the yard was a tangled mass of weeds. The father had spent several days mowing, and when he finished, from where I
30 sat, I didn't see the red, yellow, and purple clusters that meant flowers to me. I didn't see this family sit down at the kitchen table together. It was just the mother, a red-headed tall woman who wore a white uniform; the father was gone before I got up in the morning and was
35 never there at dinner time. I only saw him on weekends when they sometimes sat on lawn-chairs under the oak tree, each hidden behind a section of the newspaper; and there was Eugene. He was tall and blond, and he wore glasses. I liked him right away because he sat at
40 the kitchen table and read books for hours. That summer, before we had even spoken one word to each other, I kept him company on my fire escape.

Once school started I looked for him in all my classes, but P. S. 13 was a huge place and it took me
45 days and many discreet questions to discover Eugene. After much maneuvering I managed "to run into him" in the hallway where his locker was—on the other side of the building from mine—and in study hall at the library where he first seemed to notice me, but did not
50 speak; and finally, on the way home after school one day when I decided to approach him directly, though my stomach was doing somersaults.

I was ready for rejection, snobbery, the worst. But when I came up to him and blurted out: "You're
55 Eugene. Right?" he smiled, pushed his glasses up on his nose, and nodded. I saw then that he was blushing deeply. Eugene liked me, but he was shy. I did most of the talking that day. He nodded and smiled a lot. In the weeks that followed, we walked home together. He
60 would linger at the corner of El Building for a few minutes then walk down to his house.

I did not tell Eugene that I could see inside his kitchen from my bedroom. I felt dishonest, but I liked my secret sharing of his evenings, especially now that I
65 knew what he was reading since we chose our books together at the school library.

I also knew my mother was unhappy in Paterson, New Jersey, but my father had a good job at the blue-jeans factory in Passaic and soon, he kept assuring us,
70 we would be moving to our own house there. I had learned to listen to my parents' dreams, which were spoken in Spanish, as fairy tales, like the stories about life in Puerto Rico before I was born. I had been to the island once as a little girl. We had not been back there
75 since then, though my parents talked constantly about buying a house on the beach someday, retiring on the island—that was a common topic among the residents of El Building. As for me, I was going to go to college and become a teacher.

80 But after meeting Eugene I began to think of the present more than of the future. What I wanted now was to enter that house I had watched for so many years. I wanted to see the other rooms where the old people had lived, and where the boy spent his time. Most of all, I
85 wanted to sit at the kitchen table with Eugene like two adults, like the old man and his wife had done, maybe drink some coffee and talk about books.

**GO ON TO THE NEXT PAGE.**

**3**                                                                                                                    **3**

1. The main theme of this passage concerns the:
   A. difficulty of first starting and then maintaining a friendship.
   B. process of making a new friend and how the friendship changes the narrator.
   C. problems the narrator has dealing with the loss of her former neighbors.
   D. differences in the lives led by two pairs of adults who at different times lived in the same house.

2. Which of the following questions is NOT answered by information in the passage?
   F. Has the narrator ever walked around inside Eugene's house?
   G. What hobby or interest do Eugene and the narrator share?
   H. What makes Eugene's house different from other houses on the block?
   J. What careers other than teaching has the narrator considered pursuing?

3. The narrator draws which of the following comparisons between the old couple and Eugene's parents?
   A. The old couple were more socially outgoing and had many more friends than Eugene's parents.
   B. Eugene's parents are just as interested in tending the lawn and flowers as the old couple were.
   C. Eugene's parents are less nurturing of each other and spend less time together than the old couple did.
   D. Just like the old man and old woman, both of Eugene's parents appear to have jobs outside the home.

4. In terms of developing the narrative, the last two paragraphs (lines 67–87) primarily serve to:
   F. provide background details about the narrator and her family in order to highlight the narrator's unique and shifting perspective.
   G. describe the narrator's family in order to establish a contrast between her parents and Eugene's parents.
   H. portray the narrator's family in order to show how her friendship with Eugene affected the various members of her family.
   J. depict the hopes and dreams of the narrator's parents in order to show how her parents' aspirations changed over time.

5. It can most reasonably be inferred from the passage that when the narrator says, "I didn't see the red, yellow, and purple clusters that meant flowers to me" (lines 30–31), she is most nearly indicating that:
   A. from her current position, she couldn't see the old woman's flowers, which were still growing near the house.
   B. the flowers grown by the old woman had died because the narrator had stopped watering them.
   C. the flowers grown by the old woman had been cut down when Eugene's father mowed the lawn.
   D. the weeds that had grown up in the old couple's lawn had intertwined with the flowers, making the flowers hard to see.

6. According to the narrator, which of the following statements was true about Eugene at the moment when she first talked to him?
   F. Due to the size of the school, he had not even noticed the narrator until she started talking to him.
   G. He had searched unsuccessfully for the narrator's locker several different times and had been too shy to ask someone where it was.
   H. He had first noticed the narrator in study hall but had been uninterested in her until she introduced herself.
   J. He had apparently taken notice of the narrator at school and had come to like her but felt nervous about introducing himself.

7. When the narrator says, "I began to think of the present more than of the future" (lines 80–81), she most likely means that meeting Eugene led her to:
   A. shift some of her attention away from her career plans and onto the developing friendship.
   B. think more about her own work interests than about the career her parents thought she should pursue.
   C. put off her plans of returning to Puerto Rico for a visit in favor of continuing to prepare for college.
   D. want to spend more time with him instead of helping her parents plan a vacation to Puerto Rico.

8. The narrator most nearly portrays her parents' dreams as:
   F. close to being realized because of her father's good job.
   G. somewhat uncommon among the other residents of the family's building.
   H. ones she has heard about many times but that seem far off and remote to her.
   J. ones she shares with her parents and longs to fulfill.

9. The narrator claims that she felt close to the old couple because she had:
   A. listened in on so many of their conversations over the years.
   B. helped take care of the old woman's flowers after the woman's husband had died.
   C. been able to watch them as they moved through their entire house.
   D. regularly observed them during their mealtimes.

10. Which of the following best describes the narrator's feelings about secretly observing Eugene at his home?
    F. Joy tinged with suspicion
    G. Enjoyment mixed with guilt
    H. Happiness overwhelmed by a sense of betrayal
    J. Pleasure lessened by having actually met him

ACT-61C-PRACTICE

**GO ON TO THE NEXT PAGE.**

**3** ████████████████████████ **3**

## Passage II

SOCIAL SCIENCE: This passage is adapted from volume 2 of Blanche Wiesen Cook's biography *Eleanor Roosevelt* (©1999 by Blanche Wiesen Cook).

Eleanor Roosevelt [ER] is the most controversial First Lady in United States history. Her journey to greatness, her voyage out beyond the confines of good wife and devoted mother, involved determination and
5 amazing courage. It also involved one of history's most unique partnerships. Franklin Delano Roosevelt [FDR] admired his wife, appreciated her strengths, and depended on her integrity.

However, ER and FDR had different priorities,
10 occasionally competing goals, and often disagreed. In the White House they ran two distinct and separate courts.

By 1933 [her first year as First Lady], ER was an accomplished woman who had achieved several of her
15 life's goals. With her partners, ER was a businesswoman who co-owned the Val-Kill crafts factory, a political leader who edited and copublished the *Women's Democratic News,* and an educator who co-owned and taught at a New York school for girls.

20 As First Lady, Eleanor Roosevelt did things that had never been done before. She upset race traditions, championed a New Deal for women, and on certain issues actually ran a parallel administration. On housing and the creation of model communities, for
25 example, ER made decisions and engineered policy.

At the center of a network of influential women who ran the Women's Committee of the Democratic Party led by Molly Dewson, ER worked closely with the women who had dominated the nation's social
30 reform struggles for decades. With FDR's election, the goals of the great progressive pioneers, Jane Addams, Florence Kelley, and Lillian Wald, were at last at the forefront of the country's agenda. ER's mentors since 1903, they had battled on the margins of national poli-
35 tics since the 1880s for public health, universal education, community centers, sanitation programs, and government responsibility for the welfare of the nation's poor and neglected people.

Now their views were brought directly into the
40 White House. ER lobbied for them personally with her new administrative allies, in countless auditoriums, as a radio broadcaster, and in monthly, weekly, and, by 1936, daily columns. Called "Eleanor Everywhere," she was interested in everyone.

45 Every life was sacred and worthy, to be improved by education, employment, health care, and affordable housing. Her goal was simple, a life of dignity and decency for all. She was uninterested in complex theories, and demanded action for betterment. She feared
50 violent revolution, but was not afraid of socialism—and she courted radicals.

As fascism and communism triumphed in Europe and Asia, ER and FDR were certain that there was a middle way, what ER called an American "revolution
55 without bloodshed." Her abiding conviction, however, was that nothing good would happen to promote the people's interest unless the people themselves organized to demand government responses. A people's movement required active citizen participation, and
60 ER's self-appointed task was to agitate and inspire community action, encourage united democratic movements for change.

Between 1933 and 1938, while the Depression raged and the New Deal unfolded, ER worked with the
65 popular front. She called for alliances of activists to fight poverty and racism at home, and to oppose isolationism internationally.

Active with the women's peace movement, ER spoke regularly at meetings of the Women's Inter-
70 national League for Peace and Freedom, and the Conference on the Cause and Cure of War. She departed, however, from pacifist and isolationist positions and encouraged military preparedness, collective security, and ever-widening alliances.

75 Between 1933 and 1938 ER published countless articles and six books. She wrote in part for herself, to clear her mind and focus her thoughts. But she also wrote to disagree with her husband. From that time to this, no other First Lady has actually rushed for her pen
80 to jab her husband's public decisions. But ER did so routinely, including in her 1938 essay *This Troubled World,* which was a point-by-point rejection of FDR's major international decisions.

To contemplate ER's life of example and responsi-
85 bility is to forestall gloom. She understood, above all, that politics is not an isolated individualist adventure. She sought alliances, created community, worked with movements for justice and peace. Against great odds, and under terrific pressure, she refused to withdraw
90 from controversy. She brought her network of agitators and activists into the White House, and never considered a political setback a permanent defeat. She enjoyed the game, and weathered the abuse.

11. As she is revealed in the passage, ER is best described as:

   A. socially controversial but quietly cooperative.
   B. politically courageous and socially concerned.
   C. morally strong and deeply traditional.
   D. personally driven but calmly moderate.

**GO ON TO THE NEXT PAGE.**

**3** ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰ **3**

12. The author presents ER's accomplishments as exceptional because ER:

F. brought politically unpopular views to the forefront of the nation's politics.
G. was the first public figure to introduce political roles for women.
H. was a political pioneer struggling alone for social reform.
J. replaced community action with more powerful White House networks.

13. According to the passage, ER believed that social reform should include all of the following EXCEPT:

A. promoting community action.
B. developing universal education.
C. supporting affordable housing.
D. establishing involved theories.

14. Based on the passage, ER's approach to social reform can best be characterized as:

F. passionate and theoretical.
G. patient and flexible.
H. simplistic and isolationist.
J. progressive and determined.

15. It can reasonably be inferred from the passage that at the time ER began working for social reform, the United States was:

A. deeply committed to reforms in education and health care.
B. experiencing a time of national prosperity that contributed to ER's ideals concerning the public welfare.
C. concentrating on affairs at home due to isolationist policies and the spread of democracy overseas.
D. unsupportive of the idea that the government was responsible for the welfare of its poor and neglected.

16. According to the last paragraph, which of the following statements would the author most likely make with regard to ER's vision and ideals?

F. ER considered politics a game and played only when she knew she could win.
G. ER worked with agitators and remained dedicated to the pursuit of justice and peace in victory and defeat.
H. ER placed herself in the position of president, making decisions that determined White House policy.
J. ER saw herself as the country's role model and personally responsible for bringing about change.

17. In terms of the passage as a whole, one of the main functions of the third paragraph (lines 13–19) is to suggest that:

A. ER's successes in various professional pursuits helped prepare her to take action in the political world.
B. ER had avoided the political spotlight in her personal pursuits.
C. ER had competing and conflicting interests during her first year as first lady.
D. while ER had many personal accomplishments, little could have prepared her for life as the first lady.

18. According to the passage, the primary principle underlying ER's goals was that:

F. every person deserved a dignified and decent life.
G. as first lady, she could talk about things that had never been discussed before.
H. through radio and columns, she could show she was interested in every person.
J. she must lead a bloodless American revolution.

19. The passage states that ER believed the relationship between a people and their government should be:

A. begun and carried out as if it were an isolated, individualist adventure.
B. formed and modeled by the White House.
C. based on organized, widespread citizen participation.
D. controlled through radio broadcasts and formal channels.

20. In the context of the passage, the author's statement that ER "enjoyed the game, and weathered the abuse" (line 93) most nearly means that ER:

F. enjoyed her individualist adventure in politics even if criticized.
G. preferred to be a team player rather than take the lead.
H. embraced the political life and accepted criticism as part of her work.
J. understood political games and so did not take politics or criticism very seriously.

**GO ON TO THE NEXT PAGE.**

**3** ▬▬▬▬▬▬▬▬▬▬▬▬▬ **3**

## Passage III

**HUMANITIES:** This passage is adapted from the essay "The Interior Life" by Annie Dillard, which appeared in her book *An American Childhood* (©1987 by Annie Dillard).

The interior life is often stupid. Its egoism blinds it and deafens it; its imagination spins out ignorant tales, fascinated. It fancies that the western wind blows on the Self, and leaves fall at the feet of the Self for a reason,
5 and people are watching. A mind risks real ignorance for the sometimes paltry prize of an imagination enriched. The trick of reason is to get the imagination to seize the actual world—if only from time to time.

When I was five, I would not go to bed willingly
10 because something came into my room. My sister Amy, two years old, was asleep in the other bed. What did she know? She was innocent of evil. There was no messiness in her, no roughness for things to cling to, only a charming and charmed innocence that seemed
15 then to protect her, an innocence I needed but couldn't muster. Since Amy was asleep, furthermore, and since when I needed someone most I was afraid to stir enough to wake her, she was useless.

I lay alone and was almost asleep when the thing
20 entered the room by flattening itself against the open door and sliding in. It was a transparent, luminous oblong. I could see the door whiten at its touch; I could see the blue wall turn pale where it raced over it, and see the maple headboard of Amy's bed glow. It was a
25 swift spirit; it was an awareness. It made noise. It had two joined parts, a head and a tail. It found the door, wall, and headboard; and it swiped them, charging them with its luminous glance. After its fleet, searching passage, things looked the same, but weren't.

30 I dared not blink or breathe. If it found another awareness, it would destroy it.

Every night before it got to me it gave up. It hit my wall's corner and couldn't get past. It shrank completely into itself and vanished. I heard the rising roar it
35 made when it died or left. I still couldn't breathe. I knew that it could return again alive that same night.

Sometimes it came back, sometimes it didn't. Most often, restless, it came back. The light stripe slipped in the door, ran searching over Amy's wall,
40 stopped, stretched lunatic at the first corner, raced wailing toward my wall, and vanished into the second corner with a cry. So I wouldn't go to bed.

It was a passing car whose windshield reflected the corner streetlight outside. I figured it out one night.

45 Figuring it out was as memorable as the oblong itself. Figuring it out was a long and forced ascent to the very rim of being, to the membrane of skin that both separates and connects the inner life and the outer world. I climbed deliberately from the depths like a
50 diver who releases the monster in his arms and hauls himself hand over hand up an anchor chain till he meets the ocean's sparkling membrane and bursts through it; he sights the sunlit, becalmed hull of his boat, which had bulked so ominously from below.

55 I recognized the noise it made when it left. That is, the noise it made called to mind, at last, my daytime sensations when a car passed—the sight and noise together. A car came roaring down hushed Edgerton Avenue in front of our house, stopped, and passed on
60 shrieking as its engine shifted up the gears. What, precisely, came into the bedroom? A reflection from the car's oblong windshield. Why did it travel in two parts? The window sash split the light and cast a shadow.

Night after night I labored up the same long chain
65 of reasoning, as night after night the thing burst into the room where I lay awake.

There was a world outside my window and contiguous to it. Why did I have to keep learning this same thing over and over? For I had learned it a summer ago,
70 when men with jackhammers broke up Edgerton Avenue. I had watched them from the yard. When I lay to nap, I listened. One restless afternoon I connected the new noise in my bedroom with the jackhammer men I had been seeing outside. I understood abruptly that
75 these worlds met, the outside and the inside. "Outside," then, was conceivably just beyond my windows.

The world did not have me in mind. It was a coincidental collection of things and people, of items, and I myself was one such item—a child walking up the side-
80 walk, whom anyone could see or ignore. The things in the world did not necessarily cause my overwhelming feelings; the feelings were inside me, beneath my skin, behind my ribs, within my skull. They were even, to some extent, under my control.

85 I could be connected to the outer world by reason, if I chose, or I could yield to what amounted to a narrative fiction, to a show in light projected on the room's blue walls.

**21.** Which of the following statements best describes the structure of this passage?

**A.** It begins and ends with a series of assertions that surround a story used by the narrator to support and elaborate on those assertions.

**B.** It contains a highly detailed anecdote that the narrator uses to show how the claims she makes in the first paragraph are wrong.

**C.** It compares and contrasts the narrator's perspective on an incident in her life with the perspectives of several other people, such as her parents.

**D.** It consists mainly of a story about a recent event in the narrator's life that she feels taught her an interesting but ultimately insignificant lesson.

