UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-028-E

No. 20-1058

JESSICA RAMSAY

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,
Appellant

(E.D. Pa. No. 19-cv-02002)

Present: HARDIMAN and PORTER, Circuit Judges

1. Appellant's Emergency Motion to Stay Preliminary Injunction Pending Appeal;

2. Appellee's Response in Opposition to Appellant's Emergency Motion to Stay Preliminary Injunction Pending Appeal.

                                                              Respectfully,
                                                              Clerk/tmk

_____ORDER_____

The foregoing Emergency Motion to Stay Preliminary Injunction Pending Appeal is DENIED.

                                                              By the Court,

                                                              s/ *Thomas M. Hardiman*
                                                              Circuit Judge

Dated: February 14, 2020
cc:    L. Berger
        M. Vargas
        R. Burgoyne
        A. Caditz
        C. Mew