# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** _____

_____ vs. _____

Calendar Date _____  Location _____

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: _____

Designation of Arguing Counsel: _____

Member of the Bar:     _____ Yes       _____ No

Representing (check only one):

_____ Petitioner(s)      _____ Appellant(s)      _____ Intervenor(s)

_____ Respondent(s)     _____ Appellee(s)       _____ Amicus Curiae

Please list the name of the lead party being represented:

_____

===

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)