OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

June 12, 2020

Lawrence D. Berger Esq.
Robert A. Burgoyne Esq.
Alison R. Caditz Esq.
Caroline M. Mew Esq.
Mary C. Vargas Esq.

RE: Jessica Ramsay v. National Board of Medical Exam
Case Number: 20-1058
District Court Case Number: 2-19-cv-02002

Dear Counsel,

At the direction of the court, counsel in the above-entitled case are advised that oral argument on the merits is scheduled for **Wednesday, July 1, 2020**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **10:00 am**.

Argument will be held remotely via the Zoom application or via audio conference if using Zoom is not possible.  The Clerk's Office will provide separate instructions and contact information in advance of the argument.  Any questions or concerns should be directed to **Greg Kane** at **(267) 299-4946**.

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Appellants and Appellees are asked to provide a very brief summary of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) days.  This is part of a program to provide the public with information about the Court's cases.  Both summaries will be posted on the Court internet site prior to the argument date.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **GREENAWAY, Jr., SHWARTZ and RENDELL, Circuit Judges**

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Tiffany L. Grier
Calendar Clerk-267-299-4905