UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1058
_____

JESSICA RAMSAY

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,
Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-19-cv-02002)
District Judge: Honorable J. Curtis Joyner
_____

Argued July 1, 2020
_____

Before: GREENAWAY, JR., SHWARTZ, and RENDELL, Circuit Judges.
_____

JUDGMENT
_____

This cause came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and was argued on July 1, 2020.

On consideration whereof, it is ORDERED and ADJUDGED by this Court that the order of the District Court entered on December 31, 2019, is hereby AFFIRMED. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: July 31, 2020