## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### BILL OF COSTS

C.A. No. __20-1058__

Caption: __Jessica Ramsay v. National Board of Medical Examiners__

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding + cover | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | 5 | 66 | $0.10 | $5.95 | | $4.16 | $66.91 | |
| Brief | | | | | | | | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| Delivery | | | | | | | $20.99 | |
| | | | | | | | | |
| TOTAL | | | | | | | $87.90 | $ |

Brief Produced by Reproduction: ☐　　　Brief Produced by Photocopy: ☒
　　　　　　　　　　　　　　　　　　　　　　In House: ☐
　　　　　　　　　　　　　　　　　　　　　　Commercial: ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, __Lawrence D. Berger__, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

__/s/ Lawrence D. Berger__　　　　　　　　　　　　　　　__8/12/2020__
Signature　　　　　　　　　　　　　　　　　　　　　　　　Date
Attorney for: __Plaintiff Appellee Jessica Ramsay__

**A certificate of service must accompany this form.**

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

| | |
|---|---|
| JESSICA RAMSAY,<br>*Plaintiff-Appellee* | :<br>:<br>: |
| v. | : NO. 20-1058 |
| | : |
| NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br>*Defendant-Appellant* | :<br>:<br>:<br>: |

### DECLARATION OF LAWRENCE D. BERGER
### IN SUPPORT OF APPELLEE'S BILL OF COSTS

I declare as follows:

1.  I am one of the attorneys of record in this matter for plaintiff-appellee Jessica Ramsay ("Ramsay").

2.  Ramsay requests that the Clerk allow costs for this appeal in the total amount of $87.66 as supported by the attached invoices for copying and delivery of printed briefs to the Court.

3.  Ramsay's brief was copied and bound by New Jersey Legal as shown on the attached Invoice. I understand that the Court will allow costs for the four (4) copies of the paper brief that were required by the Court plus one (1) copy for the records of Ramsay's counsel. (In this matter, the Court did not require that paper copies be served on opposing counsel.) New Jersey Legal charged $0.12 per page for copying but I understand that the Court allows only $0.10 per page. New Jersey Legal charged $5.95 per copy for binding and covers combined. Therefore,

I calculate the total allowable cost for copying, covers and binding as $66.67 as follows:

| | |
|---|---:|
| Copying (5 copies x 66 pages @ $0.10) | $33.00 |
| Binding and covers (5 copies @ $5.95) | $29.75 |
| Subtotal | $62.75 |
| Sales tax @ 6.625% | $4.16 |
| Total | $66.91 |

4. On May 13, 2020, the Court directed that Ramsay submit 4 hard copies of the Brief for Appellee on or before May 18, 2020, and Ramsay's undersigned counsel sent the required copies by FedEx to assure timely delivery during the public health emergency. Ramsay is also requesting that the Court allow as a cost for this appeal the cost of delivering the Briefs which was $20.99 as shown on the attached FedEx invoice.

5. Therefore, the total costs requested are $87.90.

I declare under penalty of perjury that the foregoing is true and correct.

_Lawrence D. Berger_
Lawrence D. Berger

Dated: August 12, 2020



**New Jersey Legal**
501 KING AVE
CHERRY HILL, NJ 08002
Tele.: 856-910-0202
Tax ID: 22-3276139

# Invoice

| DATE | NJ Legal Invoice# |
|---|---|
| 5/28/2020 | 139370 |

| BILL TO: |
|---|
| REISMAN CAROLLA GRAN LLP<br>Attn: Connie Tracey<br>19 CHESTNUT STREET<br>HADDONFIELD NJ 08033 |

| ADDITIONAL BILLING INFORMATION: |
|---|
| File: Jessica Ramsay<br>Requested by: Connie Tracey |

| NJ Legal Job# | Terms | NJL Sales Professional | FILE NAME / FILE NUMBER |
|---|---|---|---|
| 20MAY025 | Net 30 | DMM | Jessica Ramsay |

| QUAN... | ITEM CODE | DESCRIPTION | PRICE ... | AMOUNT |
|---|---|---|---|---|
| 660 | DIGI BB | Digital blow backs - "PRINTS" FROM CD, DVD, HARD DRIVE OR OTHER DIGITAL MEDIA SOURCE. | 0.12 | 79.20T |
| 10 | GBC | GBC binding with front & back covers. | 5.95 | 59.50T |
|  |  | Sales Tax | 6.625% | 9.19 |

It's been a pleasure working with you!

**Total**　$147.89

*All payments are due and payable no later than 30 days from the date of invoice. A finance charge of 1.5% per month (18% annually) will be added on all payments received after due date. If New Jersey Legal turns over, for collection or other legal action, any overdue invoice, purchaser agrees to pay, in addition to interest set forth herein, all costs and expenses (including attorney fees where recovery of same is not prohibited by law). This shall include reasonable attorney's fees in the liquidated amount of fifteen percent (15%) of the total unpaid balance due or the fees actually incurred by. PURCHASER ALSO SPECIFICALLY AGREES TO PAY NEW JERSEY LEGAL'S REASONABLE ATTORNEY'S FEES AND COSTS INCURRED IN COLLECTING OR SATISFYING ANY JUDGMENT THAT MAY BE RECOVERED BY NEW JERSEY LEGAL. We reserve the right to destroy all data within 90 days of issuance of this invoice. Data can be stored for $20/media & $1/GIG if NJ Legal is notified to do so and NJ Legal confirms that notification.*

FedEx Ship Manager - Print Your Label(s)                                              5/14/20, 2:36 PM

 **Shipment Receipt**

**Address Information**

Ship to:
Patricia S. Dodszuweit, Clerk
Third Circuit Court of Appeals
601 MARKET ST

PHILADELPHIA, PA
19106-1790
US
0000000000

Ship from:
Connie Tracey
Reisman Carolla Gran LLP
19 CHESTNUT ST

HADDONFIELD, NJ
080331810
US
856-354-0021



**Shipment Information:**
Tracking no.: 770466100919
Ship date: 05/14/2020
Estimated shipping charges: 20.99 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Pak
Number of packages: 1
Total weight: 5 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-801
Your reference: Ramsey/brief
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

https://www.fedex.com/shipping/labelAction.handle?method=doShipReceipt&isDecompressRequired=true&isLabelPage=Y&utype=null          Page 1 of 1

## Certificate of Service

I hereby certify that a copy of the Bill of Costs for Plaintiff-Appellee Jessica Ramsay, and supporting Declaration of Lawrence D. Berger was electronically filed on August 12, 2020, via the Court's CM/ECF System, which constitutes service on all of defendant-appellant's counsel as listed below, all of whom are Filing Users as provided in Local Appellate Rule 113.4.

Alison R. Caditz, Esquire
Perkins Coie LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101

ACaditz@perkinscoie.com

Robert A. Burgoyne, Esquire
Caroline Mew, Esquire
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C. 20005-3960

RBurgoyne@perkinscoie.com
CMew@perkinscoie.com

*/s/ Lawrence D. Berger*
Lawrence D. Berger

Attorney for Plaintiff-Appellee Jessica Ramsay

August 12, 2020