## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### BILL OF COSTS

C.A. No. 20-1058

Caption: Jessica Ramsay v. National Board of Medical Examiners

| Cost Taxable | AMOUNT REQUESTED | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding + cover | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | 5 | 66 | $0.10 | $5.95 | | $4.16 | $66.91 | $56.51 |
| Brief | | | | | | | | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| Delivery | | | | | | | $20.99 | N/A |
| | | | | | | | | |
| TOTAL | | | | | | | $87.90 | $ $56.51 |

Brief Produced by Reproduction: ☐          Brief Produced by Photocopy:  ☒
                                                                             In House:  ☐
                                                                             Commercial:  ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Lawrence D. Berger _____, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_Lawrence D. Berger_ (signature)                                      8/12/2020
Signature                                                                      Date
Attorney for: Plaintiff Appellee Jessica Ramsay

**A certificate of service must accompany this form.**