# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1058

Jessica Ramsay v. National Board of Medical Exam

(District Court No. 2-19-cv-02002)

## O R D E R

The Court has received petition for rehearing by **National Board of Medical Examiners**.

The petition for rehearing requirements are set forth in Fed. R. App. P. 32(g), 35(b), 40(b) and Third Circuit LAR 35.1 and 35.2. Your document does not comply with the following requirement(s):

Any additional documents attached to the petition must be accompanied by a motion to file the exhibits attached to the petition for rehearing. See Third Circuit L.A.R. 35.2(a).

Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if the Court finds that a party continues not to be in compliance with the rules despite notice by the Clerk, the Court may, in its discretion, impose sanctions as it may deem appropriate, including but not limited to the dismissal of the appeal, imposition of costs or disciplinary sanctions upon a party or counsel.

The above deficiencies must be corrected by **08/31/2020**.

No action will be taken on the document until these deficiencies are corrected.

For the Court,

s/ Patricia S. Dodsuweit,
Clerk

August 17, 2020
tmk/cc:  Lawrence D. Berger, Esq.
    Robert A. Burgoyne, Esq.
    Alison R. Caditz, Esq.
    Caroline M. Mew, Esq.
    Mary C. Vargas, Esq.