UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 20-1058

———————

JESSICA RAMSAY

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,
Appellant

———————————————

(E.D. Pa. No. 2-19-cv-02002)

———————

SUR PETITION FOR REHEARING

———————

Present: SMITH, <u>Chief</u> <u>Judge</u>, McKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, and RENDELL\*, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

———

\* Hon. Marjorie O. Rendell vote limited to panel rehearing only.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/Patty Shwartz
Circuit Judge

Date: September 1, 2020
tmk/cc: Lawrence D. Berger, Esq.
    Mary C. Vargas, Esq.
    Robert A. Burgoyne, Esq.
    Alison R. Caditz, Esq.
    Caroline M. Mew, Esq.