OFFICE OF THE CLERK

**PARTICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 10, 2020

Ms. Kate Barkman
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106

RE: Jessica Ramsay v. National Board of Medical Exam
Case Number: 20-1058
District Court Case Number: 2-19-cv-02002

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

We release herewith the certified list in lieu of the record in the case(s).

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

s/ Patricia S. Dodszuweit,
Clerk

By: s/ Tina
Case Manager
267-299-4930

cc:
Lawrence D. Berger
Robert A. Burgoyne
Alison R. Caditz
Caroline M. Mew
Mary C. Vargas