**GO ON TO THE NEXT PAGE.**

**3** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **3**

22. In terms of mood, which of the following best describes lines 9–44?

    **F.** A steadily increasing feeling of tension
    **G.** A consistently high level of tension
    **H.** A growing feeling of tension that is finally broken
    **J.** A feeling of tension frequently undermined by the narrator's use of irony and humor

23. The narrator develops the third paragraph (lines 19–29) mainly through:

    **A.** detached philosophical musings on the nature of the object she sees.
    **B.** a detailed description of what she did to try to keep the object out of her room.
    **C.** sensory details vividly depicting the object and its movements.
    **D.** imaginative speculation on what might be causing the object to appear.

24. The narrator indicates that one reason she did not wake her sister Amy when "something" came into their room was because:

    **F.** Amy had previously asked the narrator to stop waking her up during the night.
    **G.** the narrator knew she could muster her own charmed innocence.
    **H.** Amy had already figured out what the thing was before going to sleep.
    **J.** the narrator was afraid of alerting the thing to her own presence.

25. It can reasonably be inferred from the passage that the narrator regards her initial discovery of the truth about the object entering her bedroom as:

    **A.** deflating, because the object turned out to be so ordinary.
    **B.** disappointing, because she felt she should have solved the mystery many years ago.
    **C.** satisfying, because she could at last ignore the object and go to sleep.
    **D.** significant, because solving the mystery led to important insights.

26. It can most reasonably be inferred that for the narrator, the image of the diver bursting through "the ocean's sparkling membrane" (line 52) symbolizes her:

    **F.** fear of monsters and of the object in her bedroom.
    **G.** crossing of the boundary separating her inner and outer lives.
    **H.** struggle to maintain the separation between her inner and outer worlds.
    **J.** bitterness at entering reality and leaving behind her comforting memories.

27. As it is used in line 87, the phrase "a show in light" most nearly refers to:

    **A.** a fictional story the narrator has read.
    **B.** a movie the narrator saw at a theater.
    **C.** the work of reason in linking a person to the outer world.
    **D.** a fantasy created by the mind.

28. The narrator uses the images in lines 3–5 primarily to depict the interior life's tendency to engage in:

    **F.** deceptive self-absorption.
    **G.** vital self-examination.
    **H.** useful analysis of nature.
    **J.** fierce debates with itself.

29. Which of the following statements best paraphrases lines 5–8?

    **A.** The imagination lacks value and should be ignored in favor of paying attention to the actual world.
    **B.** Reason can enhance the imagination but at the expense of experience in the actual world.
    **C.** Rather than become isolated, the imagination should connect to the actual world at least occasionally.
    **D.** Reason, not the imagination, is the best way to appreciate and enrich the actual world.

30. By her statements in lines 77–80, the narrator is most nearly asserting that:

    **F.** in her world, adults are generally considered more important than children.
    **G.** she, like everyone and everything else, was a small part of a larger world.
    **H.** it still mattered greatly whether people saw or ignored her.
    **J.** she was less valuable than other people in her world.

**GO ON TO THE NEXT PAGE.**

**3** ███████████████████████████ **3**

## Passage IV

NATURAL SCIENCE: This passage is adapted from "Publish and Punish: Science's Snowball Effect" by Jon Van (©1997 by The Chicago Tribune Company).

It's a scientific finding so fundamental that it certainly will make the history books and maybe snag a Nobel Prize if it pans out, but the notion that cosmic snowballs are constantly pelting Earth is something
5 Louis Frank just as soon would have ducked.

Frank is the University of Iowa physicist whose research led him to declare more than a decade ago that Earth is being bombarded by hundreds of house-sized comets day after day that rain water on our planet and
10 are the reason we have oceans. That weather report caused the widely respected scientist to acquire a certain reputation among his colleagues as a bit unstable, an otherwise estimable fellow whose hard work may have pushed him over the edge.

15 Frank and his associate, John Sigwarth, probably went a way toward salvaging their reputations when they presented new evidence that leaves little doubt Earth is indeed being bombarded by *something* in a manner consistent with Frank's small-comet theory.
20 Rather than gloating or anticipating glory, Frank seemed relieved that part of a long ordeal was ending. "I knew we'd be in for it when we first put forth the small-comet theory," Frank conceded, "but I was naive about just how bad it would be. We were outvoted by
25 about 10,000 to 1 by our colleagues. I thought it would have been more like 1,000 to 1."

To the non-scientist this may seem a bit strange. After all, the point of science is to discover information and insights about how nature works. Shouldn't every
30 scientist be eager to overturn existing ideas and replace them with his or her own? In theory, that is the case, but in practice, scientists are almost as loath to embrace radically new ideas as the rest of us.

"Being a scientist puts you into a constant schizo-
35 phrenic existence," contends Richard Zare, chairman of the National Science Board. "You have to believe and yet question beliefs at the same time. If you are a complete cynic and believe nothing, you do nothing and get nowhere, but if you believe too much, you fool your-
40 self."

It was in the early 1980s when the small-comet theory started to haunt Frank and Sigwarth, who was Frank's graduate student studying charged particles called plasmas, which erupt from the sun and cause the
45 aurora borealis (northern lights). As they analyzed photos of the electrical phenomena that accompany sunspots, they noted dark specks appearing in several images from NASA's Dynamics Explorer 1 satellite. They assumed these were caused by static in the trans-
50 mission.

After a while their curiosity about the dark spots grew into a preoccupation, then bordered on obsession.

Try as they did, the scientists couldn't find any plausible explanation of the pattern of dark spots that
55 appeared on their images. The notion that the equipment was picking up small amounts of water entering Earth's upper atmosphere kept presenting itself as the most likely answer.

Based on their images, the Iowa scientists esti-
60 mated 20 comets an hour—each about 30 feet or so across and carrying 100 tons of water—were bombarding the Earth. At that rate, they would produce water vapor that would add about an inch of water to the planet every 10,000 years, Frank concluded. That may
65 not seem like much, but when talking about a planet billions of years old, it adds up.

Such intimate interaction between Earth and space suggests a fundamentally different picture of human evolution—which depends on water—than is com-
70 monly presented by scientists. Frank had great difficulty getting his ideas into a physics journal 11 years ago and was almost hooted from the room when he presented his theory at scientific meetings. Despite the derision, colleagues continued to respect Frank's main-
75 stream work on electrically charged particles in space and the imaging cameras he designed that were taken aboard recent NASA spacecraft to explore Earth's polar regions.

Unbeknown to most, in addition to gathering
80 information on the northern lights, Frank and Sigwarth designed the equipment to be able to snatch better views of any small comets the spacecraft might happen upon. It was those images from the latest flights that caused even harsh critics of the small-comet theory to
85 concede that some water-bearing objects appear to be entering Earth's atmosphere with regularity.

To be sure, it has not been proved that they are comets, let alone that they have anything to do with the oceans. But Frank's evidence opens the matter up to
90 study. Had he been a researcher of lesser standing, his theory probably would have died long ago.

31. Which of the following conclusions about new theories in science can reasonably be drawn from the passage?

   A. Important new theories will eventually be accepted, no matter how controversial they are or who proposes them.
   B. Important but unusual new theories have a better chance at acceptance when they are proposed by well-respected scientists.
   C. Research on new, nontraditional theories is widely respected within the scientific community.
   D. Scientists welcome the opportunity to overturn existing ideas in favor of useful new theories.

**GO ON TO THE NEXT PAGE.**

**3** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ **3**

32. Which of the following best describes how Frank's colleagues perceived him after he first presented the small-comet theory?

F. Their doubts about the theory led them to also question his work on particles in space.
G. They felt his theory had ruined his reputation as a widely respected scientist.
H. He acquired a reputation among them as someone who had worked hard to develop his theory.
J. They still respected his traditional research but felt he was overly committed to an improbable theory.

33. The passage indicates that at the time Frank and Sigwarth presented new evidence supporting the small-comet theory, Frank most nearly felt:

A. relieved but bitter about how he had been treated.
B. grateful that ridicule of his work would end.
C. proud that he had been proved right.
D. satisfied and filled with anticipation of glory.

34. The author uses the fourth paragraph (lines 27–33) primarily to:

F. continue his earlier criticisms of scientists.
G. reveal the role science serves in society.
H. present then undermine common perceptions of scientists.
J. explain the difference between theoretical and practical scientific research.

35. According to the passage, the research that led to the development of the small-comet theory began with a project originally intended to study:

A. the electrical activity accompanying sunspots.
B. water entering Earth's upper atmosphere.
C. static in satellite transmissions.
D. specks in satellite images.

36. The main function of lines 64–66 in terms of the eighth paragraph (lines 59–66) as a whole is to:

F. give a sense of proportion to the numbers provided earlier in the paragraph.
G. point out the limitations of the evidence provided by the Iowa scientists.
H. supplement the paragraph's description of the comets with additional details about their size and capacity.
J. provide readers with a sense of how old the planet really is.

37. It can reasonably be inferred from the passage that within the scientific community the year the passage was published, the small-comet theory was:

A. tremendously unpopular and condemned for its incompleteness.
B. widely accepted and seen as conclusive.
C. regarded as tentative but deemed worthy of consideration.
D. seen as correct by most scientists but was highly criticized by some.

38. The author italicizes the word *something* in line 18 most likely to emphasize the:

F. great skepticism with which critics regard Frank and Sigwarth's new evidence.
G. remaining uncertainty about what exactly is bombarding Earth.
H. lack of doubt among scientists about the small-comet theory's practical value.
J. concern among scientists about the usefulness of Frank and Sigwarth's methods of collecting evidence.

39. When Richard Zare says that scientists lead a "constant schizophrenic existence" (lines 34–35), he most nearly means that they:

A. often suffer psychologically from the demands of their work.
B. tend to be either complete cynics or people who believe too much.
C. are often guilty of either doing nothing or of fooling themselves.
D. have to maintain a balance between accepting and challenging ideas.

40. It can reasonably be inferred that Frank and Sigwarth conducted the study of the dark specks they found with a:

F. detached, scientific mindset.
G. casual interest that developed into a mild curiosity.
H. steadily increasing level of involvement.
J. great intensity that began when they discovered the specks.

**END OF TEST 3**

**STOP! DO NOT TURN THE PAGE UNTIL TOLD TO DO SO.**

**DO NOT RETURN TO A PREVIOUS TEST.**



**4** ○ ○ ○ ○ ○ ○ ○ ○ ○ **4**

# SCIENCE TEST

*35 Minutes—40 Questions*

**DIRECTIONS:** There are seven passages in this test. Each passage is followed by several questions. After reading a passage, choose the best answer to each question and fill in the corresponding oval on your answer document. You may refer to the passages as often as necessary.

You are NOT permitted to use a calculator on this test.

## Passage I

Many bacteria contain *plasmids* (small, circular DNA molecules). Plasmids can be transferred from 1 bacterium to another. For this to occur, the plasmid *replicates* (produces a linear copy of itself). The relative position of the genes is the same on the original plasmid and on the linear copy, except that the 2 ends of the linear copy do not immediately connect.

While replication is occurring, 1 end of the linear copy leaves the donor bacterium and enters the recipient bacterium. Thus, the order in which the genes are replicated is the same as the order in which they are transferred. Unless this process is interrupted, the entire plasmid is transferred, and its 2 ends connect in the recipient bacterium.

Four students studied the way in which 6 genes (F, X, R, S, A, and G) on a specific plasmid were donated by a type of bacterium (see the figure). The students determined that the entire plasmid is transferred in 90 min and that the rate of transfer is constant. They also determined that the genes are evenly spaced around the plasmid, so 1 gene is transferred every 15 min. They disagreed, however, about the order in which the genes are replicated and thus transferred. Four models are presented.



### Student 1

Replication always begins between Gene F and Gene X. Gene X is replicated first and Gene F is replicated last.

### Student 2

Replication always begins between Gene F and Gene X. However, the direction of replication varies. If Gene F is replicated first, Gene X is replicated last. Conversely, if Gene X is replicated first, Gene F is replicated last.

### Student 3

Replication can begin between any 2 genes. Replication then proceeds around the plasmid in a clockwise direction (with respect to the figure). Thus, if Gene S is replicated first, Gene A is replicated second, and Gene R is replicated last.

### Student 4

Replication can begin between any 2 genes. Likewise, replication can proceed in either direction. So the order of replication varies.

1. Based on the information presented, if the transfer of the linear copy was interrupted 50 min after transfer began, how many complete genes would have been transferred to the recipient bacterium?

   A. 2
   B. 3
   C. 4
   D. 5

2. Based on the model presented by Student 3, if all 6 genes are replicated and the first gene replicated is Gene G, the third gene replicated would be:

   F. Gene F.
   G. Gene A.
   H. Gene S.
   J. Gene X.

**GO ON TO THE NEXT PAGE.**



**4**  ○  ○  ○  ○  ○  ○  ○  ○  ○  **4**

3. Which students believe that any of the 6 genes on the plasmid can be the first gene transferred to a recipient bacterium?

   A. Students 2 and 3
   B. Students 2 and 4
   C. Students 3 and 4
   D. Students 2, 3, and 4

4. Suppose that the model presented by Student 1 is correct and that the transfer of genes between 2 bacteria was interrupted after 45 min. Based on the information provided, which of the following genes would NOT have been transferred from the donor bacterium to the recipient bacterium?

   F. Gene G
   G. Gene X
   H. Gene R
   J. Gene S

5. Suppose that Student 2's model is correct and that the transfer of genes between 2 bacteria was interrupted after 30 min. Under these conditions, which of the following genes would definitely NOT be transferred from the donor bacterium to the recipient bacterium?

   A. Gene A
   B. Gene R
   C. Gene G
   D. Gene X

6. Suppose that all 6 genes are transferred from a donor bacterium to a recipient bacterium. Under this condition, which student(s) would argue that Gene A could be the last gene transferred?

   F. Student 2 only
   G. Student 4 only
   H. Students 2 and 4 only
   J. Students 3 and 4 only

7. Suppose that the transfer of genes between 2 bacteria was interrupted, that the last gene transferred was Gene A, and that no incomplete copies of a gene were transferred. Based on this information, Student 1 would say that transfer was most likely interrupted how many minutes after the transfer began?

   A. 15
   B. 30
   C. 45
   D. 60

**GO ON TO THE NEXT PAGE.**

**4**           **4**

## Passage II

Color images of the surface of Io, one of Jupiter's moons, show plumes of gas that resemble Earth's geysers and active volcanoes that emit flows of molten material. The materials ejected from Io's volcanoes and plumes rapidly solidify at Io's cold surface temperatures. Scientists believe that these materials may be one of several *allotropes* (forms) of sulfur (S), or a sulfur compound. The following studies were performed to determine the composition of these materials.

### Study 1

In a laboratory, scientists measured the *reflectances* (the fraction of light striking a surface that is reflected by that surface) of 4 allotropes of S (red, white, orange, and brown) and of a sulfur compound (sulfur dioxide [$SO_2$]). Reflectances were measured at visible-light wavelengths between 0.35 μm (micrometers) and 0.60 μm. Figure 1 shows the data for the various S allotropes and for $SO_2$.



Figure 1

Io's *whole-disk reflectance* (the reflectance of Io's entire visible surface measured all at once) was measured at 2 different times. Figure 2 shows these data along with reflectance data calculated using a computer model. This model shows what combination of materials from Figure 1 would produce the closest match to the measured reflectance data. According to the model, the overall composition of Io's surface is 15% $SO_2$, 50% orange S, 20% red S, and 15% white S.



Figure 2

### Study 2

At 2 different times, reflectances were measured of the crater floors of 2 volcanoes on Io: Pele and Surt. Figure 3 shows the reflectance data.





Figure 3

**GO ON TO THE NEXT PAGE.**

     

**4** ○ ○ ○ ○ ○ ○ ○ ○ ○ **4**

*Study 3*

Reflectance data were taken from several large plumes and several small plumes on Io. The averaged data are in Figure 4.



Figure 4

Figures 1, 3, and 4 adapted from Alfred McEwen and Laurence Soderblom, "Two Classes of Volcanic Plumes on Io." ©1983 by Academic Press, Inc.

Figure 2 adapted from Julianne Moses and Douglas Nash, "Phase Transformations and the Spectral Reflectance of Solid Sulfur: Can Metastable Sulfur Allotropes Exist on Io?" ©1991 by Academic Press, Inc.

8. At the wavelengths used in Study 1, as the wavelength of the light increases, the reflectances of the S allotropes and of $SO_2$ do which of the following?

| | S allotropes | $SO_2$ |
|---|---|---|
| **F.** | Increase only | Increase only |
| **G.** | Increase only | Increase, then decrease |
| **H.** | Decrease only | Decrease only |
| **J.** | Decrease only | Increase, then decrease |

9. According to Study 3, compared with the corresponding average reflectance for small plumes, large plumes on Io have an average reflectance at a given wavelength that is:

**A.** always higher.
**B.** always the same.
**C.** always lower.
**D.** sometimes higher and sometimes lower.

10. According to Study 1, the reflectance of white S at a wavelength of 0.40 μm is closest to which of the following?

**F.** 0.0
**G.** 0.1
**H.** 0.2
**J.** 0.3

11. According to Study 1 and Study 2, the crater floor of the volcano Pele has reflectances most similar to which of the following S allotropes?

**A.** White S
**B.** Orange S
**C.** Red S
**D.** Brown S

12. If the averaged reflectances for large plumes and for small plumes had been measured at a wavelength of 0.61 μm in Study 3, those reflectances would have been closest to which of the following?

| | Large plumes | Small plumes |
|---|---|---|
| **F.** | 0.2 | 0.5 |
| **G.** | 0.5 | 0.2 |
| **H.** | 0.5 | 0.9 |
| **J.** | 0.9 | 0.5 |

13. According to Study 1, white S has a reflectance of 0.98 at a wavelength of 0.60 μm. This means that white S reflects:

**A.** 2% of the 0.60 μm wavelength light that strikes its surface.
**B.** 98% of the 0.60 μm wavelength light that strikes its surface.
**C.** 2% of all the visible light that strikes its surface.
**D.** 98% of all the visible light that strikes its surface.

**GO ON TO THE NEXT PAGE.**

**4** ◯ ◯ ◯ ◯ ◯ ◯ ◯ ◯ ◯ **4**

## Passage III

An electrical circuit contained a 12-volt (V) battery, a *resistor* (a device that resists the flow of electricity), a *capacitor* (a device that stores electrical charge and electrical energy), a *voltmeter* (an instrument for measuring voltage), and a switch, as shown in Figure 1.



Figure 1

Some students studied the behavior of the circuit.

*Experiment 1*

The students used a $1 \times 10^7$ ohm ($\Omega$) resistor and a capacitor with a *capacitance* of $1 \times 10^{-6}$ farad (F). (Capacitance is a measure of the maximum amount of electrical charge and electrical energy a capacitor can store.) The capacitor was initially uncharged. At time zero, the students simultaneously closed the switch and started a stopwatch. At time zero and at 12 sec intervals thereafter, they recorded the voltage across the capacitor. Their results are shown in Table 1.

Table 1

| Time (sec) | Voltage across capacitor (V) |
|---|---|
| 0 | 0.0 |
| 12 | 8.4 |
| 24 | 10.9 |
| 36 | 11.7 |
| 48 | 11.9 |
| 60 | 12.0 |

*Experiment 2*

Using the $1 \times 10^7$ $\Omega$ resistor and several different capacitors, the students determined the length of time from when the switch was closed until the voltage across the capacitor reached 6 V. Their results are shown in Table 2.

Table 2

| Capacitance ($\times 10^{-6}$ F) | Time to reach 6 V across capacitor (sec) |
|---|---|
| 1.2 | 8.3 |
| 0.6 | 4.2 |
| 0.3 | 2.1 |
| 0.1 | 0.7 |

*Experiment 3*

The students conducted the same procedure described in Experiment 2, except that they used a constant capacitance of $1 \times 10^{-6}$ F and several different resistors. Their results are shown in Table 3.

Table 3

| Resistance ($\times 10^7$ $\Omega$) | Time to reach 6 V across capacitor (sec) |
|---|---|
| 0.75 | 5.2 |
| 0.50 | 3.5 |
| 0.25 | 1.7 |

**14.** In Experiment 1, the *time constant* of the circuit was the time required for the voltage across the capacitor to reach approximately 7.6 V. The time constant of the circuit used in Experiment 1 was:

**F.** less than 12 sec.
**G.** between 12 sec and 24 sec.
**H.** between 24 sec and 36 sec.
**J.** greater than 36 sec.

**15.** If, in Experiment 2, a $1.5 \times 10^{-6}$ F capacitor had been used, the time required for the voltage across the capacitor to reach 6 V would have been closest to:

**A.** 4.2 sec.
**B.** 7.0 sec.
**C.** 10.5 sec.
**D.** 15.0 sec.

**GO ON TO THE NEXT PAGE.**

**4**          **4**

**16.** The main purpose of Experiment 3 was to determine how varying the:

   **F.** battery's voltage affected the resistor's resistance at a given time.

   **G.** capacitor's capacitance affected the time required for the voltage across the capacitor to reach a set value.

   **H.** capacitor's capacitance affected the voltage across the battery at a given time.

   **J.** resistor's resistance affected the time required for the voltage across the capacitor to reach a set value.

**17.** Based on Figure 1, to measure the voltage across the resistor only, which of the following circuits should one use?

**A.**



**B.**



**C.**



**D.**



**18.** Consider a circuit like that shown in Figure 1. Based on Experiments 2 and 3, the voltage across the capacitor will reach a given value in the shortest amount of time if the circuit contains which of the following capacitances and resistances, respectively?

   **F.** $0.1 \times 10^{-6}$ F, $0.3 \times 10^{7}$ Ω

   **G.** $0.1 \times 10^{-6}$ F, $1.0 \times 10^{7}$ Ω

   **H.** $1.2 \times 10^{-6}$ F, $0.3 \times 10^{7}$ Ω

   **J.** $1.2 \times 10^{-6}$ F, $1.0 \times 10^{7}$ Ω

**19.** Consider the following hypothesis: In a circuit arranged as in Figure 1 containing a battery, a capacitor, and a constant resistance, as capacitance increases, the time required to reach a given voltage across the capacitor increases. Do the experiments support this hypothesis?

   **A.** Yes; in Experiment 1, as capacitance increased, the time required to reach a given voltage increased.

   **B.** Yes; in Experiment 2, as capacitance increased, the time required to reach a given voltage increased.

   **C.** No; in Experiment 1, as capacitance increased, the time required to reach a given voltage decreased.

   **D.** No; in Experiment 2, as capacitance increased, the time required to reach a given voltage decreased.

**GO ON TO THE NEXT PAGE.**

**4**          **4**

## Passage IV

A *bomb calorimeter* is used to determine the amount of heat released when a substance is burned in oxygen (Figure 1). The heat, measured in kilojoules (kJ), is calculated from the change in temperature of the water in the bomb calorimeter. Table 1 shows the amounts of heat released when different foods were burned in a bomb calorimeter. Table 2 shows the amounts of heat released when different amounts of sucrose (table sugar) were burned. Table 3 shows the amounts of heat released when various chemical compounds were burned.

| Table 2 | |
|---|---|
| Amount of sucrose (g) | Heat released (kJ) |
| 0.1 | 1.6 |
| 0.5 | 8.0 |
| 1.0 | 16.0 |
| 2.0 | 32.1 |
| 4.0 | 64.0 |

| Table 3 | | | |
|---|---|---|---|
| Chemical compound | Molecular formula | Mass (g) | Heat released (kJ) |
| Methanol | $CH_3OH$ | 0.5 | 11.4 |
| Ethanol | $C_2H_5OH$ | 0.5 | 14.9 |
| Benzene | $C_6H_6$ | 0.5 | 21.0 |
| Octane | $C_8H_{18}$ | 0.5 | 23.9 |



Figure 1

Figure 1 adapted from Antony C. Wilbraham, Dennis D. Staley, and Michael S. Matta, *Chemistry.* ©1995 by Addison-Wesley Publishing Company, Inc.

| Table 1 | | | |
|---|---|---|---|
| Food | Mass (g) | Change in water temperature (°C) | Heat released (kJ) |
| Bread | 1.0 | 8.3 | 10.0 |
| Cheese | 1.0 | 14.1 | 17.0 |
| Egg | 1.0 | 5.6 | 6.7 |
| Potato | 1.0 | 2.7 | 3.2 |

Table 1 adapted from American Chemical Society, *ChemCom: Chemistry in the Community.* ©1993 by American Chemical Society.

20. According to Tables 1 and 2, as the mass of successive sucrose samples increased, the change in the water temperature produced when the sample was burned most likely:

F. increased only.
G. decreased only.
H. increased, then decreased.
J. remained the same.

**GO ON TO THE NEXT PAGE.**

**4** ◯ ◯ ◯ ◯ ◯ ◯ ◯ ◯ ◯ **4**

**21.** Which of the following graphs best illustrates the relationship between the heat released by the foods listed in Table 1 and the change in water temperature?



**A.**

heat released (kJ) / change in temperature (°C)

**C.**

heat released (kJ) / change in temperature (°C)

**B.**

heat released (kJ) / change in temperature (°C)

**D.**

heat released (kJ) / change in temperature (°C)

**22.** Based on the data in Table 2, one can conclude that when the mass of sucrose is decreased by one-half, the amount of heat released when it is burned in a bomb calorimeter will:

**F.** increase by one-half.
**G.** decrease by one-half.
**H.** increase by one-fourth.
**J.** decrease by one-fourth.

**23.** Which of the following lists the foods from Tables 1 and 2 in increasing order of the amount of heat released per gram of food?

**A.** Potato, egg, bread, sucrose, cheese
**B.** Sucrose, cheese, bread, egg, potato
**C.** Bread, cheese, egg, potato, sucrose
**D.** Sucrose, potato, egg, bread, cheese

**24.** Based on the information in Tables 1 and 2, the heat released from the burning of 5.0 g of potato in a bomb calorimeter would be closest to which of the following?

**F.** 5 kJ
**G.** 10 kJ
**H.** 15 kJ
**J.** 20 kJ

**4**           **4**

### Passage V

*Density* is defined as the mass of a substance divided by its volume:

$$\text{density} = \frac{\text{mass}}{\text{volume}}$$

Table 1 lists the phases and the densities, in grams per cubic centimeter ($g/cm^3$), of various pure substances at 25°C and 1 atmosphere (atm) of pressure.

| Table 1 | | |
|---|---|---|
| Substance | Phase | Density ($g/cm^3$) |
| Arsenic | solid | 5.73 |
| Glucose | solid | 1.56 |
| Iron | solid | 7.86 |
| Lead | solid | 11.34 |
| Zinc | solid | 7.14 |
| Ethanol | liquid | 0.79 |
| Ethyl ether | liquid | 0.71 |
| Glycerol | liquid | 1.26 |
| Mercury | liquid | 13.59 |
| Freon-12 | gas | 0.00495 |
| Krypton | gas | 0.00343 |
| Methane | gas | 0.00065 |

Figure 1 shows how the density of liquid water changes with temperature.



Figure 1

Figure 2 shows how the density of solid water changes with temperature.



Figure 2

Figures adapted from John C. Kotz and Keith F. Purcell, *Chemistry & Chemical Reactivity*. ©1987 by CBS College Publishing.

25. According to Figure 1, as the temperature of liquid water decreases from 10°C to 0°C, the density:

   A. increases only.
   B. decreases only.
   C. decreases, then increases.
   D. increases, then decreases.

26. A student claimed that "If the masses of 1 cm³ of any solid and 1 cm³ of any liquid are compared, the mass of the solid will be greater." Do the data in Table 1 support his claim?

   F. No; lead has a higher density than any of the liquids listed.
   G. No; mercury has a higher density than any of the solids listed.
   H. Yes; lead has a higher density than any of the liquids listed.
   J. Yes; mercury has a higher density than any of the solids listed.

27. Which of the following hypotheses about the relationship between the temperature and the density of a solid is best supported by the data in Figure 2 ? As the temperature of a solid increases, the density of the solid:

   A. increases only.
   B. decreases only.
   C. increases, then decreases.
   D. decreases, then increases.

ACT-61C-PRACTICE

**GO ON TO THE NEXT PAGE.**



**4** ○ ○ ○ ○ ○ ○ ○ ○ ○ **4**

28. Equal amounts of ethyl ether, mercury, and water (density = 0.9971 g/cm³) at 25°C are poured into a single beaker. Three distinct layers of liquid form in the beaker. Based on the data in Table 1, which of the following diagrams represents the order, from top to bottom, of the liquids in the beaker?

**F.**

| Ethyl ether |
| Water |
| Mercury |

**G.**

| Ethyl ether |
| Mercury |
| Water |

**H.**

| Mercury |
| Water |
| Ethyl ether |

**J.**

| Water |
| Ethyl ether |
| Mercury |

29. According to Figure 1, 100 g of water at 4°C would exactly fill a container having which of the following volumes?

A. 1 cm³

B. 10 cm³

C. 100 cm³

D. 1,000 cm³

**GO ON TO THE NEXT PAGE.**

         

## Passage VI

The clearing of rain forests results in *forest fragmentation* (the breakup of large forest tracts into small patches). Researchers predicted that fragmentation would result in a decrease in animal populations and *aboveground tree biomass* (AGTB) in the resulting fragments. They did 4 studies to test this prediction.

*Study 1*

The researchers monitored the AGTB of twenty-five 100 m × 100 m forest plots near areas that had recently been cleared of vegetation. The distance from the center of each plot to the nearest clearing was measured. Figure 1 shows the average change per plot in AGTB in metric tons per year (t/yr) over 17 yr.



Figure 1

*Study 2*

Twenty-five 100 m × 100 m forest plots were monitored as in Study 1. The center of each of these plots was at least 500 m from the nearest clearing. The average change in AGTB over 17 yr for these 25 plots was 0 t/yr.

*Study 3*

Researchers monitored sixteen 100 m × 100 m forest plots near areas that had recently been cleared of vegetation. Each plot was bordered on 1 side by a clearing. Figure 2 shows the average cumulative percent change in AGTB at these plots following fragmentation. (Note: Year 0 represents results prior to fragmentation.)



Figure 2

*Study 4*

Researchers trapped and released birds in 10 forest fragments adjacent to areas that had recently been cleared of vegetation. Three types of birds were monitored: insectivores, frugivores (fruit eaters), and hummingbirds. Figure 3 shows the number of captures per 1,000 hours (hr) of trapping. (Note: Year 0 represents results prior to fragmentation.)



Figure 3

Figures adapted from William F. Laurance et al., "Biomass Collapse in Amazonian Forest Fragments." ©1998 by the American Association for the Advancement of Science.

**GO ON TO THE NEXT PAGE.**



**4** ○ ○ ○ ○ ○ ○ ○ ○ ○ **4**

**30.** In Study 4, as time increased from Year 0 to Year 6, the captures/1,000 hr of frugivores:

    **F.** decreased only.
    **G.** increased only.
    **H.** decreased, then increased.
    **J.** increased, then decreased.

**31.** Based on the results of Study 4, how did fragmentation most likely affect the population sizes of insectivores and hummingbirds in the fragments studied?

    **A.** Fragmentation increased the population sizes of both insectivores and hummingbirds.
    **B.** Fragmentation decreased the population sizes of both insectivores and hummingbirds.
    **C.** Fragmentation increased the population size of insectivores and decreased the population size of hummingbirds.
    **D.** Fragmentation decreased the population size of insectivores and increased the population size of hummingbirds.

**32.** Based on the results of Study 1, if the distance from the center of a 100 m × 100 m plot were 75 m from the nearest clearing, the expected average change in AGTB at the plot over 17 yr would be closest to which of the following values?

    **F.** −1.1 t/yr
    **G.** −2.6 t/yr
    **H.** +1.1 t/yr
    **J.** +2.6 t/yr

**33.** After examining the results of Study 2, a student concluded that the AGTB at each of the 25 plots remained constant. Which of the following alternative explanations is also consistent with the results?

    **A.** The AGTB at all 25 plots increased.
    **B.** The AGTB at all 25 plots decreased.
    **C.** The AGTB at some of the plots increased and the AGTB at some of the plots decreased.
    **D.** The AGTB at plots bounded by forest increased and the AGTB at plots bounded by clearings remained constant.

**34.** Which of the following sets of results from the studies is *least* consistent with the prediction proposed by the researchers?

    **F.** The results of Study 1 for AGTB
    **G.** The results of Study 3 for AGTB
    **H.** The results of Study 4 for frugivores
    **J.** The results of Study 4 for hummingbirds

**35.** In Study 4, the researchers trapped birds for 10,000 hr per year. Thus, how many insectivores were trapped in Year 2 ?

    **A.**    80
    **B.**   100
    **C.**   800
    **D.** 1,000

**GO ON TO THE NEXT PAGE.**

4 ○ ○ ○ ○ ○ ○ ○ ○ ○ 4

## Passage VII

Glaciers deposit *till* (a poorly sorted sediment). If glaciers repeatedly advance over an area and then melt back, thick till deposits may form. Figure 1 shows a vertical core taken through layers of till, non-glacial sediments, and bedrock at a site in Canada. The *resistivity* (an electrical property of a material) and $CO_2$ measurements taken along the core are also shown. Resistivity is related to a sediment's particle sizes, compaction, and mineral composition. Table 1 shows the average percent sand, silt, and clay contents and descriptions of the various till layers.



Figure 1

**GO ON TO THE NEXT PAGE.**

**4** ◯ ◯ ◯ ◯ ◯ ◯ ◯ ◯ ◯ **4**

| Table 1 | | | | |
|---|---|---|---|---|
| Depth of till layer (m) | Description of till | Average percent by volume of: | | |
| | | larger particle → smaller particle | | |
| | | sand | silt | clay |
| 4–9 | brown (oxidized*) | 54.1 | 31.7 | 14.2 |
| 9–14 | gray A | 44.8 | 36.6 | 18.6 |
| 14–19 | yellow (oxidized) | 43.5 | 31.7 | 24.8 |
| 19–24 | gray B | 37.4 | 34.3 | 28.3 |
| 24–35 | olive green and gray | 25.5 | 34.3 | 40.2 |
| 35–55 | gray C | 31.7 | 33.6 | 34.7 |
| 55–85 | gray D | 37.5 | 31.7 | 30.8 |

*Oxidized sediments have at some time been exposed to the air. Sediments that have been *deprived* of oxygen will be gray or green.

Figure 1 and Table 1 adapted from E. A. Christiansen, "Pleistocene Stratigraphy of the Saskatoon Area, Saskatchewan, Canada: An Update."
©1992 by the Geological Association of Canada.

**36.** A sample of gray till was recovered from another core taken from a nearby area. The table below shows the results of an analysis of the sample.

| Percent by volume of: | | | Resistivity (ohms) | CO₂ content (mL/g) |
|---|---|---|---|---|
| sand | silt | clay | | |
| 31.5 | 33.7 | 34.8 | 85 | 22 |

Based on these data and the data provided in Figure 1 and Table 1, the sample of gray till corresponds most closely with which till from Figure 1 ?

F. Gray till A
G. Gray till B
H. Gray till C
J. Gray till D

**37.** According to Figure 1, the *oldest* glacial advance in this area deposited which of the following till layers?

A. Gray till A
B. Yellow till
C. Olive green and gray till
D. Gray till D

**38.** According to Figure 1, which of the following statements best describes how the resistivity of the sand and gravel layer compares to the resistivity of the till layers? The resistivity measured in the sand and gravel layer is:

F. lower than the resistivities measured in any of the till layers.
G. higher than the resistivities measured in any of the till layers.
H. the same as the resistivities measured in the surface sediments.
J. lower than the resistivities measured in the bedrock.

**39.** The average resistivity of the bedrock in the core is most similar to the average resistivity of which of the following till layers?

A. Yellow till
B. Gray till B
C. Olive green and gray till
D. Gray till C

**40.** The sediments being deposited at the present time at the site where the core was taken have a much higher $CO_2$ content than any of the tills. Given this information and the information in Figure 1, the $CO_2$ content of sediments recently deposited at the site would most likely be in which of the following ranges?

F. Less than 10 mL/g
G. Between 10 mL/g and 25 mL/g
H. Between 25 mL/g and 35 mL/g
J. Greater than 35 mL/g

**END OF TEST 4**

**STOP! DO NOT RETURN TO ANY OTHER TEST.**

**[See Note on page 56.]**

# SUPP. EX. 3

# MCAT® Release Form

# for the State of New York

**(Form administered on January 29, 2010)**

# December 2013



DEFENDANT'S
EXHIBIT

**59**

© 2013, Association of American Medical Colleges.  All rights reserved.  No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, or any information storage and retrieval system, without permission in writing from the publisher.

# TABLE OF CONTENTS

Supplemental Material ........................................................................................1

    Periodic Table of the Elements ......................................................................2

Physical Sciences Section ...................................................................................3

    Physical Sciences Directions .........................................................................4

    Physical Sciences Passages and Questions ....................................................5

    Physical Sciences Answer Key .....................................................................25

    Physical Sciences Raw Score to Scale Score Conversion Table .....................26

Verbal Reasoning Section ...................................................................................27

    Verbal Reasoning Directions .........................................................................28

    Verbal Reasoning Passages and Questions ....................................................29

    Verbal Reasoning Answer Key .....................................................................43

    Verbal Reasoning Raw Score to Scale Score Conversion Table .....................44

Writing Sample Section .......................................................................................45

    Writing Sample Directions .............................................................................46

    Writing Sample Prompts ................................................................................47

Biological Sciences Section ................................................................................49

    Biological Sciences Directions .......................................................................50

    Biological Sciences Passages and Questions ..................................................51

    Biological Sciences Answer Key ....................................................................70

    Biological Sciences Raw Score to Scale Score Conversion Table ...................71

# VERBAL REASONING SECTION

# Verbal Reasoning

Questions 43 – 75

**DIRECTIONS:** There are six passages in the Verbal Reasoning test. Each passage is followed by several questions. After reading a passage, select the one best answer to each question. If you are not certain of an answer, eliminate the alternatives that you know to be incorrect and then select an answer from the remaining alternatives. Indicate your selection by clicking on the answer bubble next to it.

Supp. Ex. 3-4

**Passage I (Questions 43-47)**

Populations of larger mammals often provide a convenient barometer for the overall health of ecosystems, but in most locations, such wildlife is not easy to view. Lacking firsthand observations, investigators have traditionally relied on indirect evidence such as tracks to confirm the presence of certain species. Although such methods are still employed, a more useful technique is now available for wildlife surveillance: *phototrapping*. This approach makes use of ordinary cameras mounted in rugged enclosures to automatically snap photos of animals that wander into the field of view.

The roots of this technique reach back more than a century. In 1888, George Shiras III perfected a way of photographing wildlife at night with a large-format camera and hand-operated powder flash. He mounted the camera on a rowboat and used a flashlight to find animals on the shore, positioning his boat as close as possible before taking a shot. Later Shiras set up his camera on land, taking pictures remotely by pulling on a long trip wire. Eventually, he rigged the wire so that animals would themselves trigger the picture taking. Shiras's unique photographs were widely disseminated in *National Geographic*, creating great public interest in wildlife. But because the required equipment was cumbersome and expensive, few emulated his techniques.

Decades later, developments sparked renewed use of camera traps. Photography became easier: no more bulky cameras and exploding flash powder. In place of trip wires, a passive infrared detector triggers the camera's shutter when the sensor registers heat in motion. Next, scientists interested in wildlife populations began to apply known statistical methods to camera-trap data. These statistical tools, known as "mark-recapture" or "capture-recapture" methods, have served for decades to estimate populations of rodents and other small animals that can be easily caught, marked, and released. In 1998, K. Ullas Karanth and James D. Nichols showed that camera traps and the appropriate analytical software could be used to estimate the population density of tigers in India. They realized that because every tiger exhibits a unique pattern of stripes, individuals can be identified from photographs. Positive identification normally requires images of both sides of the tiger because these animals are laterally asymmetric. Thus effective monitoring requires pairs of camera traps set up to take photos from either side of the subject.

The main challenge to today's phototrapper is to position the subject—an animal of uncertain type and size—in front of, and at a reasonable distance from, the camera so that useful pictures will be taken. The best strategy is not always apparent. Putting cameras near burrows or dens seems logical: When a resident emerges to forage, a picture will be snapped. The problem is that when this creature returns, another picture will be taken. Indeed, the comings and goings of one animal might be all the camera records, which is not particularly helpful if one's aim is to survey the general population. With experience, however, one can locate traps in less problematic places frequented by animals. One group of researchers in Borneo mounted a camera trap facing a log that had fallen across a small stream, guessing—accurately, as it turned out—that animals would take advantage of this natural bridge to cross over the water.

The views of animals these automatic devices return are ones that even seasoned field biologists will likely never experience directly. Such photographs increase scientific understanding and, despite their often haphazard composition, should boost people's appreciation of nature, just as they did for viewers of Shiras's wildlife photographs over a century ago.

Adapted from J. G. Sanderson and M. Trolle, Monitoring elusive mammals: Unattended cameras reveal secrets of some of the world's wildest places. ©2005 by American Scientist.

**[Questions 43-47 for Passage I begin on following page.]**

**43.  Which of the following developments would be LEAST likely to be useful to phototrappers?**

**A.** Increased battery capacity enabling cameras and sensors to operate longer

**B.** Detectors that are sensitive to changes in pressure and moisture as well as heat

**C.** Software that can accurately predict the movements and behavior of a particular species

**D.** Camera lenses capable of capturing a wider field of view than the lenses currently in use


**44.  The main purpose of the fourth paragraph of the passage is to:**

**A.** show that the results obtained by Karanth and Nichols have broad applications.

**B.** highlight drawbacks of using phototrapping as a tool in population estimation.

**C.** explain how phototrappers make use of advances in photographic technology.

**D.** suggest that the successful use of phototraps is more complicated than it may at first appear.


**45.  The discussion in the passage of Karanth and Nichols's work with tigers suggests that:**

**A.** using phototrapping to estimate tiger populations would be more expensive than other methods.

**B.** the techniques that work with tigers probably will not work with smaller animals.

**C.** truly identifying tigers depends on finding unique features like scars or other unnatural markings.

**D.** some tigers exist that probably have very similar stripe patterns on one side of their bodies.


**46.  The passage provides information to answer which of the following questions?**

**A.** Are phototraps a cost-effective method of wildlife surveillance?

**B.** Why did Shiras choose to photograph wildlife at night?

**C.** What enabled the application of mark-recapture techniques to phototrapping?

**D.** Have phototraps been used to identify species that were previously not known to exist?


**47.  Which of the following noted advances is most analogous to the changes Shiras made in his wildlife photography technique, as described in the passage?**

**A.** The transistor led to the development of smaller, easily portable electronic devices.

**B.** The vacuum cleaner created the belief that houses would be kept cleaner than previously.

**C.** The cell phone made telephone conversations possible where there were no telephone lines.

**D.** The endoscope allowed doctors to view the inside of the human body without invasive surgery.

**Passage II (Questions 48-52)**

Ireland's Skellig Michael is named for the archangel. The now uninhabited island, a large rock with two peaks jutting up from the sea, lies at the end of a seven-mile voyage across open water—a place of sheer precipices and terrifying landings. The *Skellig*—meaning *rock* or *steep cliff* in Irish Gaelic—was inhabited from perhaps the sixth century into medieval times. High on its easternmost peak, 600 feet above the sea, are ruins of a monastic settlement, five beehive-shaped cells and two small oratories constructed of unmortared stone, their arched roofs still intact, and walled terraces carved from the face of the cliff.

The monastery is reached from the sea by a ladderlike stairway hewn into the rock. It is difficult to understand the monks' choice of this site (or their ability to live here); the place is fit only for birds. Access to the island by wicker boat would have been infrequent and dangerous. The Skellig monks built their tiny windowless cells on a shelf of sandstone hardly wide enough to recline on. They packed seaweed into chinks in the cliff face to make a garden.

From the landing, I climbed hand over hand for 400 feet to a little rope net slung between the two peaks. The path from there is another vertical stairway, this one constructed of stone slabs, 200 steps more to the monastic enclosure, like an eagle's aerie. Most of the rock is too steep for human habitation. At no time could the little cluster of cells have sheltered more than a dozen monks. Of the many monastic communities on the wilder coasts of Europe, this must have been considered the least welcoming. Yet, for nearly a thousand years hermits sat on the Skellig rock and searched the sea for some sign of the Absolute.

The monastery was similar to hermitages that originated in the deserts of Egypt in the early centuries of the Christian era and then spread rapidly over Europe. For a time, every rock and cave from the Red Sea to the coast of Ireland had its saint; every cleft and ledge was a hermitage. The eremitical movement was not unique to Christianity; every religious tradition includes hermits. But during the centuries that the Skellig flourished, the movement was like a frenzy. Young men ran away to solitude as later they would run away to sea, and young women sequestered themselves in convents as evidence of their piety.

In the eighth and ninth centuries, Vikings sacked Skellig Michael numerous times. Why? It could hardly have been worth the effort. Did it simply represent a challenge? Certainly, there is a stubborn sufficiency about the place that is irresistibly attractive. And the community survived. According to legend, Olav Trygvasson, later to become King of Norway and its patron saint, was baptized by a Skellig monk, and his conversion brought an end to the pillaging.

The eremitical fire lasted until the fourteenth century; then the rock reverted to the fish hawks. All across Europe, the dark, shadowy oratories of hermits were superseded by the grandiloquent visual poems of the urban cathedrals. Yet in the eighteenth century the Skellig became a popular place of pilgrimage. Penitents from across Europe not only traveled to the rock but made the grueling 700-foot climb to the Needle's Eye, its precipitous westernmost peak. The ordeal required the devout to crawl onto a horizontal slab of rock that projects with a dizzy precariousness from the summit and kiss a stone cross affixed to the end of the slab.

Adapted from C. Raymo, *Honey From Stone: A Naturalist's Search for God.* ©1987 by C. Raymo.

**[Questions 48-52 for Passage II begin on following page.]**

**48.  If the legend about Olav Trygvasson is true, which of the following suppositions about his initial actions at Skellig Michael does passage information support as the most probable?**

**A.** He asked the Father Superior for spiritual guidance.

**B.** He donated booty from elsewhere to the monastery.

**C.** He invited the monks to his coronation in Norway.

**D.** He attacked the monks and looked for valuables.

**49.  Suppose that the ruins of a sixteenth-century monastery are discovered on a remote island off the Swedish coast. Why, according to passage information, is this discovery surprising?**

**A.** Few European pilgrims would have been able to reach the site.

**B.** An eremitical motive would have been unlikely at that period.

**C.** The influence of Olav Trygvasson did not spread to Sweden.

**D.** Monks would have been unlikely to learn of such an island.

**50.  According to passage information, which of the following reasons was probably determinative in the selection of Skellig Michael as the site for a monastery?**

**A.** Its proximity to the shrine at Needle's Eye

**B.** Its isolation from worldly distractions

**C.** The protection it promised from raiders

**D.** The opportunities it provided for suffering

**51.  A visitor to Skellig Michael who kissed its stone cross probably did so for which of the following reasons?**

**A.** To fulfill a qualification for sainthood

**B.** To atone for wrongs committed

**C.** To be spared by Viking marauders

**D.** To be accepted into the monastery

**52.  The number of monks who resided on Skellig Michael was probably due to:**

**A.** insufficient food and water in the monastery.

**B.** extreme difficulty in reaching the monastery.

**C.** limited available living space on the site.

**D.** buildings that were precariously situated.

**Passage III (Questions 53-58)**

The exhibition, *The Garry Winogrand Game of Photography*, was a reminder of why so many people consider Winogrand to be one of the great American photographers of the twentieth century. Although they continue to acquire further layers of historical specificity, his street photographs, many of them shot in Midtown Manhattan in the 1950s and 1960s, have lost none of their kinetic immediacy; the best of his animal photographs provide sly, incisive views of the human condition; his pictures from the American road grab the wheel from Walker Evans and Robert Frank to send the genre on an unpredictable detour; in photographing all manner of public events, from antiwar demonstrations to art-world parties to political press conferences, Winogrand added significantly to the pictorial record of midcentury United States history. With his liking for seemingly random compositions and his famous tilted-frame effect, Winogrand made photographs that initially struck many viewers as devoid of formal strengths. Now, however, we can appreciate the subtlety and unexpectedness of his framing and the complex interplay he often achieves between anecdote and form.

In putting together the exhibition, one of the curators, Richard Misrach, decided to focus on an aspect of Winogrand's work to which little attention had been given: the color slides. Winogrand began shooting color photos in the 1950s and continued doing so until the late 1960s. He never explained why he stopped shooting in color, but the difficulty and expense of making color prints and their instability may have contributed to his decision.

Misrach was especially drawn to the photographs Winogrand made at boxing matches in the 1950s, and his selections for the exhibition included eighteen boxing shots. In each, the fighters' bodies are isolated against dark backgrounds and often fragmented by the out-of-focus, quasi-abstract ropes cutting across the frame. In one amazing, weirdly off-center shot, a boxer doubling up from a body blow appears to be ascending into the surrounding void.

This small selection whetted one's appetite for seeing more images from Winogrand's color work. However, it was the slides that caused some of the most heated arguments among curators. Bill Jay objected to the slides being shown in any format because they had never been edited by Winogrand. While the prints in the archive had already been chosen for enlargement by the photographer from contact sheets, Jay pointed out, the slides had undergone no such process. Jay insisted that the archive's hoard of thousands of slides and unproofed negatives should be used only for research and never published or exhibited.

Misrach came to his own defense by saying that if "curatorial laws" were followed, the "real hidden treasures" of the archive would never be seen by anyone. He also observed that Winogrand gave his photographs, slides, and negatives to the Center for Creative Photography without conditions, which implies permission to show and publish the work. If Winogrand didn't want the photographs in his archive to be seen, Misrach argued, he could have simply destroyed them. Indeed, as others remarked, some photographers have sought to exert control over the future of their work by destroying negatives. Furthermore, some curators argued for the importance of posthumous discoveries of artists' work. And taking the discussion into a wider realm, one curator argued that the "artist is not always in the best position to judge his or her work," citing the example of author Franz Kafka asking Max Brod to destroy his manuscripts and how Brod had ignored the request, to the world's benefit.

Adapted from R. Rubinstein, Snap judgments: Exploring the Winogrand Archive. ©2002 by Brant Publications, Inc.

**[Questions 53-58 for Passage III begin on following page.]**

**53.** **The author's use of the term** *kinetic immediacy* **(paragraph 1) to describe Winogrand's photographs most likely refers to the photographs':**

**A.** ability to capture the hustle and bustle of the city.

**B.** incorporation of roadside scenes.

**C.** historically significant details and context.

**D.** unique compositional strategies.

**54.** **If Bill Jay's arguments against the presentation of Winogrand's slides and negatives (paragraph 4) were accepted, which of the following would NOT be a logical outcome?**

**A.** Less of Winogrand's work would be seen by the general public.

**B.** Critical opinion of Winogrand's abilities would be lacking in some areas.

**C.** Winogrand's color photographs would be forgotten by all but specialist scholars.

**D.** Winogrand's recognition as one of the U.S.'s great photographers would be lessened.

**55.** **Someone who agreed with Misrach's defense of his choice to show the color slides would be most likely to also approve of:**

**A.** exhibiting works that an artist had donated to a museum for scholarly purposes only.

**B.** examining the rest of Winogrand's unprinted photographs and selecting some for display.

**C.** requiring that artists clearly state their intentions for display and publication when donating works to a museum.

**D.** organizing an exhibition that included all of Winogrand's work whether previously shown and published or not.

**56.** **The curator who used the example of Max Brod refusing to destroy the manuscripts of Franz Kafka (final sentence) was most likely implying that:**

**A.** the individual rights of an artist are sometimes outweighed by the greater public and artistic good.

**B.** the destruction of an artist's work is never warranted.

**C.** once a work of art is created, its destruction is almost a crime against humanity.

**D.** great artists will always attempt to keep their works from being seen and must be prevented from doing so.

**57.** **By using terms such as** *subtlety*, *unexpectedness*, **and** *complex* **in describing Winogrand's work, the author seems to be implying that:**

**A.** Winogrand was not interested in fame or monetary rewards.

**B.** Winogrand's talent is not readily apparent to viewers of his work.

**C.** only photography experts can appreciate Winogrand's work.

**D.** Winogrand attempted to do too much with his photography.

Supp. Ex. 3-10

**58. If it were established with certainty that Winogrand did, as the author suggests, stop shooting in color because of the "difficulty and expense of making color prints and their instability" (paragraph 2), this information would best support which of the following arguments?**

**A.** Winogrand would have liked to have his color slides printed once the technology made this feasible.

**B.** Winogrand felt that working in color was stylistically inferior to black and white.

**C.** The color slides should be viewed as finished products and not printed.

**D.** Winogrand would have returned to photographing in color once the technology improved.

**Passage IV (Questions 59-63)**

The soil bacterium *Bt* has remained the cornerstone of natural pest control for over three decades. Its toxins generally kill the bad guys (corn earworm and Colorado potato beetle, among others) and spare the good guys (humans, mammals, and beneficial insects).

But the rapidly growing acreage devoted to corn, cotton, and potatoes that have been genetically altered to produce a *Bt* pesticide is making fears about emerging insect resistance increasingly salient. These crops expose pests to their toxins throughout the growing season, exerting a selection pressure that favors the survival of resistant individuals. In contrast, *Bt* sprays, which are used primarily by home gardeners and farmers who practice organic methods, degrade quickly, making resistance less likely.

A report by the Union of Concerned Scientists advocates the *refuge/high-dose* strategy. Insects are exposed to sufficient levels of *Bt* toxin from crop plants to kill most of them. The rare survivors are then allowed to mate with insects that have been bred in selected areas (refuges) that are not planted with *Bt* crops. Their offspring are susceptible to *Bt* toxins.

The report notes that the need to expand refuges to as much as half of the planted acreage is underlined by the inability of *Bt* cotton to kill more than 90 percent of cotton bollworms. So far, no increase in the level of resistance to genetically engineered *Bt* crops has been documented. But several insect species have evolved resistance in the laboratory, and a vegetable pest, the diamondback moth, has demonstrated resistance after intensive field exposure to *Bt* sprays.

The biggest marketer of *Bt* seeds does not foresee a need to strengthen protective measures nor to require the federal regulation of resistance-management plans, citing the company's mandate that farmers establish refuges for *Bt* corn and potatoes, even without a directive from the Environmental Protection Agency. The director of the company's *Bt* corn sales charges scientists who demand larger refuges with failing to consider the potential for improved genetic engineering. "Resistance is unlikely to happen within five years, and within that time frame we'll offer new technology that will further reduce the likelihood of resistance," according to this executive.

One way for insects to develop resistance is by the alteration of receptors in the gut to which the toxins bind. Several companies are working either on *gene stacking*, the engineering of plants to express multiple toxins that bind to various classes of receptors, or on combining *Bt* toxins with other proteins that disrupt an insect's life cycle. These approaches do not guarantee success. Pests can evolve resistance to multiple *Bt* toxins that target various receptors, and that resistance can evolve as a dominant trait. Furthermore, any pest lacking an enzyme required to activate a toxin would be unaffected by it.

So biopesticides that serve as alternatives to *Bt* crops may be needed. Research recently presented at the Entomological Society of America involved the cloning of genes for a toxin from a bacterium within the gut of nematodes. Just a few of the bacterial cells can kill insects. (An enzyme in the bacterium has the unusual property of making a dying insect glow blue, perhaps warning predators.) One company is trying to insert the cloned genes into various plants, enabling them to produce their own pesticide.

But even if *Bt* alternatives are found, the bugs may ultimately win. Some 500 insect species have developed resistance to synthetic pesticides. Natural selection may prove a match for natural pesticides as well.

Adapted from G. Stix, Resistance fighting: Will natural selection outwit the king of biopesticides? ©1998 by Scientific American.


**[Questions 59-63 for Passage IV begin on following page.]**

**59.  Which of the following attempts to protect dogs from fleas is essentially a refuge/high-dose strategy?**

**A.** Applying a skin solution that changes a dog's blood chemistry so that its fleas migrate to other dogs

**B.** Periodically dipping some dogs in insecticide solutions and then allowing them access to untreated dogs

**C.** Giving a dog a monthly pill that disrupts the fleas' breeding cycle and keeping the dog isolated

**D.** Mating flea-resistant dogs with flea-susceptible dogs and putting flea collars on the puppies

**60.  Why is the high-dose part of the refuge/high-dose strategy necessary, according to passage information?**

**A.** More than 10 percent of the pests may recover from poisoning by toxins present at a constant level.

**B.** If almost all of the pests are killed suddenly, the plants gain time to develop their own defenses.

**C.** A dosage level from which many pests recover will create a large population of resistant pests.

**D.** The residue from a heavily applied pesticide continues to kill successive generations of pests.

**61.  Some Indian meal moths have no sites to which the molecules of *Bt* toxins can bind. Passage information suggests that a gene-stacking solution to this problem would focus on the:**

**A.** engineering of toxic proteins that would bind to other intestinal receptors.

**B.** development of crops that are not attractive to the moth's larvae.

**C.** alteration of receptors in the gut to accept multiple toxins.

**D.** genetic disruption of the moth's reproductive cycle.

**62.  Assume that cotton growers find the refuge/high-dose method inadequate to combat bollworm infestations. What does passage information suggest as their best recourse?**

**A.** Fields of *Bt* cotton should be sprayed with a different form of insecticide.

**B.** Fields devoted to *Bt* cotton should be replanted with conventional cotton strains.

**C.** Refuges should be eliminated so that *Bt*-resistant bollworms have no safe breeding area.

**D.** The *Bt* content of the plants should be varied so that bollworms are less likely to develop resistance.

**63.  According to the author, *Bt* sprays are preferable to *Bt* crops for pest control because sprays:**

**A.** harm the environment less than does a crop.

**B.** destroy more insects than does a crop.

**C.** cost less than does raising a crop.

**D.** act for a shorter time than does a crop.

**Passage V (Questions 64-70)**

People must sometimes perform skillfully on difficult tasks before an audience. Under such circumstances, they often wish to have friends, relatives, and other supporters present. It is worth asking whether a supportive audience is really helpful—or whether it might not instead impair the performance. Previous research shows that the effect of audience support is not simple or uniform. The following study was designed to test competing hypotheses about the effect of a supportive audience on performance.

Because friends are the most common source of social support, Experiment 1 compared the effects of observation by a friend and by a stranger during the performance of a task that previous research had shown to be stressful. This task was to count backward aloud by thirteens, starting from 1,470. Participants were told that their goal was to perform the successive subtraction operations as quickly and accurately as possible during a two-minute trial. At this point in the instructions, the experimenter indicated a one-way "mirror" and a microphone, telling half of the participants that a friend who had accompanied them to the testing room would observe their performance. The experimenter mentioned a fictitious name to the other participants as their observer.

The results suggest that a supportive audience has a detrimental effect. The participants who believed that a friend was watching them made a significantly higher percentage of errors than did those who believed that a stranger was watching them. Yet the number of errors made at particular stages of the performance—e.g., the second subtraction—was almost identical in the two conditions. The decrement in the supportive-audience condition resulted from a slower rate of responding, which meant that the neutral-audience condition produced more responses (with increasing accuracy on the later ones).

The participants' answers to post-experimental questions indicated that they were not aware of the effect of the observer on their performance. In fact, participants in the supportive-audience condition were less likely than those in the neutral-audience condition to report being distracted by the observer or feeling stress while doing the task. Furthermore, the negative effect of a supportive audience is apparently not due to discomfort about being judged: The participants' ratings of their feeling of being evaluated were nearly identical in the two conditions.

The researcher concluded that supportive observers impair the performance of a difficult, skill-based task by promoting a response style that reduces speed without increasing accuracy. Still, the reason for this audience effect was unclear. Friends and strangers differ in many ways, including their knowledge of one's abilities, their desire to witness one's success, and their expectations about one's behavior in a particular situation.

In Experiment 2, all the observers were strangers, and their supposed supportiveness was manipulated. The experimenter told participants in the supportive-audience condition that both they and their observer would receive a cash prize if their speed and accuracy surpassed a certain criterion. Participants in the neutral-audience condition were told that they alone were to receive the prize for a good score. They thus had no reason to suppose that the observer cared about the quality of their performance. Experiment 2 confirmed the prediction that a skilled performance would suffer with a supportive audience.

Other questions remain. Did the difficulty of the task produce an expectation of failure that impeded its performance? Is a supportive audience a special case of an especially attentive audience or one likely to respond emotionally to a performance? And why did performers report feeling less distracted by a friend than by a stranger, when their performance suggested the opposite effect?

Adapted from J. L. Butler and R. F. Baumeister, The trouble with friendly faces: Skilled performance with a supportive audience. ©1998 by the American Psychological Association.

**[Questions 64-70 for Passage V begin on following page.]**

**64. The design of Experiment 1 reveals the researcher's assumption that:**

**A.** participants will not be aware of the quality of their performance.

**B.** most participants will find the mathematical task difficult.

**C.** a supportive audience will impair performance.

**D.** a neutral audience will impair performance.

**65. Which of the following facts constitutes the most serious *objection* to the researcher's conclusion about the effect measured in Experiment 2?**

**A.** The instructions discouraged a cautious performance style.

**B.** The procedure was deceptive, since the observers were fictitious.

**C.** A monetary reward was a factor for performers in both conditions.

**D.** Performers' beliefs about the observer's attitude were not determined.

**66. Suppose that a psychologist is interested in the performance of trial lawyers. On the basis of Experiment 1, the psychologist should predict that a legal argument will be more effectively presented if:**

**A.** the lawyer is serving without compensation than if the case involves a large financial settlement.

**B.** the judge is unknown to the lawyer than if the two have a cordial relationship.

**C.** the courtroom is empty than if it is filled with spectators whose sympathies are unknown.

**D.** jurors watch the trial through a one-way mirror than if they are present in the courtroom.

**67. What is the most likely explanation of the slower rate of performance observed in Experiment 1?**

**A.** A desire to maintain an appearance of relaxed competence before friends

**B.** A feeling of being judged more harshly by friends than by strangers

**C.** An inability to concentrate on mental tasks when friends are present

**D.** A belief that accuracy is more important than speed on certain tasks

**68. What conclusion about the nature of audience support is justified by the results of Experiment 2 alone?**

**A.** Supportive friends can disrupt a performance if they would benefit from its success.

**B.** Supportive strangers can enhance a performance if they would not benefit from its success.

**C.** Strangers can disrupt a performance if they would benefit from its success.

**D.** Strangers can disrupt a performance if its success would benefit the performer.

Supp. Ex. 3-15

**69. Suppose that Experiment 1 is repeated with the addition of a "hostile-audience" condition and that this condition produces data equivalent to those of the "supportive-audience" condition. Which of the following hypotheses would best accommodate this outcome?**

**A.** A hostile audience does not affect performance.

**B.** A supportive audience impairs performance.

**C.** An involved audience impairs performance.

**D.** A nonhostile audience enhances performance.


**70. Which of the following hypotheses would most reasonably account for the post-experimental statements made by those in the neutral condition?**

**A.** A performer's anxiety need not adversely affect performance.

**B.** A performer's anxiety can be reduced with no effect on performance.

**C.** An audience can affect a performance by reducing performance anxiety.

**D.** An audience can affect a performance by causing performance anxiety.

**Passage VI (Questions 71-75)**

The Greek words *sophos* and *sophia*, usually translated *wise* and *wisdom*, were in common use from the earliest times and, because they stood for an intellectual or spiritual quality, naturally acquired some delicate shades of meaning that can be indicated here only approximately. At first, they referred primarily to skill in a particular craft. A shipwright was described by Homer as "skilled in all sophia"; a steersman, an augur, a sculptor are "sophoi," each in that occupation; Apollo was "sophos with the lyre."

The sophia of a charioteer, shipwright, or musician must have been to a large extent acquired by learning, but Pindar no doubt pleased his royal patron when he wrote that "one who knows much is sophos by nature, in contrast to chattering crows, who have gained their knowledge by learning." "Not the person who knows many things is sophos," said Aeschylus, "but one whose knowledge is useful."

Shortly after this usage was recorded, there crept in a cynical note, a hint that the sophos is too clever and may presume too far. Taxed by the wily Odysseus (whom he had earlier described as "a sophos wrestler") with acting in a way that was not *sophon*, Neoptolemus replied that "what is right and just is better than what is sophon." So we get the oxymoron of a chorus in Euripides: "When mortals set themselves up against the gods, their sophia is not sophon." The verb *sophizesthai*, "to practice sophia," which Hesiod applied to the acquisition of skill in seamanship and Theognis to himself as a poet, suffered a parallel development, until it meant to trick or deceive or to be oversubtle.

Like other groups, the Athenians tended to be wary of intellectuals, pundits, professors, and the like. The qualities of these persons were summarized in a word difficult to translate: *deinotes*, with the adjective *deinos*. Derived from a noun meaning *fear*, it referred to anything terrible or dreadful and was applied by Homer to weapons, the glare of a foe, the whirlpool Charybdis, thunder, and lions. The Egyptians were *deinoi* (terrible fellows) for devising stratagems, Prometheus was *deinos* at wriggling out of difficulties, a good charioteer was *deinos* at his art. It also, and particularly, meant clever in speech or argument.

Anyone who had this quality was a natural object of suspicion to the less clever, as the orator Antiphon said that Thucydides was to the Athenian public "because of his reputation for deinotes." Degenerating, as words in popular usage do, it acquired some of the senses of *sophos*, as when Demosthenes alleged that Aeschines had called him "deinos, sorcerer, sophist, and the like." At this point, *deinos* was expressly coupled with *sophistes* as an insult to be resented.

The word *sophist*, then, had a general sense as well as the special one which I have yet to mention, and in neither sense was it necessarily a term of opprobrium. Because of the vocation of Greek poets as educators, we may conclude that the word that comes nearest to this special sense is in modern English *teacher* or *professor*. It was not until the fifth century C.E. that the term was apparently sometimes pronounced with a depreciatory inflection, as may the words *pundit* or *intellectual* today. In the hands of the conservative Aristophanes, it became definitely a term of abuse, implying charlatanry and deceit, although by no means did it as yet apply exclusively to certain philosophers.

Adapted from W. K. C. Guthrie, *The Sophists*. ©1971 by Cambridge University Press.

**[Questions 71-75 for Passage VI begin on following page.]**

**71. Which of the following words is most analogous to *deinotes* in the way its emotional connotations have changed?**

**A.** *Homely*, which referred to things "appealingly domestic" and came to mean "unattractive"

**B.** *Impact*, which referred to things in "violent collision" and came to mean "any outcome"

**C.** *Inflammable*, which referred to things "capable of burning" and came to mean "not capable of burning"

**D.** *Brave*, which referred to things "ostentatiously colorful" and came to mean "courageous"

**72. The author's tone in discussing the Athenians of ancient Greece is most accurately described as:**

**A.** understanding and sympathetic.

**B.** detached and conscientious.

**C.** critical and disapproving.

**D.** indulgent and sentimental.

**73. One can most reasonably conclude from the passage that the ancient Athenians:**

**A.** were generally indifferent to poetry and philosophy.

**B.** considered intellectuals corrupt for abusing their influence.

**C.** had contradictory feelings about those who seemed clever.

**D.** had greater admiration for Homer than for Demosthenes.

**74. The passage author moves from a discussion of *sophos* to a discussion of *deinotes* to make the point that:**

**A.** they switched meanings because they had similar connotations.

**B.** cleverness has always seemed threatening to those who are not clever.

**C.** ordinary Greeks did not understand the distinction between the two words.

**D.** the connotations of one spread to the other because their meanings overlapped.

**75. Which of the following concepts does the passage author NOT associate with *sophos*?**

**A.** Intellectual guile

**B.** Scholarly learning

**C.** Political intrigue

**D.** Vocational skill

**End of Verbal Reasoning Section**

# SUPP. EX. 4

ENHANCED



**Response Booklet**

Student's Name: _____    Date: _____

School: _____    Grade: _____

Examiner: _____

Alphabet Writing Fluency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 3

Sentence Combining. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 4

Sentence Building . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 6

Essay Composition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 9

Numerical Operations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 13

Spelling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 23

Math Fluency—Addition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 26

Math Fluency—Subtraction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 28

Math Fluency—Multiplication . . . . . . . . . . . . . . . . . . . . . . . . . . . . .p. 30

DEFENDANT'S
EXHIBIT
**37**

PEARSON

Copyright © 2010 NCS Pearson, Inc. All rights reserved.

**PsychCorp**

Product Number 0154984833

Smith-0062

Sentence Combining

A.   **The dog has fur.**
     **The cat has fur.**

*The dog and cat have fur.*

 

1.   **Cats are pets.**
     **Dogs are pets.**

*Cats and dogs are pets.*

 

2.   **The frog is green.**
     **The frog jumps.**

*The green frog jumps.*

4

Smith-0063

Sentence Combining

3. Mark has a sister named Ann.
   Ann is six years old.

Mark has a sister named Ann who is six years old.

4. Antonio is a fast runner.
   Antonio is a strong student.
   Antonio won the Best Athlete award.

Antonio, who won the Best Athlete award, is a fast runner and strong student.

5. Marci bought a new car.
   Her old car cost too much to repair.
   Marci's new car is smaller than her old car.

Mari bought a new smaller car because her old car cost too much to repair.

5

Smith-0064

Sentence Building

A.  **and**

I like dogs and cats.
_____

_____


1.  **the**

The dog is brown.
_____

_____


2.  **or**

You can have soup or salad.
_____

_____


3.  **until**

I can't wait until school is done.
_____

_____


6

Smith-0065

4.   of

Neil is one of the guys.

_____

5.   an

There is an apple on the table.

_____

6.   than

There are more apples than oranges

_____

7.   as

You can have as much as you want.

_____

7

Smith-0066

teamwork

better yourself / work towards goal

good sportsmanship

Smith-0067

Essay Composition

**Write about your favorite game. Include at least 3 reasons why you like it.**

My favorite game to play is soccer. One reason it is a great sport is it encourages working together as a team to accomplish a goal... literally. Another reason I enjoy soccer is it pushes me to work hard, practicing my skills so that I can continually improve. The most important reason soccer is my favorite sport is it encourages players to learn good sportsmanship. All of these qualities can carry over to daily life, making soccer a valuable game.- my favorite game.

9

**Smith-0068**

17. $7 + 6 = \underline{13}$

18.
$$\begin{array}{r} 12 \\ -\ 5 \\ \hline 7 \end{array}$$

19.
$$\begin{array}{r} 63 \\ +\ 16 \\ \hline 79 \end{array}$$

20. $5 \times 5 = \underline{25}$

21. $4 \times 3 = \underline{12}$

22. $6 \times 5 = \underline{30}$

23.
$$\begin{array}{r} 865 \\ +\ 236 \\ \hline 1101 \end{array}$$

24.
$$\begin{array}{r} 70 \\ -\ 24 \\ \hline 51 \end{array}$$

25.
$$\begin{array}{r} 140 \\ -\ 15 \\ \hline 125 \end{array}$$

CONTINUED ➤

15

Numerical Operations

| | | |
|---|---|---|
| 26.<br><br>$24 \div 6 = \underline{4}$ | 27.<br><br>$\begin{array}{r} 29 \\ \times\ 6 \\ \hline 174 \end{array}$ | 28.<br><br>$7 \times 9 = \underline{63}$ |
| 29.<br><br>$49 \div 7 + 3 = \underline{10}$ | 30.<br><br>$\dfrac{6}{7} + \dfrac{3}{7} = 1\dfrac{2}{7}$ | 31.<br><br>$3\overline{)72}$   $24$<br><br>$12 \times 6$ |
| 32.<br><br>$4z + 1 = 9$<br>$4z = 8$<br>$z = 2$<br><br><br>$z = \underline{2}$ | 33.<br><br>$\begin{array}{r} 906 \\ -\ 488 \\ \hline 518 \end{array}$ | 34.<br><br>$-25 + (-2) = \underline{-27}$ |

CONTINUED ➤

16

Smith-0070

**35.**

$$6\overline{)834}$$ quotient $139$

$600 = 100$
$180 = 30$
$\overline{780}$    $\overline{130}$
$80$    $\sim 5$
$\overline{810}$    $\overline{135}$
$24$    $4$
$\overline{834}$    $\overline{139}$

**36.**

$\pi = \underline{3.14}$

**Round to nearest 100th place**

**37.**

Simplify:

$$\frac{10}{55} = \frac{2}{11}$$

**38.**

$$5z - 3 = 11 + 3z$$

$2z = 14$

$z = \underline{7}$

**39.**

$$22\overline{)594}$$ quotient $27$

$440 = 20$
$110$    $5$
$\overline{550}$    $\overline{25}$
$44$    $2$
$\overline{594}$    $\overline{27}$

**40.**

$$12x - 6 = 6x + 18$$

$6x = 24$

$x = \underline{4}$

**41.**

$$\begin{array}{r} 408 \\ \times\ 321 \\ \hline 408 \\ 8160 \\ 122400 \\ \hline 130968 \end{array}$$

**42.**

$$\frac{2}{3} \times 30 = 20$$

CONTINUED ▶

17

Numerical Operations

**43.**

$(5^2 - 4 \times 3 + 6 \div 3)^2 = \underline{225}$

$(25 - 4 \times 3 + 6 \div 3)^2$

$(25 - 12 + 2)^2$

$13 + 2$

$(15)^2$

$\begin{array}{r} 15 \\ \underline{15} \\ 75 \\ 190 \\ \hline 225 \end{array}$

**44.**

$(z + 2)(z - 1) = 0$

$z^2 - z + 2z - 2$

$z^2 + z - 2 = 0$

$z^2 + z = 2$

$z = \underline{1} \,\&\, \underline{-2}$

**45.**

**400% of 80 =** $\underline{320}$

**46.**

$\dfrac{4}{5} \div \dfrac{2}{10} = 4$

$\dfrac{4}{5} \times \dfrac{10}{2} = \dfrac{40}{10}$

$\dfrac{8}{10}$

**47.**



20″

5″    25

$5 \times 10$

What is the area of this triangle?

_____50_____ square inches

**48.**

$x + 4y = 27$

$= 27 - 4y$

$x + 2y = 21$

$(27 - 4y) + 2y = 21$

$-2y = -6$

$y = 3$

$x + 4(3) = 27$

$x + 12 = 27$

$x = 15$

$x = \underline{15}$

$y = \underline{3}$

**49.**



B

2z 12    2z 12

A    z 6    C

If the two sides marked are equal, and the perimeter is 30, find the length of each side.

$5z = 30$

$z = 6$

AB = $\underline{12}$

BC = $\underline{12}$

AC = $\underline{6}$

**50.**

Find $f(1)$:

$f(x) = x^3 - 2x + 1$

$1 - 2 + 1$

$= \emptyset$

CONTINUED ▶

18

Smith-0072

51.

Simplify:

$\sqrt[3]{b^{15}} = b^5$

$b^2$ ?

52.

$21.5 \div 4 =$ 5.33

05.33
4 | 21.5
0
21
20
15
12
3

53. 64 + 225 = $z^2$
289 = $z^2$

A
B
C
8
15
z

What is the length of AC? 17

417
17
119
170
289

54. $\log_4 x = 2$

$x =$ 16

55.

Simplify:

$\frac{z^{18}}{z^9} = z^2$

56.

A
B
C
3
4
5

Write each ratio in lowest terms.

tan A = 5/4

sin B = 3/5

cos A = 3/5

57.

Factor:

$3x^2y^2 + 6xy^2 - 3xy =$ ____

$3xy(xy + 2y - 1)$

CONTINUED

Smith-0073

Supp. Ex. 4-12

Numerical Operations

**58.**

Find the limit:

$$\lim_{x \to 0} \; x^5 + x^2 + 3x$$

**59.**

Find the limit:

$$\lim_{x \to \infty} \; \frac{8}{x^3 - 2}$$

**60.**

Differentiate:

$$y = (5x - 4)^3$$

$\frac{d}{dx} y = 15x^2 - 12$

**61.**

Integrate:

$$\int_1^2 2x(x^2 + 1)\,dx$$

$2x^2 + 2x$

$(x^3 + x^2)^2$

$(1^3 + 1^2)^2 = 2^2 = 4$

$(2^3 + 2^2)^2$

$(8 + 4)^2$

$12^2 = 144$

$[4, 144]$

STOP

20

Smith-0074

Supp. Ex. 4-13

Spelling

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. Suspect

21. inactive

22. known

23. happily

24. stationary

25. collection

26. budget

27. width

28. guitar

29. photography

30. factual

31. resign

32. doubt

33. progressive

34. suppose

35. confide

24

Smith-0075

36. resistance

37. exerting

38. presence

39. reign

40. ambitious

41. outrageous

42. sympathetic

43. leasure

44. oxidize

45. acheivement

46. absurd

47. kindliness

48. metabolize

49. exhaustion

50. afluent

51. flirtacious

52. stasis

53. receiving

54. hetradox

55. vaccum

56. confirred

57. physicist

58. receed

59. perceived

60. abhores

61. marionette

62. impeccable

63. gerckin

Smith-0076

Math Fluency—Addition

| | | | |
|---|---|---|---|
| 2<br>+ 1<br>3 | 1<br>+ 5<br>6 | 4<br>+ 0<br>4 | 1<br>+ 1<br>2 |
| 6<br>+ 2<br>8 | 4<br>+ 6<br>10 | 1<br>+ 7<br>8 | 3<br>+ 6<br>9 |
| 3<br>+ 3<br>6 | 9<br>+ 0<br>9 | 2<br>+ 8<br>10 | 5<br>+ 4<br>9 |
| 5<br>+ 3<br>8 | 3<br>+ 2<br>5 | 8<br>+ 0<br>8 | 5<br>+ 1<br>6 |
| 1<br>+ 8<br>9 | 0<br>+ 9<br>9 | 2<br>+ 4<br>6 | 5<br>+ 5<br>10 |
| 4<br>+ 1<br>5 | 8<br>+ 1<br>9 | 2<br>+ 6<br>8 | 6<br>+ 3<br>9 |

CONTINUED

Smith-0077

```
    0          2          3          6
  + 10        + 9        + 8        + 6
  ────       ────       ────       ────
   10         11          11         12
```

```
    4          3          8          5
  + 7        + 9        + 2        + 6
  ────       ────       ────       ────
   11         12         10          11
```

```
    7          5          6          7
  + 6        + 8        + 5        + 3
  ────       ────       ────       ────
   13         13          11         10
```

```
    5          9          7          9
  + 9        + 1        + 8        + 5
  ────       ────       ────       ────
   14         10         15          14
```

```
    6          9          6          7
  + 8        + 3        + 4        + 5
  ────       ────       ────       ────
```

```
    8          8          7          9
  + 7        + 4        + 7        + 7
  ────       ────       ────       ────
```



27

Math Fluency—Subtraction

| | | | |
|---|---|---|---|
| 7<br>− 1<br>**6** | 3<br>− 3<br>**0** | 7<br>− 7<br>**0** | 3<br>− 1<br>**2** |
| 5<br>− 4<br>**1** | 9<br>− 8<br>**1** | 3<br>− 0<br>**3** | 6<br>− 4<br>**2** |
| 9<br>− 6<br>**3** | 10<br>− 8<br>**2** | 8<br>− 3<br>**5** | 10<br>− 3<br>**7** |
| 8<br>− 7<br>**1** | 5<br>− 0<br>**5** | 10<br>− 6<br>**4** | 8<br>− 1<br>**7** |
| 9<br>− 2<br>**7** | 2<br>− 2<br>**0** | 10<br>− 7<br>**3** | 4<br>− 0<br>**4** |
| 8<br>− 8<br>**10** | 10<br>− 1<br>**9** | 7<br>− 0<br>**7** | 6<br>− 6<br>**0** |

CONTINUED ▶

28

Smith-0079

Math Fluency—Subtraction

| | | | |
|---|---|---|---|
| 12<br>$-\ 4$<br>8 | 14<br>$-\ 7$<br>7 | 15<br>$-10$<br>5 | 16<br>$-\ 8$<br>8 |

| | | | |
|---|---|---|---|
| 11<br>$-\ 8$<br>3 | 8<br>$-\ 6$<br>2 | 11<br>$-\ 6$<br>5 | 12<br>$-\ 9$<br>3 |

| | | | |
|---|---|---|---|
| 13<br>$-\ 6$<br>7 | 15<br>$-\ 7$ | 9<br>$-\ 7$ | 12<br>$-\ 6$ |

| | | | |
|---|---|---|---|
| 11<br>$-\ 5$ | 14<br>$-\ 4$ | 14<br>$-\ 9$ | 11<br>$-\ 2$ |

| | | | |
|---|---|---|---|
| 14<br>$-\ 8$ | 14<br>$-14$ | 11<br>$-\ 7$ | 12<br>$-\ 7$ |

| | | | |
|---|---|---|---|
| 18<br>$-\ 9$ | 14<br>$-10$ | 18<br>$-\ 8$ | 16<br>$-\ 9$ |



29

Smith-0080

**Math Fluency—Multiplication**

| 1 | 2 | 4 | 3 |
|---|---|---|---|
| $\times\ 7$ | $\times\ 1$ | $\times\ 2$ | $\times\ 5$ |
| 7 | 2 | 8 | 15 |

| 7 | 4 | 2 | 5 |
|---|---|---|---|
| $\times\ 2$ | $\times\ 4$ | $\times\ 7$ | $\times\ 1$ |
| 14 | 16 | 14 | 5 |

| 2 | 3 | 1 | 6 |
|---|---|---|---|
| $\times\ 8$ | $\times\ 0$ | $\times\ 8$ | $\times\ 2$ |
| 16 | 0 | 8 | 12 |

| 2 | 8 | 7 | 5 |
|---|---|---|---|
| $\times\ 9$ | $\times\ 2$ | $\times\ 0$ | $\times\ 4$ |
| 18 | 16 | 0 | 20 |

| 3 | 4 | 3 | 4 |
|---|---|---|---|
| $\times\ 7$ | $\times\ 5$ | $\times\ 4$ | $\times\ 6$ |
| 21 | 20 | 12 | 24 |

CONTINUED ▶

30

Smith-0081

$$\begin{array}{r} 6 \\ \times\ 3 \\ \hline 18 \end{array} \qquad \begin{array}{r} 9 \\ \times\ 4 \\ \hline 36 \end{array} \qquad \begin{array}{r} 5 \\ \times\ 8 \\ \hline 40 \end{array} \qquad \begin{array}{r} 3 \\ \times\ 10 \\ \hline 30 \end{array}$$

$$\begin{array}{r} 3 \\ \times\ 8 \\ \hline 24 \end{array} \qquad \begin{array}{r} 6 \\ \times\ 5 \\ \hline 30 \end{array} \qquad \begin{array}{r} 8 \\ \times\ 8 \\ \hline 64 \end{array} \qquad \begin{array}{r} 5 \\ \times\ 6 \\ \hline 30 \end{array}$$

$$\begin{array}{r} 7 \\ \times\ 9 \\ \hline 63 \end{array} \qquad \begin{array}{r} 9 \\ \times\ 5 \\ \hline 45 \end{array} \qquad \begin{array}{r} 7 \\ \times\ 6 \\ \hline \end{array} \qquad \begin{array}{r} 6 \\ \times\ 8 \\ \hline \end{array}$$

$$\begin{array}{r} 7 \\ \times\ 5 \\ \hline \end{array} \qquad \begin{array}{r} 4 \\ \times\ 8 \\ \hline \end{array} \qquad \begin{array}{r} 6 \\ \times\ 9 \\ \hline \end{array} \qquad \begin{array}{r} 10 \\ \times\ 5 \\ \hline \end{array}$$

$$\begin{array}{r} 8 \\ \times\ 6 \\ \hline \end{array} \qquad \begin{array}{r} 9 \\ \times\ 9 \\ \hline \end{array} \qquad \begin{array}{r} 9 \\ \times\ 3 \\ \hline \end{array} \qquad \begin{array}{r} 8 \\ \times\ 9 \\ \hline \end{array}$$

STOP

31

Smith-0082

**SUPP. EX. 5**

# Tests of Achievement
## Standard and Extended Batteries

FORM **B**



Woodcock Johnson IV

## Response Booklet

### Identifying Information

Last
Name _____

First
Name _____

Date _____

### Worksheet _____

DEFENDANT'S
EXHIBIT
**39**



1588302
7 8 9 10-LSC/O-20 19 18 17 16

800.323.9540
www.wj-iv.com

**Houghton
Mifflin
Harcourt**

**Riverside**

Copyright © 2014 by The Riverside Publishing Company. All rights reserved.
Printed in U.S.A.

Smith-0102

## Test 9  Sentence Reading Fluency

**Sample Items**

A. A cow is an animal. ................................ (Y)  N

B. A fish can read. ...................................... Y  (N)

**Practice Exercise**

C. An apple is blue. ................................... Y  (N)

D. A wheel is round. ................................ (Y)  N

E. A man has two legs. ............................. (Y)  N

F. Ice is hot. .............................................. Y  (N)

12

**Test Items**

1. Ants are small. .......................................... (Y)  N
2. Cats can eat. ............................................. (Y)  N
3. A mouse can fly. ..................................... Y  (N)
4. Dogs have five legs. ............................... Y  (N)
5. A ring is round. ...................................... (Y)  N
6. The sun is square. ................................... Y  (N)
7. Orange juice is pink. .............................. Y  (N)
8. A book has pages. ................................... (Y)  N
9. People have teeth. ................................... (Y)  N
10. Houses can be sold. ............................... (Y)  N
11. Some farmers grow corn. ....................... (Y)  N
12. Cats often ride bikes. ............................ Y  (N)
13. An airplane has wings. .......................... (Y)  N
14. Most bikes have ten wheels. .................. Y  (N)
15. A girl can jump rope. ............................ (Y)  N
16. A cup may be full. ................................. (Y)  N
17. A pen is for singing. ............................. Y  (N)
18. You can eat an apple. ............................ (Y)  N
19. A sink can hold water. .......................... (Y)  N
20. The ocean has water. ............................ (Y)  N
21. Stories can have titles. .......................... (Y)  N
22. A car flies in the sky. ........................... Y  (N)
23. Some days the sun is green. .................. Y  (N)
24. A hen can lay an egg. ............................ (Y)  N

25. The moon is in the house. ...................... Y  (N)
26. Dogs may fight with other dogs. ............ (Y)  N
27. A hat goes on your head. ....................... (Y)  N
28. Elephants are small animals. ................. Y  (N)
29. Flies are bigger than horses. .................. Y  (N)
30. A banana is to eat. ................................. (Y)  N
31. Zebras like to wear suspenders. ............ Y  (N)
32. A dictionary has many words. ............... (Y)  N
33. An elevator goes to the moon. ............... Y  (N)
34. A flower grows in the sky. ..................... Y  (N)
35. All spiders have only two legs. .............. Y  (N)
36. A broken pen may leak ink. ................... (Y)  N
37. A banker works in a kitchen. ................. Y  (N)
38. A puppy grows into a cat. ...................... Y  (N)
39. Some people wear coats in winter. ......... (Y)  N
40. Buildings can be made of wood. ............ (Y)  N
41. A baby may want a bottle. ...................... (Y)  N
42. A house can provide warm shelter. ........ (Y)  N
43. A car carries giraffes to work. ............... Y  (N)
44. It is often foggy in stores. ..................... Y  (N)
45. A bad decision can be reversed. ............. (Y)  N
46. Most clocks tell the daily temperature. ........................................... Y  (N)
47. Children are all different ages. .............. (Y)  N

**Go to the next page →**

13

Smith-0104

48. A box may be made of wood. .................. (Y)   N

49. A frog may swim in a pond. .................. (Y)   N

50. A shoe is worn on your ear. ..................... Y   (N)

51. A calendar has weeks and days. .............. (Y)   N

52. People can earn money by working. ....... Y   N

53. Horses tend to live under water. ............. Y   N

54. A carpet belongs on the ceiling. ............. Y   N

55. A parrot may have colorful feathers. ....... Y   N

56. A spoon can be used for eating. .............. Y   N

57. A faucet can drip in a sink. ..................... Y   N

58. Many cats and dogs wear long pants. ..... Y   N

59. Menus offer many choices of food. ........ Y   N

60. A cook works every day in a bank. .......... Y   N

61. April is the next month after July. ........... Y   N

62. An insect may live under a rock. ............. Y   N

63. It may be hot inside an oven. .................. Y   N

64. A giraffe has a very short neck. .............. Y   N

65. A fragile piece of china can break. .......... Y   N

66. The sun is smaller than an orange. ......... Y   N

67. People like to eat rice with a pen. ........... Y   N

68. A picture can be hung on a wall. ............. Y   N

69. A fork is needed to make your bed. ......... Y   N

70. Shoes are often sold at used car lots. ....... Y   N

71. A sports referee breaks all the rules. ........ Y   N

72. People usually wear socks on their knees. ............................................. Y   N

73. Pencils are most useful for combing hair. ......................................... Y   N

74. A new magazine can have several articles. ..................................... Y   N

75. Pickles are usually found in a dishwasher. ......................................... Y   N

76. A broken pitcher may have several cracks. ...................................... Y   N

77. A person could become a concert pianist. ...................................... Y   N

78. Weather in summer is always snowy. ...... Y   N

79. A roof is at the top of a house. ................ Y   N

80. Cattle often go to school in a bus. ........... Y   N

81. Many people grow thick leaves on their heads. ............................................. Y   N

82. People can light a candle with a match. ............................................... Y   N

83. A grocery store sells many different car parts. .......................................... Y   N

84. Green leafy vegetables are bad for your health. ........................................... Y   N

85. Doctors spend most of their time in race cars. ........................................... Y   N

86. A key may open the lock on a door. ........ Y   N

87. Some students write stories when they are in school. ................................... Y   N

88. A pebble can be thrown across a small stream. ......................................... Y   N

**Go to the next page →**

14

Smith-0105

**EXTENDED BATTERY**

## Test 15 Word Reading Fluency

**Sample Items**

| | | | |
|---|---|---|---|
| **A.** pen | red | fox | pencil |
| **B.** ham | blue | green | toe |

**Practice Exercise**

| | | | |
|---|---|---|---|
| **C.** dog | shoe | car | puppy |
| **D.** tree | man | boy | blue |
| **E.** shoe | girl | can | sock |
| **F.** green | red | cat | two |

24

Smith-0106

**Test Items**

1. cat       red       dog       boy

2. moon      sun       ten       bag

3. moist     call      east      west

4. kid       pan       six       boy

5. mom       bag       dot       dad

6. car       pen       red       yellow

7. boy       sun       girl      four

8. coin      candle    robber    dime

9. hamburger hotdog    cocoa     fingers

10. piano     trumpet   shadow    safety

11. fire      tiger     boot      lion

12. apple     ring      hat       banana

13. car       bus       sat       cut

14. Tom       ran       Rob       gas

31 C
0 X

Go to the next page →

25

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 15. | fork | cap | car | spoon | 40. | ocean | glasses | fence | lake |
| 16. | rose | dime | candy | tulip | 41. | hello | pillow | goodbye | inside |
| 17. | museum | gallery | cement | forest | 42. | salad | mountain | lettuce | guitar |
| 18. | coffee | hotel | tea | giraffe | 43. | fan | wallet | dark | purse |
| 19. | panda | uncle | fire | aunt | 44. | cook | vase | hand | flower |
| 20. | sand | rug | carpet | handle | 45. | rug | ship | pet | dog |
| 21. | pan | shoe | pot | lamp | 46. | carrot | celery | three | moan |
| 22. | bed | gum | yes | no | 47. | sandal | slipper | stairs | counter |
| 23. | mad | six | rat | mouse | 48. | winter | gate | water | summer |
| 24. | run | jump | pig | top | 49. | washcloth | table | airplane | towel |
| 25. | three | two | box | hand | 50. | mad | hog | pig | tag |
| 26. | desk | milk | cream | rattle | 51. | orange | paper | magnet | blue |
| 27. | eggs | father | mother | fence | 52. | phone | plane | pig | jet |
| 28. | snow | rain | towel | golf | 53. | shirt | tree | branch | drink |
| 29. | lunch | grass | hotel | supper | 54. | couch | candle | luggage | suitcase |
| 30. | bracelet | table | necklace | mansion | 55. | bake | paper | home | house |
| 31. | hand | bed | sky | arm | 56. | zip | bat | ball | hug |
| 32. | water | monkey | gorilla | stable | 57. | radish | cabbage | catfish | fungus |
| 33. | drum | blue | five | red | 58. | book | cat | page | moon |
| 34. | orange | grass | purple | tiger | 59. | sell | buy | read | ride |
| 35. | tail | ship | boat | cloud | 60. | baseball | summer | spice | football |
| 36. | onion | union | radio | television | 61. | agenda | schedule | vehicle | icicle |
| 37. | rain | penny | quarter | balloon | 62. | lucky | seal | walrus | order |
| 38. | coat | jacket | queen | web | 63. | cloud | draw | write | gorilla |
| 39. | street | cow | clock | road | 64. | helmet | pellet | telescope | microscope |

**Go to the next page →**

26

Smith-0108

Supp. Ex. 5-7

# SUPP. EX. 6

Gray Oral Reading Tests–Fifth Edition

# GORT-5
## Examiner Record Booklet

**Form A**

J. Lee Wiederholt    Brian R. Bryant



## Section 1. Identifying Information

Name _____

Female _____ Male _____ Grade _____

School _____

|  | Year | Month | Day |
|---|---|---|---|
| Date Tested | | | |
| Date of Birth | | | |
| Age* | | | |

*When accessing the normative tables, use years and months. Do not round up.

Examiner's Name _____

Examiner's Title _____

## Section 2. Record of GORT-5 Scores



| Story # | Rate Score | | Accuracy Score | | Fluency Score | Comprehension Score |
|---|---|---|---|---|---|---|
| 1 | 4 | + | 5 | = | 9 | 4 |
| 2 | 4 | + | 4 | = | 8 | 3 |
| 3 | 4 | + | 4 | = | 8 | 5 |
| 4 | 3 | + | 5 | = | 8 | 4 |
| 5 | 3 | + | 5 | = | 8 | 4 |
| 6 | 2 | + | 5 | = | 9 | 4 |
| 7 | | + | 4 | = | 5 | 3 |
| 8 | 0 | + | 3 | = | 3 | 3 |
| 9 | 0 | + | 2 | = | 3 | 2 |
| 10 | 0 | + | 2 | = | 3 | 3 |
| 11 | 0 | + | 2 | = | 3 | 3 |
| 12 | | + | | = | | |
| 13 | | + | | = | | |
| 14 | | + | | = | | |
| 15 | | + | | = | | |
| 16 | | + | | = | | |
| Total Score | 23 | | 36 | | 59 | 30 |

## Section 3. Performance Summary



|  | Raw Total | Age Equivalent | Grade Equivalent | %ile Rank | Scaled Score | SEM | Descriptive Term |
|---|---|---|---|---|---|---|---|
| Rate | | | | 1 | 3 for | 1 | |
| Accuracy | | | | 5 | 5 vil | 1 | |
| Fluency | | | 4 | 2 | 4 vil | 1 | |
| Comprehension | | | | 1 | 3 for | 1 | |

Sum of Scaled Scores        7

| Sum of Scaled Scores | Oral Reading %ile Rank | Oral Reading Index (ORI) | SEM | Descriptive Term |
|---|---|---|---|---|
| 7 | 1 | 65 For the low | 3 | |

## Section 4. Descriptive Terms Corresponding to Scaled and Index Scores

| Scaled Score | 1–3 | 4–5 | 6–7 | 8–12 | 13–14 | 15–16 | 17–20 |
|---|---|---|---|---|---|---|---|
| Descriptive Term | Very Poor | Poor | Below Average | Average | Above Average | Superior | Very Superior |
| Index Score | <70 | 70–79 | 80–89 | 90–110 | 111–120 | 121–130 | >130 |

© 2012, 2001, 1992, 1986, 1967 by PRO-ED, Inc.

1 2 3 4 5 6 7 8 9 10    20 19 18 17 16 15 14 13 12 11

DEFENDANT'S
EXHIBIT
**40**

1

Smith-0123

# Form A—Story 1

**Maximum words examiner can provide: 3**

1    See Father.

2    Father is here.

3    We want to play.

4    Can you play, Mother?

5    We can play here.

Time (in seconds): _1 0"_          Deviations from Print: _0_

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | 1 | Where do you think "here" is in the story? | Home; yard |
| 2 | 1 | Who is talking in this story? | Child |
| 3 | 1 | With whom did the child ask to play? | Mother; Mom |
| 4 | | Who has just come home? | Father; Dad |
| 5 | 0 | What does the story say Father wanted to do? | Play DK |

[  ]  Comprehension Score

## Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|----------------------|----|----|----|----|----|----|
| Time | > 49 | 34–49 | 18–33 | 13–17 | 9–12 | < 9 |
| Deviations from Print | > 5 | 5 | 3–4 | 2 | 1 | 0 |

Rate Score  [ 4 ]  +  Accuracy Score  [ 5 ]  =  Fluency Score  [    ]

4

Smith-0124

## Form A—Story 2

**Maximum words examiner can provide: 8**

1    Our cat Mimi likes to sit on the roof.
2    Mimi goes up the tall tree by the house.
3    Then she jumps on the roof.
4    She sits and looks at birds.
5    But she always comes down when it is time to eat.

Time (in seconds): 23"                Deviations from Print: 1

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | 0 | Where does the cat sit in this story? *Tree* | On the roof; on top of the house |
| 2 | 1 | What is the cat's name in this story? | Mimi |
| 3 | 0 | Why do you think the cat likes to sit on the roof? *Couh...* | Likes to watch the birds |
| 4 | 1 | What one word in the story was used to describe the tree? | Tall |
| 5 | 1 | Where is the tree in this story? | By the house |

Comprehension Score

## Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|----------------------|-----|--------|-------|-------|-------|-----|
| Time | > 119 | 67–119 | 52–66 | 36–51 | 22–35 | < 22 |
| Deviations from Print | > 11 | 8–11 | 6–7 | 3–5 | 2 | 0–1 |

Rate Score  4  +  Accuracy Score  5  =  Fluency Score

5

Smith-0125

## Form A—Story 3

**Maximum words examiner can provide: 10**

1   A man got out of the car.

2   He had a pretty box under his arm.

3   A little girl ran from the house to meet him.

4   *Hello* "Hello, Father," she said.

5   "Do you have a surprise for me?"     *good*

6   Father said, "I have something for a good girl."

7   The girl laughed, "I am very good."

Time (in seconds): _26"_          Deviations from Print: _2_

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | / | What does the story say the man was holding? | Box |
| 2 | / | Who ran to meet the man? | Little girl; daughter |
| 3 | / | What did the man plan to do with the box? | Give it to the girl |
| 4 | / | What one word in the story was used to describe the box? | Pretty |
| 5 | / | What was one of the words used to describe the girl in this story? | Little; good |

[ ]   Comprehension Score

## Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|---------------------|-----|--------|-------|-------|-------|------|
| Time | > 141 | 80–141 | 58–79 | 38–57 | 24–37 | < 24 |
| Deviations from Print | > 14 | 8–14 | 5–7 | 3–4 | 1–2 | 0 |

Rate Score [ 4 ]   +   Accuracy Score [ 4 ]   =   Fluency Score [ ]

6

## Form A—Story 4

**Maximum words examiner can provide: 20**

1    Two girls went to a farm for a visit. There were cows, pigs, ducks, and
2    five hens. The girls gathered the eggs every morning. The farmer showed
3    the girls how to milk a cow. One girl said, "The milk looks good. But it will
4    be better after it's cold." Then the farmer showed them how to catch fish.
5    They also helped the farmer pick the fat ears of corn. The farmer said,
6    "Now you can see where we get our food."

Time (in seconds): 43"        Deviations from Print: 0

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | | Where does this story take place? | On a farm |
| 2 | 1 | Name two animals in this story; name only two. | *Only two from among:* cows, hens, pigs, ducks, fish |
| 3 | 0 | What two things did the farmer show the girls how to do? | Get milk from cow; catch fish    Corn |
| 4 | 1 | How many hens are in the story? | 5 |
| 5 | 1 | What one word was used to describe the corn? | Fat |

Comprehension Score

## Converting Time and Deviations from Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|---------------------|---|---|---|---|---|---|
| Time | > 83 | 62–83 | 52–61 | 43–51 | 36–42 | < 36 |
| Deviations from Print | > 6 | 6 | 5 | 3–4 | 2 | 0–1 |

Rate Score  3   +   Accuracy Score  5   =   Fluency Score

7

Smith-0127

## Form A—Story 5

**Maximum words examiner can provide: 21**

1      A blue jay was perched on a limb looking for water. Having just flown

2      a great distance, she was very thirsty. At that moment she happened to

3      spot a water jar on the ground, so she flew down and tried to get a drink

4      from the jar. But there was so little water in the jar that she was unable to

5      drink. Just as she felt that she would surely die of thirst, an idea struck her.

6      The jay gathered a pile of stones and began dropping them in the jar. Little

7      by little the water rose, and at last the jay could drink her fill.

Time (in seconds): _55'1_          Deviations from Print: _0_

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | 0 | What is the main idea of this story? _Jay getting water_ | Brains are often the key to survival; use problem-solving skills to get what is needed; never give up |
| 2 | 1 | What is the primary challenge in this story? | Bird getting water |
| 3 | 1 | What one word would you use to describe how the jay felt throughout most of this story? | Frustrated; thirsty |
| 4 | 0 | How do you think the jay felt at the end of the story? _Happy_ | Proud of her idea; thirst quenched; relieved; satisfied |
| 5 | 1 | Why couldn't the jay drink the water? | Water was too low in the jar; not enough water |

[    ] Comprehension Score

## Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|----------------------|-----|--------|-------|-------|-------|------|
| Time | > 119 | 76–119 | 65–75 | 50–64 | 41–49 | < 41 |
| Deviations from Print | > 10 | 8–10 | 6–7 | 5 | 3–4 | 0–2 |

Rate Score [ 3 ]  +  Accuracy Score [ 5 ]  =  Fluency Score [    ]

8

Smith-0128

## Form A—Story 6

**Maximum words examiner can provide: 20**

1      On an empty lot near the park, many people were hard at work.

2      Several boys were cleaning off the lot. They picked up old boards, trash,

3      and dry branches that covered the ground. Others cut the tall weeds and

4      carried them away. Then all the girls raked the ground smooth. At last a

5      group of parents arrived. They put up some swings and a seesaw, and

6      placed an old wooden boat beside a tree. Then they built a strong fence all

7      around the lot. Now the children had a safe playground that everyone in the

8      neighborhood had helped to make.

Time (in seconds): _____       Deviations from Print: __0__

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|---|---|---|
| 1 | 1 | Why were the people proud at the end of the story? | They had helped build a new playground; children had a safe place to play |
| 2 | 0 | Who built the fence? | Parents; adults *DK* |
| 3 | 1 | Who helped by raking? | Girls |
| 4 | 1 | What were the boys in this story doing? | Clearing the lot; picking up |
| 5 | 1 | What two words were used to describe the boat in this story? | Old and wooden |

_____ Comprehension Score

## Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Time | > 225 | 129–225 | 100–128 | 60–99 | 48–59 | < 48 |
| Deviations from Print | > 19 | 12–19 | 9–11 | 5–8 | 3–4 | 0–2 |

Rate Score [ 4 ]  +  Accuracy Score [ 5 ]  =  Fluency Score [   ]

9

Smith-0129

## Form A—Story 7

**Maximum words examiner can provide: 21**

1     The era of the cowboy came to an end as a result of changes in the

2     cattle business. When cows roamed the vast ranges of the Southwest,

3     the herd could not be rounded up without skilled riders on horseback. But with

4     the invention of barbed wire, great stretches of ranchland were fenced into

5     smaller ranches. Then the roundup was no longer a major event and cow-

6     boys became less important. The long trail drives to the north, in which

7     the cowboy's skill at herding cattle was essential, also became a thing of the

8     past. With the coming of the railroad, cattle could be shipped directly to

9     market.

Time (in seconds): _76_      Deviations from Print: _2_

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | 0 | The first sentence of this story gave a reason why the era of the cowboy had come to an end. What was that reason? | Result of changes in the cattle business DK |
| 2 | 1 | What did the story say was the route that the cattle were moving? | North |
| 3 | 1 | What did the story say was invented to limit great stretches of ranchland? | Barbed wire |
| 4 | 0 | What did the story say triggered a more efficient means to get cattle to their destination? | Coming of the railroad DK |
| 5 | 0 | Why were the cattle driven on trails in this story? | Get them to market |

Comprehension Score

## Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|----------------------|---|---|---|---|---|---|
| Time | > 106 | 70–106 | 57–69 | 46–56 | 39–45 | < 39 |
| Deviations from Print | > 10 | 8–10 | 6–7 | 4–5 | 2–3 | 0–1 |

Rate Score   1   +   Accuracy Score   4   =   Fluency Score

10

Smith-0130

## Form A—Story 8

**Maximum words examiner can provide: 26**

1    Many American farm workers have been aided by the efforts of a shy, patient man

2    named César Chávez. As a youth, César traveled from one farm to another picking crops

3    as they ripened. Since his family had no permanent home, César had attended thirty-

4    seven different schools by the time he reached the seventh grade. As he grew older, he

5    became increasingly concerned about the poverty and suffering of the farm workers. He

6    began speaking to groups of workers about their need for safer housing and better health

7    care. He convinced the grape pickers in California to join together and strike for better pay and

8    working conditions. A strong believer in nonviolence, he led many peaceful protest

9    marches and organized the first successful farm workers' union in the United States.

Time (in seconds): _____9'7"_____        Deviations from Print: _____5_____

### Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | 0 | What two words were used to describe the man in the first sentence of this story? | Shy and patient  DK |
| 2 | 1 | What crop did the workers gather in this story? | Grapes |
| 3 | 0 | According to the story, the main character's family had no . . . what? | Permanent home  mchry |
| 4 | 1 | What two things did the main character in this story tell the workers they needed? | Safer housing and better health care |
| 5 | 1 | How many schools did the main character attend by the time he was in the seventh grade? | 37 |

Comprehension Score

### Converting Time and Deviations from Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|----------------------|-----|-------|-------|-------|-------|-------|
| Time | > 67 | 56–67 | 52–55 | 46–51 | 42–45 | < 42 |
| Deviations from Print | > 5 | 4–5 | 3 | 2 | 1 | 0 |

Rate Score [ 0 ]  +  Accuracy Score [ 1 ]  =  Fluency Score [ ]

11

Smith-0131

## Form A—Story 9

**Maximum words examiner can provide: 30**

1.  The gale's fury began to intensify as Winnie lugged the splintered rowboat onto

2.  the barren reef. Her younger brother had managed to stumble to shore through the churn-

3.  ing surf, despite the gash on his leg and possibly a fractured wrist. His dim outline was

4.  huddled against a heap of debris above the waterline—the dismal remnant of another ves-

5.  sel that had met defeat near these treacherous shoals. With nightfall upon them, Winnie

6.  bent her energy toward devising a refuge from the approaching downpour. If she could

7.  conquer her fatigue and invert the battered hull, it would protect them until the storm had

8.  run its course. She knew that eventually they would be missed and no doubt sought by a

9.  patrol boat dispatched from the coast guard station in the vicinity. But Nat needed imme-

10. diate treatment, and daybreak seemed an eternity away. Just then a feeble beacon and

11. muffled drone emerged from the darkness.

Time (in seconds): _12 9 4_          Deviations from Print: _8_

### Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | 1 | What is the name of the lady in this story? | Winnie |
| 2 | 0 | What does the word *bent* mean in this story? | Applied; the way she used her energy |
| 3 | 0 | What one word would you use to describe the way the lady feels during her experience? | Exhausted; worried; determined; stressed |
| 4 | 0 | What does the lady intend to do with the boat? | Turn it upside down for shelter; use it as a refuge from the storm/rain/wind |
| 5 | 1 | Why is the lady worried? | Brother (Nat) needs medical attention; afraid Nat won't last the night |

[ ] Comprehension Score

### Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|----------------------|---|---|---|---|---|---|
| Time | > 114 | 95–114 | 82–94 | 66–81 | 56–65 | < 56 |
| Deviations from Print | > 13 | 10–13 | 8–9 | 5–7 | 2–4 | 0–1 |

Rate Score [ 0 ]  +  Accuracy Score [ 2 ]  =  Fluency Score [ ]

12

Smith-0132

## Form A—Story 10

**Maximum words examiner can provide: 29**

1    The entomologist had contemplated the hazards of working with this lethal strain of

2    honeybee. Imported from Africa, these bees were high-strung and aggressive, quick

3    to incite the entire colony when antagonized. Their excitability often provoked them to mass

4    attacks that resulted in fatalities. Yet they produced extravagant quantities of honey, some-

5    times double that of their more docile European cousins. By crossing African queens

6    with the local European drones, the entomologist planned to stimulate honey output. He had

7    taken precautions to prevent catastrophes by locating the experimental hives in a sparsely

8    populated area and erecting grids that curtailed the bees' range. But as the entomologist

9    detached a grid for a routine check of his wards, he absent-mindedly crushed a stray

10    worker. Instantaneously, the murmur from the hive was amplified. A few sentinels

11    emerged, pelting against his veil in admonition. Then the torrent broke. In a furor, the

12    swarm converged on their keeper.

Time (in seconds): _____ 172"          Deviations from Print: _13_

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|---|---|---|
| 1 | 1 | What explains the man's cautious behavior? | The bees are dangerous; the bees are aggressive; the bees are lethal |
| 2 | 1 | What is the experiment designed to do? | Increase honey production (among European bees); stimulate honey output |
| 3 | 0 | In this story, why did the insects become enraged? *dropped a tray* | Member of colony was killed; man crushed a worker |
| 4 | 0 | According to the story, aggressive insects sometimes doubled _____. *DK* | Honey production |
| 5 | 1 | Where were the aggressive insects imported from? | Africa |

Comprehension Score

## Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Time | > 124 | 105–124 | 91–104 | 76–90 | 67–75 | < 67 |
| Deviations from Print | > 16 | 13–16 | 10–12 | 6–9 | 3–5 | 0–2 |

Rate Score [ 0 ]  +  Accuracy Score [ 1 ]  =  Fluency Score [ ]

13

## Form A—Story 11

**Maximum words examiner can provide: 30**

1    There are sundry definitions of jazz, all of them vague. Their vagueness seems

2    imperative, however, if they are to accommodate the custom of jazz to appropriate every-

3    thing in sight. This receptivity to sources derives from a dominant feature of jazz: improvi-

4    sation. The emphasis on improvising entails an openness to the entire legacy of diverse

5    musical elements. Although formulating the content of jazz is not feasible, there is little dif-

6    ficulty in pinpointing the group that spawns the music. Jazz musicians have always con-

7    stituted a subculture of music, a cultish but scarcely organized body of instrumentalists

8    who rarely manage to eke out a livelihood from their music. Until recently they have been

9    unschooled in their chosen music, except as they have imitated recordings of other musi-

10    cians. Never accepted by academics, only partially accepted by the public, jazz musicians

11    comprise a closed community in which innovation and experimentation are more valued

12    than tradition.

Time (in seconds): ___15__9"___        Deviations from Print: __9__

## Comprehension Questions

| # | Score | Question | Correct Response |
|---|-------|----------|------------------|
| 1 | 0 | What does the story state as to why jazz is difficult to define? *variety* | Tends to absorb other types of music; composed of different elements; jazz appropriates everything in sight |
| 2 | 1 | Why are jazz musicians probably less organized than other musicians? *improvisation* | Jazz is individualistic; no set rules; music is improvised |
| 3 | 0 | According to the last sentence of this story, what two elements do jazz musicians value more than tradition? *04* | Innovation and experimentation |
| 4 | 1 | In the story, what one word described a dominant feature of jazz? | Improvisation |
| 5 | 1 | According to this story, what group has never accepted jazz? | Academics |

Comprehension Score

## Converting Time and Deviations from Print to Rate and Accuracy

| Rate/Accuracy Scores | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Time | > 120 | 96–120 | 83–95 | 71–82 | 62–70 | < 62 |
| Deviations from Print | > 14 | 10–14 | 8–9 | 5–7 | 3–4 | 0–2 |

Rate Score [ 0 ]  +  Accuracy Score [ 2 ]  =  Fluency Score [ ]

14

Smith-0134

# SUPP. EX. 7



June 24, 2019

By email to Jessica.ramsay@med.wmich.edu and by USPS first class mail

Jessica Ramsay
jessica.ramsay@med.wmich.edu
6862 Tall Oaks Dr, Apt 3B
Kalamazoo, MI 49009

Lawrence D. Berger
19 Chestnut St
Haddonfield, NJ 08033

Dear Jessie,

I am in receipt of your request to again extend your leave of absence in order to pursue further accommodations from the NBME.  Your original leave of one year duration, August 28, 2017 to August 29, 2018, was offered to allow you to retake USMLE Step 1.  It was subsequently extended for up to a year, ending August 29, 2019, with the expectation that you would resolve your issues with the NBME and retake Step 1.  Without an end date stated your current request represents an indefinite leave of absence, which is neither allowable under WMed policies, nor reasonable.  I cannot extend your leave of absence indefinitely.

I am not able to further extend your Leave of Absence under the current expectations beyond August 29, 2019.  As an alternative and in order to support your preparation, I can offer to extend your leave for six months, until March 2, 2020, with the expectation that you will sit for the USMLE Step 1 exam in a manner that allows you to return to the WMed curriculum by that date.

If you are unable to return to the WMed curriculum by March 2, 2020, under the policies you would be dismissed from medical school.  Up until that date, you may voluntarily withdraw from WMed.  In either case you would be eligible to apply for readmission at the time you are prepared to take USMLE Step 1.  (You must be admitted to medical school to be eligible to schedule and sit for USMLE Step 1.)

As I have stated before, I recognize your hard work through all parts of the WMed curriculum.  I especially recognize the clinical excellence leading to your peers identifying you as a member of

the WMed chapter of our Humanism Honor Society.  I anticipate that upon achieving a passing score on USMLE Step 1, you will demonstrate the same clinical work ethic to complete your education.  I appreciate your willingness to work with WMed faculty and staff through this process, and I look forward to supporting your career goals upon your return as a WMed student.

If you have further questions or concerns, please contact me at (269) 337-6111.

Sincerely,

Peter Ziemkowski, MD
Associate Dean for Student Affairs

Cc: Michael Busha, MD, MBA
     David Riddle, PhD
     Student file



WESTERN MICHIGAN UNIVERSITY
— Homer Stryker M.D. —
SCHOOL OF MEDICINE

August 6, 2019

Jessica Ramsay
jessica.ramsay@med.wmich.edu

Jessie,

We are pleased that you have accepted our offer to  further extend your leave of absence with the expectation that you would take USMLE Step 1 and return to the WMed curriculum by March 2, 2020.  I would like to address each of your questions in turn. These answers are based on the Medical Student Policy Manual dated January 2019, which is available at https://med.wmich.edu/policies-manuals-statements

*Question 1: In your letter, you state, "As an alternative and in order to support your preparation, I can offer to extend your leave for six months, until March 2, 2020, with the expectation that you will sit for the USMLE Step 1 exam in a manner that allows you to return to the WMed curriculum by that date."*

*I would like to confirm that, if I take Step 1 by March 2, 2020, I would be able to return to the curriculum immediately and begin taking rotations starting with the next block following the completion of my exam.*

Answer 1: You may return to the curriculum upon taking Step 1, at the start of the next available rotation block.  As stated on pg. 114 of the Medical Student Policy Manual "Following the second USMLE Step 1 attempt, the student may enroll in an advanced required or elective clerkship prior to receiving a score on the second attempt."  I cannot, however, guarantee that you are able to take specific elective rotations at specific times. Not all rotations are available in all blocks, and rotations must have sufficient capacity for you to be added as an additional student.  You may also need to recertify for specific skills, such as Advanced Cardiac Life Support (ACLS), before you are eligible for certain rotations.  The policies and requirements regarding return from leave of absence, including advance notice, are found starting on pg. 183 of the Medical Student Policy Manual.

*Question 2: I would also like to confirm that if I take Step 1 prior to March 2, 2020, I will re-enter the curriculum in my 4th year where I left off, with 11 weeks of credit for 4th-year electives.*

Answer 2: As noted on page 80 of the Medical Student Policy Manual, the Medical Student Peformance Committee (MSPC) is charged with "the responsibility to monitor learning and performance – academic progress as well as student behavior, and professional and personal conduct

Office of Student Affairs
1000 Oakland Drive    Kalamazoo, MI 49008-8010
PHONE  269.337.6111    WEB med.wmich.edu

NBME01368
P-14, Page 10 of 13

– of all medical students, and make faculty recommendations for medical student advancement and graduation."

On your return from leave of absence, the MSPC will review your transcript and determine whether any curricular content must be repeated. Given the gap in clinical care, it is likely that you would benefit from participation in a course such as Transition to Clinical Applications or more appropriately Transition to Advanced Clinical Care (TRAN 9100) prior to restarting clinical rotations, and from a robust set of M4 electives to prepare for residency. However, any specific requirements will be determined by the MSPC upon your return.

*Question 3: I understand that graduation requirements, particularly those pertaining to 4th-year rotations, have changed for each graduating class. If I am able to take Step 1 prior to March 2, 2020 and return to the curriculum, what are the remaining requirements I need to complete in order to graduate?*

Answer 3: Graduation Requirements are detailed starting on page 123 of the Medical Student Policy Manual. Your specific requirements will be determined upon your request to return from Leave of Absence, but at this time a review of your transcript suggests that you will need to complete the following:
TRAN 9100 – Transition to Advanced Clinical Management (2 credits) – You took Tran 9100 when it was 1 credit and titled Clinical Skills. You may need to remediate at least a portion of this course as a part of re-introduction to Clinical Activities.
MEDU 6804 – Advances and Perspectives in Medicine (1 credit)
PROF 9340 – Profession of Medicine 7 (1 credit)
TRAN 9900 – Transition to Residency (2 credits)
EMER 9710 – Advanced Emergency Medicine (4 credits)
98_ _ - Advanced Critical Care (4 credits)
97 _ _ - Advanced Hospital Centered (4 credits)
M4 Electives – you have completed 10 out of the 20 elective credits. (10 credits)

*Question 4: You also state in your letter, "If you are unable to return to the WMed curriculum by March 2, 2020, under the policies you would be dismissed from medical school. Up until that date, you may voluntarily withdraw from WMed. In either case you would be eligible to apply for readmission at the time you are prepared to take USMLE Step 1."*

*Am I correct in assuming that, if circumstances become such that it becomes necessary, voluntarily withdrawing from the program would ultimately be more favorable than being dismissed? How would each of these be noted in my record?*

Answer 4: Official withdrawal and subsequent readmission, which is not assured, are described on page 132 of the Medical Student Policy Manual. In general, students dismissed from WMed are not eligible for readmission, while those who officially withdraw may be so eligible. In either case they may apply for admission to other schools. As currently configured, these actions do not appear on

Office of Student Affairs
1000 Oakland Drive    Kalamazoo, MI 49008-8010
PHONE 269.337.6111    WEB med.wmich.edu

Supp. Ex. 7-4

NBME01369
P-14, Page 11 of 13

your transcript, but it would show a gap in coursework for the elapsed time. All gaps in medical education are identified on the Medical Student Performance Evaluation (MSPE or "Dean's Letter"). I cannot state how these actions may be interpreted by other medical schools or residency programs.

*Question 5: Additionally, in the case that I have to withdraw or am dismissed from the program and subsequently must apply for readmission to the program, how would this process differ from first-time application to the program? Would I have to retake the MCAT? Would I have to start the program over completely and enter as an M1, or would I maintain credit for the courses and clinical rotations that I have already passed and re-enter where I left off?*

Question 5: Recommendation for readmission, which would be with advanced standing, would be at the discretion of the Medical Student Performance Committee (MSPC), and the same stipulation on the need to potentially repeat content as noted in the answer to question 2 would apply. This would depend on the amount of time that passed since active participation in medical education at WMed. If a significant amount of time were to elapse prior to return, the curriculum may have changed enough to require that remediation of some content be necessary, and may lead to the need to repeat a course, clerkship or elective.

I doubt that your situation would require retaking the MCAT, and may not require retaking any early coursework, but I cannot say that for certain at this time. If a student were seeking readmission after a prolonged period of time, it is possible that the MCAT may have changed significantly, as it did in 2015, or that the application pool my have changed. In this case a student may need to retake the MCAT prior to readmission.

I am glad to hear that you are working toward a successful return to WMed to complete your medical education. As I have stated previously, and as I believe I speak for the WMed faculty, we look forward to your return and helping you to reach a successful career as a physician.

If you have further questions or concerns please contact me at (269) 337-6111.

Sincerely,

Peter Ziemkowski, MD
Associate Dean for Student Affairs

Cc: Michael Busha, MD, MBA
    David Riddle, PhD
    Student file



WESTERN MICHIGAN UNIVERSITY
— Homer Stryker M.D. —
SCHOOL OF MEDICINE

October 23, 2019

Jessica Ramsay
jessica.ramsay@med.wmich.edu

To Whom it May Concern,

Jessica Ramsay is currently on an approved leave of absence from Western Michigan University
Homer Stryker M.D. School of Medicine (WMed).  By WMed policy, she is considered to be enrolled
for the purposes of registering for and taking USMLE exams.

Sincerely,

Peter Ziemkowski, MD
Associate Dean for Student Affairs

Cc: Michael Busha, MD, MBA
    Student file

Office of Student Affairs
1000 Oakland Drive    Kalamazoo, MI 49008-8010
PHONE  269.337.6111    WEB med.wmich.edu

Supp. Ex. 7-6

NBME01374
P-14, Page 13 of 13